# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 3:26-cv-10680

**DECLARATION OF BRADLEY VAN WAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**DECLARATION OF BRADLEY VAN WAUS**

I, Bradley Van Waus, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, I am over eighteen years old, and I am competent to testify.

2. I serve as the Collective Bargaining Director for California Nurses Association/National Nurses Organizing Committee, National Nurses United (collectively referred to as CNA/NNOC, NNU). In my position with CNA/NNOC, NNU, I oversee all contract negotiations and contract enforcement with regard to the Union's Registered Nurse ("RN") members and their acute care hospital employers. I also supervise the Union's representatives who are assigned to represent bargaining unit RN's on a day-to-day basis at individual acute care hospital employers.

3. I can attest to facts on behalf of both NNU and its largest member entity, the California Nurses Association/National Nurses Organizing Committee ("CNA" or "CNA/NNOC")).

4. NNU's affiliate membership includes more than 225,000 members nationwide. These members include the approximately 150,000 members of the CNA/NNOC that span California and twenty additional jurisdictions: Alabama, Arizona, Colorado, District of Columbia, Florida, Georgia, Iowa, Illinois, Kansas, Kentucky, Louisiana, Maine, Maryland, Missouri, Nevada, North Carolina, Ohio, Texas, Virginia, and West Virginia. NNU's remaining members are also members of four additional affiliates: the District of Columbia Nurses Association, Michigan Nurses Association, Minnesota Nurses Association, and New York State Nurses Association.

5. In total, our membership extends to twenty-three states and the District of Columbia.

6. NNU and our members believe that a healthy, functioning American democracy also ensures democracy in the workplace, which allows NNU members to advocate for themselves free of intimidation. Core to our mission and objective as a union is to ensure that our members will have their voices heard through collective action; are given a safe and accessible opportunity to participate in selecting the representatives who make decisions affecting their work conditions and life; and to encourage them to be active citizens engaging in a fair and free democratic process.

7. NNU and our members organize to advance local and national legislative priorities, promote a unified vision of collective action for nurses, and encourage members to lend their voice and participation in elections to choose the leaders who decide policy affecting registered nurses and labor issues.

8. Civic action and advocacy is a core part of NNU's programming and membership experience, including launching national legislative and regulatory campaigns, hosting a National Day of Action, engaging with elected officials on campaign promises, and promoting direct action with legislators in response to national and state bills.

9. NNU and our members seek to harness the collective electoral and organizing action of its members to improve and advance the terms and conditions of employment for nurses in order to facilitate patient care and promote democracy within the workplace.

10. NNU's goals include collective bargaining representation of our RNs in their workplaces so that they may effectively advocate for their patients; promoting safe, therapeutic nursing practice standards; and organizing our RNs so that they may effectively influence public policy related to all aspects of healthcare, including the promotion of a single standard of high quality healthcare, with preventive care for all Americans.

11. NNU and our members also seek to develop the professional and educational advancement of professional nurses, and to foster high standards of nursing practice.

12. I am aware that NNU's and CNA's membership includes many naturalized U.S. citizens and citizens who live in mixed immigration status households.

13. Because of the Department of Homeland Security's ("DHS") threats and conduct targeting portions of NNU's membership—particularly members of color, naturalized U.S. citizen members, and citizen members in mixed status households—several members are increasingly fearful of operations that they feel are intimidating.

14. Several members are fearful from the threats and risks they face specifically related to their electoral participation. These members are fearful that how and whether they participate in the electoral process could subject them to coercive confrontations with DHS agents. They are deterred

from participating because of their fear, which they are working to overcome. Some of our members are altering or limiting their electoral participation because of the credible fears they have from the privacy intrusions and intimidating actions of DHS officers.

15. NNU and our members are increasingly aware that DHS has targeted operations related to elections in California, resulting in threats of interrogation and arrest of individuals.

16. Some of our members who are naturalized citizens and persons of color are fearful of retaliation from the federal government by coming forward to share their stories and fears concerning the DHS actions related to elections. We are aware that the federal government has targeted other organizations, including unions, with intrusive investigations and threats because they have stood up against injustice. However, we and our members are driven to overcome those fears of retaliation to share the effects of DHS actions and threats and advocate for our members through the union representatives.

