# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 3:26-cv-10680

**DECLARATION OF JORGE RIVAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

.**DECLARATION OF JORGE RIVAS**

I, Jorge Rivas, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Executive Director of the San Francisco Office of Civil Engagement and Immigrant Affairs (OCEIA). I have served in this position since January 2023. As Executive Director, I lead OCEIA's efforts to support immigrants, asylees, refugees, and naturalized citizens. OCEIA also facilitates language access support for City residents with limited English skills.

3. The City and County of San Francisco is home to a large immigrant population, with over 250,000 foreign-born residents (approximately 34% of San Francisco's population). Over 175,000 of these foreign-born residents are naturalized U.S. citizens.

4. San Francisco has been a target for U.S. Department of Homeland Security (DHS) activity during the current administration. Publicly-reported data indicates that ICE arrests in the San Francisco Bay Area have risen 70% in 2026 compared to 2025, approaching almost 5,000 arrests from January to July 2026.

5. In fall 2025, DHS amassed resources to carry out significant operations in San Francisco that were later called off. The threat of widespread DHS and National Guard deployments caused the Mayor to issue Executive Directive 2025-05 to coordinate City departments and resources in the face of the potential federal deployment. San Francisco expended City resources on trainings, emergency preparedness exercises, coordination efforts, and public outreach as part of this effort.

6. Members of the public are concerned about voter intimidation by DHS related to elections. Ahead of San Francisco's most recent primary election in June 2026, community members and groups expressed concerns during public outreach meetings regarding federal agents attempting

to intimidate voters at polling places. I expect similar voter intimidation concerns will be raised ahead of the upcoming November election.

7. To respond to the threat of federal agents at polling places ahead of the June 2026 primary election, San Francisco expended resources to create contingency plans for federal deployments, train poll workers, and educate members of the public.

8. I understand that DHS has adopted policies ahead of the midterm election that could target U.S. citizen voters, including those who are naturalized citizens.

9. I expect that efforts by federal agents to target U.S. citizen voters, including at their homes, would intimidate San Francisco residents and could prevent them from exercising their right to vote. City resources would also be required to respond to these policies. This will include increased resources responding to community concerns, outreach efforts, and coordination with the Department of Elections to educate voters about potential intimidation.

10. San Francisco's government services will also suffer as a result of these policies. When DHS uses heavy-handed tactics to threaten City residents including U.S. citizens, it creates a culture of fear among City residents and erodes hard earned trust in local government. This leads to fewer voluntary interactions with government agencies and officials, and increased resources needed to deliver government services including public safety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 21, 2026, at San Francisco, California.

*/s/ Jorge Rivas*

JORGE RIVAS