# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 3:26-cv-10680

**DECLARATION OF JOHN ARNTZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

.**DECLARATION OF JOHN ARNTZ**

I, John Arntz, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I have served as the Director of the San Francisco Department of Elections since 2002. During this time, I have led the Department of Elections in conducting over 50 elections.

3. The City and County of San Francisco is responsible for conducting the November 3, 2026, general election within its boundaries. This will include operating polling places, processing and counting ballots, and conducting significant voter outreach efforts. San Francisco also operates a year-round multilingual outreach team that helps people learn about upcoming elections, how to register to vote, and the voting process.

4. Prior to the June 2026 primary election in San Francisco, I became aware of concerns that Immigration and Customs Enforcment (ICE) could attempt to intimidate voters at polling places in San Francisco.

5. Ahead of the June 2026 primary in San Francisco, the Department of Elections took several steps to address concerns of voter intimidation by ICE. The Department of Elections expects to take these steps and additional steps ahead of the November 2026 election.

6. Specifically, the Department plans to take the following steps in response to concerns about voter intimidation by federal law enforcement agents ahead of the November 2026 election:

a. distributing talking points about voter intimidation for public-facing employees responding to phone calls, emails, and in-person visits to our office;

b. providing training for over 3,000 poll workers on how to respond to law enforcement officers at polling places, and contigency plans for directing voters to alternate voting locations if necessary;

c. adding materials about voter intimidation to the poll worker manual;

d. developing and posting material about voter intimidation on the Department's website; and posting a "Notice to Voters" at each polling place asking them to report voter intimidation to the Department of Elections;

e. engaging in community outreach efforts to the Department's Language Accessibility Advisory Committee, comprised of representatives from various community groups and members of the public, regarding efforts to respond to concerns of voter intimidation by ICE; and

f. engaging in community outreach directly to voters, including a Department newsletter with information about voting without intimidation or interference.

7. These increased outreach, training, and communication efforts were not necessary in prior years and will require additional staff time and Department resources to implement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 21, 2026, at San Francisco, California.

*/s/ John Arntz*
JOHN ARNTZ