# EXHIBIT D

**PROTECT DEMOCRACY PROJECT**
BEAU C. TREMITIERE, SBN 320074
300 Center Ave, Suite G-251
Superior, CO 80027
GEOFFREY CURFMAN* NY Bar No. 5809199
JESSICA MARSDEN* NY Bar No. 5316526
82 Nassau St., #601
New York, NY 10038
HAYDEN JOHNSON* DC Bar No. 1671830
ZACHARY WEST* NY Bar No. 5192257O
ASHLEY FOX* LA Bar No. 41748
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
E-Mail:
beau.tremitiere@protectdemocracy.org
geoffrey.curfman@protectdemocracy.org
jess.marsden@protectdemocracy.org
hayden.johnson@protectdemcracy.org
zachary.west@protectdemocracy.org
ashley.fox@protectdemocracy.org

**NATIONAL IMMIGRATION LAW CENTER**
BENJAMIN R. FARLEY* DC Bar No. 90042585
IMANI FRANKLIN* DC Bar No. 90006160
PO Box 34573
Washington, D.C. 20043
Telephone: (213) 639-3900
Facsimile: (202) 738-9128
E-mail: farley@nilc.org
franklin@nilc.org

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION, NATIONAL NURSES UNITED, and VOTO LATINO FOUNDATION

**CITY AND COUNTY OF SAN FRANCISCO**
DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
JOEL F. WACKS, SBN 326561
Deputy City Attorney
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4700
Facsimile: (415) 437-4644
E-Mail: Michael.Keough@sfcityatty.org
Joel.Wacks@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**COUNTY OF SANTA CLARA**
TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

**Pro Hac Vice Application Pending or Forthcoming*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY

Case No. 3:26-cv-10680

OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

**DECLARATION OF MATT MORELES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF MATT MORELES**

I, Matt Moreles, declare:

1. I am a resident of the State of California, and I am over the age of 18 years. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I serve as the Registrar of Voters for the County of Santa Clara ("Santa Clara"). I assumed the duties of the Registrar of Voters on June 9, 2025, and have worked in the Office of the Registrar of Voters ("ROV") conducting elections in Santa Clara County for 22 years. I am also a Certified Election and Registration Administrator, a member of the Board of Directors of the California Association of Clerks and Election Officials, a member of the National Association of Election Officials, and an appointed member of the California Secretary of State's Voter's Choice Task Force. I have devoted my career to administering elections and protecting the integrity of our election system. And I am committed to empowering every eligible voter to access the voting assistance they need to cast their ballot.

3. The ROV is responsible for administering the November 3, 2026, General Election for Santa Clara. These responsibilities include operating secure in-person vote centers, processing and counting ballots, and conducting significant voter outreach and education efforts. The ROV's voter outreach and education programming includes the following:

a. An average of three to five in-person community events each week, at which ROV staff distribute voter-registration forms, provide general election information, encourage voter participation, and may also provide information specific to the upcoming election;

b. Regular press releases explaining election mechanics, deadlines, and any significant new developments;

c. Proactive multimedia advertising and online voter engagement, including through podcast episodes and graphics and videos on social media platforms; and

d. Workshops on language access and accessibility for individuals with disabilities, in conjunction with community-based coalitions.

4. Since January 2025, the ROV has invested—and continues to invest—additional resources to address community concerns in response to heightened immigration-enforcement policies and allegations of election fraud. These investments include the following:

a. Emphasizing, in communications with community groups and reporters, that the ROV works with law enforcement agencies, Santa Clara's Office of Emergency Management, and state and national partners to ensure public safety and information security at voting locations, ballot drop boxes, and the ROV's offices and warehouses;

b. Developing and training election workers on protocols for what to do if federal immigration agents appear at an ROV office or a vote center and demand access to voting records or are otherwise disruptive;

c. Discussing and producing, in partnership with other counties and with state and national partners, contingency plans for how to handle physically disruptive activity at an ROV office or a vote center; and

d. Continuing to hire, for every election and in addition to Santa Clara's standing security team, temporary workers who manage any physically disruptive appearances—for example, election observers who engage with voters with the intent of detecting or discouraging alleged voter fraud in a way that intimidates or discourages eligible voters from accessing voting locations or drop boxes.

5. I understand from news reporting that the U.S. Department of Homeland Security ("DHS") has adopted policies ahead of the November 3, 2026, General Election that could target eligible U.S. citizen voters, including those who are naturalized citizens. I am also aware of news reporting that, under the so-called "Unlawful Voter Initiative," DHS has recently authorized deploying armed agents to individual homes to inquire whether the residents of those homes are eligible to vote. And I am aware that a Whistleblower Disclosure published on September 14, 2026, reflects that DHS

//

has relied on source data it admits includes large categories of U.S. citizens to train DHS agents on which homes to target for investigation into supposedly unlawful voting.

6. The ROV takes election security and integrity very seriously. Based on my training and experience, I expect that DHS's policies and public statements could exacerbate existing community concerns, or incite new ones, about the safety and integrity of our elections. Addressing these concerns ahead of the November 3, 2026, General Election could require adjustments to the voter outreach and education programming described above, as well as the recent investments described above—including by requiring additional ROV staff time; discussion and planning with community partners; and updates to training, talking points, contingency plans, and both internal and community-facing educational materials.

7. Based on my training and experience, I also expect that DHS's policies could reduce hard-earned community trust and confidence in the ROV and in Santa Clara as a government institution. Community trust in the ROV and Santa Clara, including in our ability to provide vote centers where voters feel safe and secure exercising their right to vote, is critical to continued voter engagement. In my experience, many eligible voters either are not aware of the distinction between federal officials and local officials, or perceive that local officials are necessarily supportive of the actions of the federal government. This misperception is difficult to dispel, and its entrenchment is difficult to reverse. The policies at issue run risks—of suppressing voter turnout, of producing false public reports of voter fraud—that many community members may impute to the ROV and Santa Clara and, more broadly, to a democratic process that has failed them. This loss of trust and confidence could have cascading chilling effects not just on the November 3, 2026, General Election but beyond, diminishing the likelihood that many eligible voters in Santa Clara County will believe their vote counts and will feel secure exercising that right—and thus diminishing the likelihood that they will vote or register to vote.

//

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/21/2026 at San José, California.

DocuSigned by:



79F629F733C7420...

MATT MORELES