# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 3:26-cv-10680

**DECLARATION OF BEATRIZ LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

# DECLARATION OF BEATRIZ LOPEZ

I, Beatriz Lopez, declare:

1. I am a resident of the State of Virginia and I am over eighteen years old. I am competent to testify about the matters in this declaration, and make it based on my personal knowledge.

2. I have served as the Executive Director of the Voto Latino Foundation since March 2026. During this time, I have led the organization's Latino voter registration and voter engagement work and am knowledgeable about Voto Latino's voting-related activities. I am also familiar with Voto Latino's resource-allocation decisions.

3. Founded in 2004, Voto Latino has for years been the nation's largest Latino voter registration organization and is dedicated to empowering young Latino voters through voter registration, education, and mobilization programming. Specifically, we have traditionally aimed to mobilize new and low-propensity Latino voters to register to vote and to turn out to the polls.

4. Voto Latino has traditionally accomplished this mission through a combination of paid digital ads and in-person events hosted by chapters of the "VL On-Campus" program. Through that program, we maintain a campus network of chapters on over 170 college campuses across 37 states, including in California, that mobilize eligible students to vote. Campus chapters typically host voter-engagement activities, known as "activations," such as peer-to-peer texting campaigns, postcard-writing campaigns, townhalls, and other civic events.

5. In 2024, Voto Latino registered over 200,000 Latino voters through digital ads, Spanish language radio announcements, and a volunteer network that sent over 1 million peer-to-peer text messages and over 1.5 million postcards to Latino voters. These text messages and

postcards were often composed and sent during events like in-person "textbanks," organized under the auspices of Voto Latino by Voto Latino On-Campus partners.

6. Voto Latino's mission success is directly tied to the reach of its voter mobilization events. Historically, Voto Latino has held voter mobilization events outside in highly visible locations where such events are likely to draw in bystanders and passersby. In recent years, Voto Latino has augmented these in-person voter mobilization events by livestreaming them over the internet to reach an even larger audience.

7. Our work has been severely impacted by the Trump Administration's threats to investigate, harass, and prosecute Latino voters falsely presumed to be noncitizens. The Latino U.S. citizen youth we serve, particularly those in mixed-status families, now fear that their civic engagement will draw the scrutiny of federal agents investigating voters of color.

8. Given Latino citizens' growing fears that they could be targeted by federal agents for voting, Voto Latino has had to fundamentally change how we approach our work: rather than focusing on the affirmative work of turning out new and low-propensity Latino voters, we have increasingly turned to the defensive work of ensuring that longstanding Latino voters are still willing to vote this year despite expressing fears that voting could expose them to federal investigations and other threats.

9. We have seen those fears manifest through our work on college campuses. This election cycle, we have seen a concerning number of VL On-Campus chapters fail to carry out planned activations. In such cases, VL On-Campus chapters have planned and proposed voter-engagement activations, Voto Latino has approved them, but the responsible VL On-Campus chapter has been unable to hold the event due to the climate of fear DHS has created around voting and civic engagement for Latino youth. Some chapter leaders have communicated that

they fear being targeted by ICE agents if they become active in registering Latino community members to vote. Some have also had difficulty getting event permits from their universities, which we believe are increasingly worried about having voting-related events that could draw ICE agents to their campuses. Campus chapters have also canceled activations because of a decline in Latino students' willingness to attend voting-related events out of fear.

10. Even when campus chapter activations do take place, Voto Latino has had to reduce the level of publicity of those events. Normally, Voto Latino would post photos of campus events and encourage students to join, but now we often decline to do so, in light of chapters' fears of being targeted by federal agents for their voter-engagement activity.

11. This election cycle, we have also significantly adjusted our programming in an effort to mitigate Latino voters' newfound fears of being investigated or otherwise targeted by the federal government for their participation in electoral activities. To address these fears, we have been unexpectedly forced to expend our limited financial resources to undertake message-testing and opinion research to better understand the nature of our community members' fears of coercive election-related activity from the Department of Homeland Security (DHS). For example, we have launched "Turnout Under Threat" research to test how messaging concerning potential ICE deployment at polling locations, as well as other ICE threats, impacts Latino voters' willingness to vote. We have not historically expended resources on this type of message-testing or opinion research.

12. Additionally, for the first time ever, we have developed and distributed know-your-rights (KYR) educational materials focused on voters' rights at the polls, as part of a new "Citizens in Action" campaign. Much of that work has focused on combatting fears of election-related investigations and arrests by DHS components like ICE, by explaining what

to expect from ICE, how to deescalate election-related interactions with ICE, and how to document ICE's voter intimidation. Furthermore, in response to the threat environment and resulting diminished financial resources, we have narrowed the geographic reach of our elections-related programming from a double-digit number of congressional districts to a target list in the single digits. In 2026, our programmatic outreach focuses largely on Texas, where Latino youth voters are experiencing particularly acute fears of federal retaliation.

13. Similarly, we have reduced Voto Latino's level of proactive get-out-the-vote (GOTV) mobilization and the number of Latino voters we plan to reach, as compared to previous election cycles — given changes in the organization's scarce resource allocation as we now need to undertake message testing and develop and distribute KYR materials.

14. Likewise, we have launched fewer ads targeting new and low-propensity Latino voters than we normally would because we have diverted staff and financial resources away from affirmative messaging toward defensive messaging.

15. Furthermore, to mitigate the risk of DHS raiding one of Voto Latino's activations or subjecting the organization to other investigative scrutiny, we have unwillingly adjusted our programming by canceling plans to livestream events and holding voter-mobilization events indoors. For example, we are planning a voter mobilization event in Texas's Rio Grande Valley and have significantly reduced the scale and level of publicity of the event because of serious concerns that ICE could investigate or otherwise target voters at the event. These adjustments diminish the reach of our voter mobilization efforts and harm the effectiveness of our programming. Unfortunately, this sacrifice is necessary because maximizing the reach of our efforts means exposing the organization and the communities we serve to more unwanted and unjustified scrutiny by federal agents.

16. Finally, Voto Latino itself fears being unjustly investigated, simply based on the fact that we focus on mobilizing Latino citizens to vote. We have been previously targeted by extremists who have sent the organization threatening voicemails and online messages over the years, and we fear that ICE under the Trump Administration may begin similar targeting efforts. We have taken new steps to mitigate that risk, such as investing in new organizational safety guardrails and reducing the media appearances of our staff and the publicity surrounding our work, which has made Voto Latino less effective in accomplishing its mission and has drawn more resources away from the affirmative mobilization work we would otherwise do.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 21st day of September 2026.

__*/s/ Beatriz Lopez*___________________
Beatriz Lopez Executive Director - Voto Latino Foundation