17. Speaking to the chilling effects going through portions of our membership because of DHS threats and actions, I am aware of at least three NNU and CNA members who have conveyed their specific concerns to the union in our representative capacity: Registered Nurse 1 (“RN 1”), Registered Nurse 2 (“RN 2”), and Registered Nurse 3 (“RN 3”). Knowing our membership, I’m confident that these three examples are only a representative sample of the fears of coercive confrontations by DHS and concerns about privacy intrusions that are felt by several of our members because of DHS’s collection of vast information about people and their intimidating actions related to elections.

18. RN 1 works as an acute care Registered Nurse and resides in the San Francisco Bay Area.

19. RN 1 is a member of NNU and CNA and is represented for purposes of collective bargaining by CNA.

20. RN 1 is a naturalized U.S. citizen and is eligible and registered to vote in California.

21. RN 1 regularly participates in member-organized issue campaigns affecting state and local elections.

22. Since becoming eligible to vote, RN 1 has previously felt comfortable to vote in elections, including in person.

23. RN 1 is aware that DHS agents have been reported to be reviewing voting lists and conducting interviews of people DHS believes are non-citizens who are registered to vote.

24. RN 1 is fearful of DHS's focus on election-related activities in California. In particular, she is afraid that she may be wrongly identified, surveilled, and could be targeted by DHS because she is a naturalized U.S. citizen.

25. RN 1 desires to vote in person for the 2026 general election. Because of RN 1's fear, she changed her voting plan from in-person voting to voting by mail.

26. Because of RN 1's fears, she has also stopped attending and participating in election-related campaign events, including for a candidate she supports. She is concerned that being out in the open as a naturalized U.S. citizen engaged in electoral participation will put her at risk of coercive confrontations with DHS agents who are targeting people like RN 1.

27. RN 1 is also concerned about the government's intrusion on her privacy, based on her understanding that the federal government is collecting vast information on people that include U.S. citizens, particularly naturalized citizens, and is using that information to target DHS operations.

28. RN 2 works as a registered nurse and resides in Northern California.

29. RN 2 is a member of NNU and CNA and is represented for purposes of collective bargaining by CNA.

30. RN 2 is a naturalized U.S. citizen and is eligible and registered to vote in California.

31. Since becoming eligible to vote, RN 2 has previously felt comfortable to vote in elections.

32. RN 2 is aware that DHS agents have been reported to be reviewing voting lists and conducting interviews of people DHS believes are non-citizens who are registered to vote.

33. RN 2 is currently afraid of investigation, coercive encounters, and unlawful detention by DHS agents, including related to her electoral activity.

34. RN 2 is deeply anxious and afraid that she will be wrongly targeted by DHS because of her naturalized citizenship status and the commonality of her name in her country of birth.

35. Since becoming eligible to vote, RN 2 regularly votes in elections and planned to be a poll monitor in November to help safeguard the election.

36. RN 2 fears that she will be mistakenly identified as a non-U.S. citizen by DHS's surge activities. RN 2 has changed her voting plan from in-person voting to voting by mail due to her fear of being targeted; otherwise RN 2 would prefer to vote in person.

37. Because of her fear, RN 2 will no longer sign up to be a poll monitor for the 2026 General Election.

38. RN 2 is also concerned about the government's intrusion on her privacy, based on her understanding that the federal government is collecting vast information on people that include U.S. citizens, particularly naturalized citizens, and is using that information to target DHS operations.

39. RN 3 resides in Northern California and works as an acute care RN.

40. RN 3 is a member of NNU and CNA and is represented for purposes of collective bargaining by CNA.

41. RN 3 is a naturalized U.S. citizen and is eligible and registered to vote in California.

42. RN 3 is afraid to participate in the election this year, particularly to vote in person in November, because she is aware of DHS being engaged in operations that could target her and people like her if they are in the open participating in election activity.

43. Since becoming eligible, RN 3 has previously felt comfortable to vote in elections.

44. Because she is a naturalized U.S. citizen, RN 3 is concerned that DHS could mistake her for someone else they are targeting and subject her to a coercive interrogation or investigation, despite being a U.S. citizen.

45. RN 3 has voted in person and by mail in the past but has decided she must vote by mail now to help her avoid the risks of being targeted by DHS officers while she is engaged in electoral activity.

46. RN 3 is also concerned about the government's intrusion on her privacy, based on her understanding that the federal government is collecting vast information on people that include U.S. citizens, particularly naturalized citizens, and is using that information to target DHS operations.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 21st day of September 2026.

*/s/ Bradley Van Waus*____________

Bradley Van Waus

Collective Bargaining Director - CNA/NNOC, NNU