# EXHIBIT F

# EXPERT REPORT OF DR. JACOB M. GRUMBACH

**September 21, 2026**

**Summary**

I have been asked by plaintiffs to assess whether the publicly reported surge in elections-related field operations by the U.S. Department of Homeland Security (DHS) will result in the targeting of U.S. citizens. I conclude that they will, based on flaws in the reported source data and matching methodology used. Specifically:

1. There is no existing federal database of current citizenship status for all U.S. citizens. A database of this kind that is constructed from federal databases maintained by federal agencies and departments (e.g., the U.S. Social Security Administration) will be incomplete and contain inaccuracies.
2. Assuming, for the sake of argument, that a federal database was to completely and accurately list all U.S. citizens, there will be errors in matching individuals to state voter registration databases.
3. The standard for accurate matching is higher when the goal is to identify an *individual*, as in this case, rather than an *aggregate quality of a group*, such as an average tendency used in scientific research.
4. It is therefore likely that source data, and the matching methodology used by DHS, will result in the targeting of U.S. citizens.

**Qualifications**

I am Associate Professor of Public Policy at the University of California, Berkeley. Prior to this appointment, I was an Associate Professor of Political Science at the University of Washington and a Postdoctoral Fellow at the Center for the Study of Democratic Politics at Princeton University. I received my PhD in Political Science in 2018 from the University of California, Berkeley.

My primary teaching role has been to teach PhD- and Masters-level courses on statistics for public policy and political science. Secondarily, I teach courses on state and local politics and policy, labor policy, and U.S. democracy.

I regularly conduct peer reviews for academic journals in the areas of political science, public policy, and economics.

My research uses statistical methods in the areas of politics, public policy, and political economy. My research has appeared in top political science journals, including *American Political Science Review*, *American Journal of Political Science*, *Election Law Journal*, *Electoral Studies*, *Journal of Politics*, *Political Behavior*, *Political Research Quarterly*, as well as in leading journals in the fields of public health *American Journal of Public Health*, empirical legal studies (e.g., *Journal of Legal Studies*), economics (e.g., *Journal of Public Economics*), and law reviews (e.g., *NYU Law Review*).

Much of my research uses large administrative datasets, including records and surveys provided by the U.S. Census (e.g., American Community Survey, Current Population Survey, and the Decennial Census), the U.S. Federal Election Commission, and voter registration lists from all 50 states.

In the last four years, I have testified by deposition and/or trial in three cases, *Harris v. DeSoto County* (United States District Court for the Northern District of Mississippi), *LULAC v. Abbott* (United States District Court for the Western District of Texas), and *Democracy North Carolina v. Hirsch* (United States District Court for the Middle District of North Carolina). I have also provided an expert report for *Krabach v. King County* (United States District Court for the Western District of Washington).

I have attached my current CV as Exhibit A to this report. I am being compensated at a rate of $400 per hour. My compensation is not contingent on the results of my analyses nor on the contents of my report.

## I. Introduction

In a reported attempt to evaluate individual instances of noncitizens illegally voting or registering to vote in a comprehensive manner, DHS has reportedly sought to construct a database of U.S. citizens using existing databases from federal departments and agencies. It has also reportedly sought to match individual records from this federal citizen database to state voter registration lists. Such a federal citizen database will be incomplete and contain inaccuracies. As a result, some U.S. citizens who exist in state voter registration lists would be mistakenly determined by DHS to be noncitizens.

## II. A Citizen Database Constructed from Federal Databases Will be Incomplete and Contain Inaccuracies

There is no currently existing federal database containing the current citizenship status for all U.S. citizens or non-U.S. citizen residents. If such a database is constructed from currently existing federal databases, it will be *incomplete*: it will not contain records for all current U.S. citizens. It will also contain *inaccuracies*: some records will contain inaccurate information about individuals' identities or characteristics.

U.S. Social Security Administration (SSA) data is incomplete and contains inaccuracies common in large databases. There are straightforward reasons for the incompleteness of SSA data. First, not all U.S. Citizens have a Social Security number. The SSA provides Social Security numbers to individuals, including U.S. Citizens, by request rather than automatically.[1] Second, SSA records do not always include citizenship—i.e., citizenship status records are missing—for many millions of Americans. Individuals who requested Social Security numbers

---

[1] Social Security Administration, "Request Social Security number for the first time," https://www.ssa.gov/number-card/request-number-first-time

prior to 1978 were not required to provide information on their citizenship status. Until 2004, individuals from certain religious faiths were able to obtain exemptions from payroll taxes via the Internal Revenue Service (IRS) without a Social Security number or proof of citizenship.

Proof of citizenship is required to obtain a U.S. Passport from the U.S. Department of State, but obtaining a passport is voluntary. According to the U.S. Department of State, there are approximately 183 million valid passports in circulation as of 2025,[2] which means a large share of U.S. citizens do not hold a valid passport. The U.S. Census American Community Survey estimates (with uncertainty and a margin of error) that there are approximately 316 million U.S. citizens as of 2024. U.S. Department of State data cannot substantially 'fill in' missing citizenship information for those whose SSA records lack it, as survey research shows that the individuals who were not required to provide citizenship status to the SSA prior to 1978 are significantly less likely to have a valid passport.[3]

The Systematic Alien Verification for Entitlements (SAVE) system, administered by U.S. Citizenship and Immigration Services (USCIS), combines data from the SSA, U.S. Department of State passport database, and USCIS data. USCIS data includes information regarding the citizenship status of naturalized citizens. Because of missing citizenship information for a large number of U.S. citizens in these separate federal databases, joining these datasets into the SAVE system does not create a complete and fully accurate list of U.S. citizens.

In addition to missingness, each of these federal databases contains inaccuracies common to large databases. Inaccuracies exist in large databases even when administrators use best practices for database construction and management (e.g., double-checking across multiple

---

[2] U.S. Department of State, "Reports and Statistics," https://travel.state.gov/content/travel/en/about-us/reports-and-statistics.html

[3] YouGov, "Adults under 30 are more likely than older Americans to have a current U.S. passport," https://yougov.com/en-us/articles/46028-adults-under-30-more-likely-have-us-passport

human coders, audits, and standardization of formats). Such inaccuracies arise for four main reasons. First, changes to an individual's citizenship status take time to update in federal databases. For example, an individual might be naturalized, but their current citizenship status will typically not be updated to its correct current status in SSA or U.S. Department of State databases unless the individual takes other voluntary actions that involve interacting with government agencies or services. It is unclear how long it takes naturalization records to update in USCIS data and ultimately in the SAVE system.

This issue is likely to affect a large number of individuals. The Census American Community Survey (ACS) estimates that there are 25,837,975 naturalized citizens in the United States as of 2024, with 5,898,528 in California, alone. Over 97% of naturalized citizens are of voting age. Using this 2024 ACS data, I estimate that 22,994,860 U.S. citizens live in households with at least one noncitizen, with 5,558,295 of these citizens in mixed households residing in California.

Second, life events such as marriage can lead to a name change or other updated information. For example, a married woman's record might use her maiden name in one database but her newly taken married surname in the other, simply because she interacted more recently with one government agency.

Third, different federal databases may treat 'special' alphabetic characters differently in some cases due to procedures, norms, and differences across specific agents who enter and update records. The name Zoë might be recorded as "Zoe" in one database, but "Zoë" in the other. Former NFL player and current director of player development for the Alabama Crimson Tide, Ha'Sean "Ha Ha" Clinton-Dix, offers a helpful example. Even after a record keeper avoids using his nickname, his first name can be recorded as any one of: "Ha'Sean," "HaSean," or "Ha

Sean." His last name could be recorded as "Clinton-Dix," "Clinton Dix," or "ClintonDix." If there is a single difference in the first or last name fields across federal databases, these records would produce a non-match.

Fourth and finally, basic data entry errors are inevitable in very large databases. This may stem from human error, such as typos, transcription errors, or mistakenly using a nickname instead of an official first name. Such an error in an individual's record would again lead to a non-match across federal databases.

This section described incompleteness and inaccuracies in federal databases. When individuals' citizenship information is missing or inconsistent across federal databases, or there are data inaccuracies, as is the case, there is a high likelihood that legitimate U.S. citizens found in a state voter registration database will be mistakenly determined to be noncitizens because their state record was not matched to a record in a federal database of citizens.

## III. Matching Individuals to State Voter Registration Lists Introduces Further Errors

Assume, for the sake of argument, that there exists a totally complete and accurate federal database of U.S. citizens that overcomes all of these issues of missingness and inaccuracies. Attempts to match citizenship records from this federal database to individuals in state voter registration lists will result in errors, since state voter registration lists also contain inaccuracies (e.g., typos, inconsistent use of 'special' alphabetic characters, etc.)

But there is an additional, highly consequential reason that attempting to link records between even an assumed existing federal citizen database and state voter registration list would introduce errors: vast numbers of individuals have the same name and birthdate, including within an individual state. For example, there are multiple individuals named Robert Smith who share

the same birthdate and live in the same state. Without additional reliable identifying information, which is unlikely to exist in federal information systems or in public state voter registration systems, it is impossible to determine which of the multiple Robert Smiths is identified in a particular record in a database.

The prevalence of shared names and birthdates is significant. The "birthday problem" in probability theory proves the surprising fact that in a random group of only 23 people, it is over 50% likely that two people in the group have the same birthday (but not necessarily birth year). McDonald and Levitt (2008) show a similar dynamic for the "birth*date* problem" when we also include year of birth. It only takes a random group of 180 people to have a 50% chance that two people in the group share the same birthdate (day, month, and year), and a 99% chance in a group of 460 people. In a number of states, there are more than 460 people with the name Robert Smith—and that is just one name. When we consider the massive number of Americans who share the same name as someone else in their state, there will inevitably be many shared birthdates, as well. In short, "comparing names and birthdates in most large populations should be expected to yield matches wholly unrelated to wrongdoing" (McDonald and Levitt 2008, 112).

Even in the unlikely case that a state voter registration list has both of these Robert Smith's last four digits of their Social Security numbers (most people do not use this information to register to vote), there are only 9,999 possibilities for an individual's last four digits of their Social Security number. This makes it entirely possible that there are multiple individuals with the same name, same birthdate, and same last four digits in their Social Security number.

## IV. The Standard for Accurate Matching is Higher When Identifying an Individual

Given the challenges of record linkage that I have so far described, one might wonder, how are we able to do accurate scientific research on the U.S. population in areas like health and economics? The answer is that, statistically, errors related to data missingness and inaccuracies are mitigated by the process of *aggregation*, such as averaging (see, e.g., Wooldridge 1996). Making a determination about an individual person or thing is more uncertain than making a determination about individuals or things on average.

Let us consider a hypothetical example of a new medication called Smokeaway, which helps people quit smoking. We want to know if Smokeaway is actually effective at getting people to quit. The ground truth is that the medication is indeed effective—but we do not know this yet. We have to study Smokeaway's effects in medical trials.

We recruit 1000 smokers to participate in the study. We randomly assign half of these patients to take Smokeaway pills. The other half of patients represent the control group; they are assigned to take placebo pills. After a month, we do a blood test on each patient in the study to see if they actually quit tobacco. Our goal is to see if the patients assigned to take Smokeaway pills were more likely to quit smoking than the patients assigned to take the placebo.

In this study, there are some measurement errors. Our blood test sometimes mistakenly detects tobacco use in people who don't actually use it—a false positive. It also sometimes mistakenly fails to detect tobacco use in people who still smoke—a false negative. There are also a few human errors. A lab technician accidentally switched the names of two different people's blood vials.

Do these errors ruin our study? Not necessarily. They make the results of our study less *certain*, but, on average, they do not lead us to the wrong conclusion about whether Smokeaway

is effective. The measurement errors simply slow down the process of us learning about the true effect of Smokeaway.

Our study was about the *average* effect of Smokeaway. The situation is very different when we want to study whether Smokeaway was effective for one specific person like Robert Smith. Did the pills really help Robert Smith quit smoking? In this case, measurement error—whether Robert Smith was accidentally given placebo pills, or he forgot to take his Smokeaway, or his blood test vial was mixed up, or a million other possibilities—fundamentally breaks our ability to know if Smokeaway worked for Robert Smith. We can double check our work throughout the study, but we know there is some chance of measurement error. Similarly, we know there are many registered voters who share the same name and birthdate, or have mismatched spellings of their names across databases, or have not had their naturalization records updated by the SSA or Department of State.

In summary, even under best practices (e.g., regular audits, the use of multiple human coders, and double-checking of work), large databases contain measurement errors. When studying aggregate tendencies, such as the effectiveness of a new medication, these measurement errors tend to increase scientific uncertainty, but do not fundamentally lead us to draw incorrect conclusions. In contrast, when we want to make a determination about an individual, measurement error is much more problematic. In the case of determining the citizenship status of an individual found in a state voter registration list, the methodology used by DHS will result in the targeting of U.S. citizens.

## V. Conclusion

In this Report, I conclude that a list of citizens constructed from federal databases maintained by federal agencies and departments (e.g., the U.S. Social Security Administration) will be incomplete and contain inaccuracies. There will be further errors in matching individuals to public state voter registration information. The determination of individual, rather than aggregate, qualities make such errors especially consequential. It is therefore clear that the methodology used by DHS will result in the targeting of U.S. citizens.

I reserve the right to continue to supplement my reports in light of additional facts, testimony, and/or materials that may come to light during the pendency of the above captioned case. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.



September 21, 2026

## VI. References

McDonald, Michael P., and Justin Levitt. "Seeing double voting: An extension of the birthday problem." *Election Law Journal: Rules, Politics, and Policy* 7, no. 2 (2008): 111-122.

Wooldridge, Jeffrey M. (1996). *Introductory Econometrics: A Modern Approach*. New York: Cengage Learning.

Zelinsky, Edward A. "Do Religious tax Exemptions Entangle in Violation of the Establishment Clause-The Constitutionality of the Parsonage Allowance Exclusion and the Religious

Exemptions of the Individual Health Care Mandate and the FICA and Self-Employment Taxes." *Cardozo L. Rev.* 33 (2011): 1633.

# EXHIBIT A

# Jacob (Jake) Martín Grumbach

Curriculum Vitae updated August 2026

**Contact Information**

2607 Hearst Avenue
UC Berkeley
Berkeley, CA 94720

grumbach@berkeley.edu
Website

**Research Interests**

American Politics, Political Economy, Methods (Statistics), Public Policy, Race and Inequality, Labor, Federalism

**Academic Appointments**

**UC Berkeley**

Endowed Leadership Associate Professor of Public Policy, Goldman School of Public Policy (2026–)

Associate Professor, Goldman School of Public Policy (2023-2026)

Affiliations: Democracy Policy Lab (Faculty Director); Berkeley Economy and Society Initiative; Political Economy Designated Emphasis

**University of Washington**

Associate Professor, Department of Political Science (2022-2023)

Assistant Professor, Department of Political Science (2019–2022)

**Princeton University**

Postdoctoral Fellow, Center for the Study of Democratic Politics (2018–2019)

**Education**

**University of California, Berkeley**

Ph.D., Political Science (2012–2018)

M.A., Political Science

Dissertation: *Polarized Federalism: Activists, Voters, and the Resurgence of State Policy in the U.S.*, winner of the 2019 E.E. Schattschneider Award and the 2019 William Anderson Award

Committee: Paul Pierson and Eric Schickler (co-chairs), Sarah Anzia, Sean Gailmard, Amy Lerman

Fields: American Politics, Methods, Public Policy and Organization

**Columbia University**

B.A., *Political Science* and *History*, (2006–2010)

Honors: *cum laude*, Departmental Honors in Political Science

**Book**

*Laboratories Against Democracy: How National Parties Transformed State Politics*

Princeton University Press, 2022

Selected for *The New Yorker*'s "Best Books of 2022"

Winner of the 2023 Merze Tate - Elinor Ostrom Outstanding Book Award (formally known as the APSA Best Book Award)

Winner of the 2023 Virginia Gray Award for best political science book on the subject of U.S. state politics or policy

Reviewed in *Boston Review*; *Democracy Journal*; *Political Science Quarterly*; *Publius: The Journal of Federalism*; *Foreign Affairs*; *The New Republic*; *Jacobin*

## Peer Reviewed Publications

**Grumbach, Jacob M.**, Robert Mickey, and Daniel Ziblatt. 2026. "The Insulation of Local Governance from Black Electoral Power: Northern Cities and the Great Migration." *Journal of Historical Political Economy*, forthcoming.

Kaufman, Aaron, Christopher Celaya, and **Jacob M. Grumbach**. 2026. "Improving Compliance in Experimental Studies of Discrimination." *Journal of Politics* 88(1): 390-395.

Bonica, Adam and **Jacob M. Grumbach**. 2025. "Old Money: Campaign Finance and Gerontocracy in the United States." *Journal of Public Economics*, 249: 105451.

Frymer, Paul, **Jacob M. Grumbach**, and Charlotte Hill. 2025. "Right to Work or Right to Vote? Labor Policy and American Democracy." *Perspectives on Politics*, forthcoming.

Adams-Fuller, Terri, John Ahlquist, **Jacob M. Grumbach**, and Tess Starman. 2025. "Mobilizing Frontline Workers Against Wage Theft." *Labor Studies Journal* 50(3): 263-290.

Aneja, Abhay and **Jacob M. Grumbach**. 2025. "The Political Effects of Affirmative Action: Evidence from Court Mandates on Law Enforcement Agencies." *Journal of Legal Studies* 54(2): 491-517.

**Grumbach, Jacob M.**, Hahrie Han, and Dorian Warren. 2024. "Getting Out the Vote in the Projects: Lessons from a Community Organizing Experiment" [Short Article]. *Politics, Groups, and Identities* 12(1): 245-256.

Montez, Jennifer Karas, Kent Jason Cheng, and **Jacob M. Grumbach**. 2023. "Electoral Democracy and Working-Age Mortality." *The Milbank Quarterly* 101(3): 700-730.

**Grumbach, Jacob M.**. "Laboratories of Democratic Backsliding." 2023. *American Political Science Review*, 117(3): 967-984. Honorable Mention for 2021 APSA Award for Best Paper on Federalism.

Montez, Jennifer Karas, Nader Mehri, Shannon M. Monnat, Jason Beckfield, Derek Chapman, **Jacob M. Grumbach**, Mark D. Hayward, Steven H. Woolf, and Anna Zajacova. "U.S. state policy contexts and mortality of working-age adults." 2022. *PLOS ONE* 17(10): e0275466.

**Grumbach, Jacob M.** and Charlotte Hill. "Rock the Registration: Same Day Registration Increases Turnout of Young Voters." 2022. *Journal of Politics* 84(1): 405-417.

**Grumbach, Jacob M.**, Alexander Sahn, and Sarah Staszak. "Race, Gender, and Intersectionality in Campaign Finance." 2022. *Political Behavior* 44: 319-340. Winner of the 2019 APSA Award for Best Paper in Race and Ethnic Politics.

Kemp, Blakelee R., **Jacob M. Grumbach**, and Jennifer Karas Montez. "US State Policy Contexts and Physical Health among Midlife Adults." 2022. *Socius* 8.

Bonica, Adam, **Jacob M. Grumbach**, Charlotte Hill, and Hakeem Jefferson. "All-Mail Voting in Colorado Increases Turnout and Reduces Turnout Inequality." 2021. *Electoral Studies* 72: 102363.

Riley, Alicia R., Daniel Collin, **Jacob M. Grumbach**, Jacqueline M. Torres, and Rita Hamad. 2021. "Association of US State Policy Orientation with Adverse Birth Outcomes: A Longitudinal Analysis." *Journal of Epidemiology & Community Health* 75(7): 689-694.

Frymer, Paul and **Jacob M. Grumbach**. 2021. "Labor Unions and White Racial Politics." *American Journal of Political Science*, 65(1): 225-240.

Montez, Jennifer Karas, Jason Beckfield, Julene Kemp Cooney, **Jacob M. Grumbach**, Mark D. Hayward, Huseyin Zeyd Koytak, Steven H. Woolf, and Anna Zajacova. 2020. "US State Policies, Politics, and Life Expectancy." *The Milbank Quarterly* 98(3): 668–699.

**Grumbach, Jacob M.**, and Alexander Sahn. 2020. "Race and Representation in Campaign Finance." *American Political Science Review*, 114(1): 206-221.

**Grumbach, Jacob M.** 2020. "Interest Group Activists and the Polarization of State Legislatures." *Legislative Studies Quarterly*, 45(1): 5-34.

**Grumbach, Jacob M.** 2018. "From Backwaters to Major Policymakers: Policy Polarization in the States, 1970-2014." *Perspectives on Politics*, 16(2): 416–435.

Elul, Gabrielle, Sean Freeder, and **Jacob M. Grumbach**. 2017. "The Effect of Mandatory Mail Ballot Elections in California." *Election Law Journal*, 16(3): 397–415.

Hecht, Amelie A., **Jacob M. Grumbach**, Karla E. Hampton, Kenneth Hecht, Ellen Braff-Guajardo, Claire D. Brindis, Charles E. McCulloch, and Anisha I. Patel. 2017. "Validation of a Survey to Examine Drinking Water Access, Practices, and Policies in Schools." *Public Health Nutrition* 20(17): 3068–3074.

**Grumbach, Jacob M.** 2015. "Polluting Industries as Climate Protagonists: Cap and Trade and the Problem of Business Preferences." *Business & Politics* 17(4): 633–659.

**Grumbach, Jacob M.** 2015. "Does the American Dream Matter for Members of Congress? Social-Class Backgrounds and Roll-Call Votes." *Political Research Quarterly* 68(2): 306–323.

Patel, Anisha I., Kenneth Hecht, Karla E. Hampton, **Jacob M. Grumbach**, Ellen Braff-Guajardo, and Claire D. Brindis. 2014. "Tapping into Water: Key Considerations for Achieving Excellence in School Drinking Water Access." *American Journal of Public Health* 104(7): 1314–1319.

Patel, Anisha I., Kumar Chandran, Karla E. Hampton, Kenneth Hecht, **Jacob M. Grumbach**, Amanda T. Kimura, Ellen Braff-Guajardo, and Claire D. Brindis. 2012. "Observations of Drinking Water Access in School Food Service Areas Before Implementation of Federal and State School Water Policy, California, 2011." *Preventing Chronic Disease* 9.

EDITOR REVIEWED PUBLICATIONS

**Grumbach, Jacob M.** 2026. "Review of *Uncivil Democracy: How Access to Justice Shapes Political Power*, by Jamila Michener and Mallory E. SoRelle." *Publius: The Journal of Federalism.*

Bonica, Adam, and **Jacob M. Grumbach**. 2026. "How Not to Defeat Authoritarianism." Forum for *Boston Review.*

Ahlquist, John S., **Jacob M. Grumbach**, and Thomas Kochan. 2024. "The Rise of the 'Union Curious': Support for Unionization among America?s Frontline Workers." Report for the Economic Policy Institute.

**Grumbach, Jacob M.** and Charlotte Hill. 2024. "Which States Adopt Election-Subversion Policies?" *ANNALS of the American Academy of Political and Social Science* 708(1): 243–256.

Dean, Adam, Jamie McCollum, and **Jacob M. Grumbach**. 2023. "Labor Unions and the Defense of American Democracy: The Fight over Ballot Drop Boxes during the 2022 Midterm Elections." Report for the Economic Policy Institute.

**Grumbach, Jacob M.** 2023. "Protecting Democracy from State Level Threats in the Age of National Parties" in the APSA Presidential Task Force on Report on Political Parties, *More Than Red and Blue: Political Parties and American Democracy.*

Bateman, David A., **Jacob M. Grumbach**, and Chloe Thurston. 2022. "Race and Historical Political Economy" in *The Oxford Handbook of Historical Political Economy.* Jenkins, Jeffery A. and Jared Rubin, Eds.

Aneja, Abhay, **Jacob M. Grumbach**, and Abby K. Wood. "Financial Inclusion in Politics." 2022. *NYU Law Review* 97(2): 566–630.

**Grumbach, Jacob M.** "The Supreme Court Just Rolled Democracy Back. You Can Measure How Much." 2022. *Politico*, June 30.

**Grumbach, Jacob M.** and Christopher Warshaw. "Many States with Antiabortion Laws Have Pro-Choice Majorities." 2022. *Washington Post MonkeyCage*, June 25.

**Grumbach, Jacob M.** and Jamila Michener. "American Federalism, Political Inequality, and Democratic Erosion." 2022. *ANNALS of the American Academy of Political and Social Science* 699(1): 143–155.

Collier, Ruth Berins, and **Jacob M. Grumbach**. "The Deep Structure of Democratic Crisis." 2022. *Boston Review*, January 6.

Frymer, Paul, Thomas Ogorzalek, and **Jacob M. Grumbach**. 2022. "Unions Can Help White Workers Become More Racially Tolerant" in *The Cambridge Handbook of Labor and Democracy.* Cornell, Angela and Mark Barenberg, Eds.

**Grumbach, Jacob M.**, Jacob S. Hacker, and Paul Pierson. 2021. "The Political Economies of Red States" in *American Political Economy: Politics, Markets, and Power.* Hacker, Jacob S., Alexander Hertel-Fernandez, Paul Pierson, and Kathleen Thelen, Eds.

**Grumbach, Jacob M.** and Eric Schickler. 2021. "In Civil Rights and American Democracy, Congress's Role Looms Large." *The Hill*, August 30.

Hill, Charlotte and **Jacob M. Grumbach**. 2020. "6 Ways Mail-in Ballots are Protected from Fraud." *The Conversation*, September 17.

Frymer, Paul and **Jacob M. Grumbach**. 2020. "The NBA Strike is a Big Moment for Athlete Activism—and the Labor Movement in America." *Vox*, September 4.

Hill, Charlotte, **Jacob M. Grumbach**, Adam Bonica, and Hakeem Jefferson. 2020. "We Should Never Have to Vote in Person Again." *New York Times*, May 4.

**Grumbach, Jacob M.** "Billionaires, Organizations, and Federalism: Developments in the Study of American Inequality." 2019. *Journal of Politics*, 81(4): 73–79.

Hill, Charlotte and **Jacob M. Grumbach**. 2019. "An Excitingly Simple Solution to Youth Turnout, for the Primaries and Beyond." *New York Times*, June 26.

## Working Papers

"Veiled Power: How Rosenwald Teachers Quietly Shaped the Civil Rights Movement" with Omar Wasow

"The Electoral Effects of Candidate Ideology in the Trump Era" with Adam Bonica

"Enough Police, but Not Enough Police Work: An Institutional Explanation of Under-Policing in the U.S." with Robert Mickey and Daniel Ziblatt

"Direct Contribution Limits Do Not Increase Independent Expenditures: Evidence from State Level Reforms" with Chris Kulesza and Chris Witko

## Awards and Fellowships

APSA State Politics & Policy Emerging Scholar Award, 2023

APSA Political Organizations and Parties Emerging Scholar Award, 2021

Center for Congressional and Presidential Studies Award for Best Paper Presented at the New Perspectives in Legislative Studies Conference, "Laboratories of Democratic Backsliding," 2021

Honorable Mention for American Sociology Association Distinguished Contribution to Scholarship in Population Award, 2021

APSA Award for Best Paper in Race and Ethnic Politics (with Alexander Sahn and Sarah Staszak), "Race, Gender, and Intersectionality in Campaign Finance," 2020

Bridges Center for Labor Studies Course Development Grant, 2020

APSA Award for Best Paper in Public Policy, "When Governments only Learn From Co-partisans: Partisan Policy Diffusion," 2019

E.E. Schattschneider Award for Best Dissertation in American Politics, 2019

William Anderson Award for Best Dissertation in Federalism, Intergovernmental Relations, or State and Local Politics, 2019

Ford Foundation Dissertation Fellowship, 2017–2018

APSA Class and Inequality Section Graduate Student Award, 2016

Mike Synar Graduate Research Fellowship, 2015–2016

Outstanding Graduate Student Instructor, 2015–2016

Eugene Cota-Robles Fellowship, 2012–2013

**Research Grants**

"Authoritarian Policing and America?s Incomplete Democratization" with Rob Mickey and Dan Ziblatt. Russell Sage Foundation ($150,000), 2022.

"Campaign Finance and Representation." University of Washington Royalty Research Fund ($32,926), 2022.

**Teaching**

PUBPOL190: Labor Policy, UC Berkeley

PUBPOL240C: Quantitative Methods II, UC Berkeley

POL284: Introduction to Labor Studies, University of Washington

POL382: State and Local Politics, University of Washington

POL555: State and Local Politics (Graduate), University of Washington

POL501: Quantitative Methods for the Social Sciences I (Graduate), University of Washington

POL503: Quantitative Methods for the Social Sciences II (Graduate), University of Washington

PS1AC: Race, Inequality, and American Politics, UC Berkeley; Teaching Instructor, American Cultures (AC) Teaching Workshop

HIST102: U.S. History 1865-Present, Prison University Project at San Quentin State Correctional Facility (Patten University)

**External Service**

UC Center Sacramento Faculty Council, 2025-2028

Editorial Board; *Publius: The Journal of Federalism*, 2026-

Editorial Board; *Journal of Politics*, 2021-2024

Academic Advisory Board; Economic Policy Institute, 2023-

Best Paper Award Committee, APSA Federalism Section, 2025

Committee on the Status of Blacks in the Profession, 2022-2025

William Anderson Award Committee, APSA, 2024

Emerging Scholar Award Committee, APSA American Political Economy Section, 2024

Advisory Board; Washington Institute for the Study of Inequality & Race, 2020-2022

Dissertation Award Committee, APSA American Political Economy Section, 2023

Nominations Committee, APSA REP Section, 2021-2022

Emerging Scholar Award Committee, APSA Political Organizations & Parties Section, 2022

Outreach Coordinator, APSA Class & Inequality Section, 2020-

Best Paper Award Committee, APSA Federalism Section, 2021

Graduate Student Poster Award Committee; APSA Class & Inequality Section, 2019

Bay Area Graduate Student Fellow; Scholars Strategy Network, 2014–2015

Coordinator, Colloquium on the Study of Race, Ethnicity, and Immigration; Institute of Governmental Studies, UC Berkeley, 2013–2015

Coordinator, Research Workshop in American Politics; Institute of Governmental Studies, UC Berkeley, 2015–2016

**Referee**

*American Economic Review: Insights*; *American Journal of Political Science*; *American Political Science Review*; *American Politics Research*; *Business & Politics*; *Democratization*; *Demography*; *Du Bois Review*; *Educational Researcher*; *Election Law Journal*; *Governance*; *Health Affairs*, *Health and Place*; *Interest Groups & Advocacy*; *Journal of Elections, Public Opinion & Parties*; *Journal of Ethnic and Migration Studies*; *Journal of Experimental Political Science*; *Journal of Health, Politics, Policy and Law*; *Journal of Law and Economics*; *Journal of Law, Economics, and Organization*; *Journal of Law & Political Economy*; *Journal of Politics*; *Journal of Public Economics*; *Journal of Public Policy*; *Journal of Race, Ethnicity, and Politics*; *Labor Studies Journal*; *Legislative Studies Quarterly*; *Management Science*; *Milbank Quarterly*; *Political Analysis*; *Political Research Quarterly*; *Political Psychology*; *Political Science Quarterly*; *Politics & Gender*; *Politics & Society*; *Politics, Groups, and Identities*; *PS: Political Science & Politics*; *Proceedings of the National Academy of Sciences*; *Public Opinion Quarterly*; *Public Policy and Administration*; *Public Choice*; *Publius: The Journal of Federalism*; *Quarterly Journal of Economics*; *Review of Economics and Statistics*; *Research & Politics*; *Social Science Quarterly*; *Social Sciences & Humanities*; *SSM - Population Health*; *Socio-Economic Review*; *Southern Economic Journal*; *State Politics & Policy Quarterly*; *Studies in American Political Development*

**Conference Presentations**

American Political Science Association (2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025)

Midwest Political Science Association (2015, 2016, 2017, 2018, 2019)

Western Political Science Association (2019, 2022)

NBER (2024)

**Invited Talks**

**2026:** Brennan Center Money in Politics Colloquium; UC Berkeley Bob Powell Political Economy

Seminar

**2025:** Colorado State University; Guinier Project Roundtable; Illinois State University Hibbert Roberts Lecture; Notre Dame Rooney Center Seminar; Stanford American Politics Workshop

**2024:** Brown Watson Institute Distinguished Lecture Series; Columbia Labor and Democracy Conference; Harvard Law School Law & Policy Seminar; Occidental College Political Science; Princeton 'Frontsliding' Conference; Tulane Murphy Seminar in Political Science; UC Berkeley Research Workshop in American Politics; UC Berkeley School of Law Democracy and Rule of Law Series; UC Berkeley Winter American Politics Meeting; University of Colorado at Denver; UW Public Lecture Series

**2023:** Copenhagen Business School Political Economy Seminar; Northwestern University Comparative Historical Social Sciences Colloquium; Stanford Electoral Reform Task Force; UC Berkeley GSPP Seminar; UC Berkeley Institute for Research on Labor and Employment (IRLE); UCLA Law School Protecting Democracy Series; University of Portland Mazzocco Lecture

**2022:** Harvard Law School Democracy Series; University of Pennsylvania American Politics Workshop; James Madison University Symposium on Teaching and Learning Racial Justice; Nuffield Politics Seminar at Oxford University; NYU American Politics Workshop; Boston University Political Science Speaker Series; Princeton Economics Future of the Labor Movement Meeting; Stanford Center on Democracy, Development and the Rule of Law; UC Berkeley Research Workshop in American Politics; University of Houston Hobby School of Public Affairs Speaker Series; UW Public Lecture Series; Western Washington University Sandison Memorial Lecture; Yale American Politics and Policy Workshop; Yale Department of African American Studies Endeavors Colloquium

**2021:** Cornell PSAC; Harvard American Politics Workshop; University of Michigan Weiser Center for Emerging Democracies; USC Political Institutions & Political Economy Symposium; Vanderbilt American Politics Workshop; UCSD Political Economy Research Seminar; UCLA Race & Ethnic Politics Seminar; UW Public Lecture Series

**2020:** Columbia University American Politics Speaker Series; Cornell University American Democracy Collaborative; Duke Race & Ethnic Politics Series; Johns Hopkins University Political Science Seminar; UW Center for the Study of Demography & Ecology; Michigan State Minority Politics Online Seminar Series; American University Political Science Research Seminar; University of Oregon Political Science Research Colloquium; UW Evans School of Public Policy; UW Washington Institute for the Study of Inequality & Race; University of Minnesota American Politics Colloquium; Vote.org Speaker Series; Yale American Politics and Policy Workshop

**2019:** National Institute on Money in Politics (Montana); Scholars Strategy Network Leadership Convening (Washington, D.C.)

**2018:** Oxford University Winant Symposium; UC Berkeley Law and New Political Economy Conference; UC Irvine Money and Politics Conference

ADVISING

Aaron Baker (Honors Thesis), Joe Calodich (Honors Thesis), Meagan Carmack (MA), Crystal Correa (Honors Thesis), Adelle Engmann (Honors Thesis), Megan Erickson (MA), Rachel Funk Fordham (PhD), Jintong Han (PhD), Steven Karceski (PhD Sociology), Sebastian Mayer (PhD), Becca Peach (MA), Morgan Wack (PhD), Hanjie Wang (PhD), Nicolas Wittstock (PhD)

ADDITIONAL INFORMATION

Languages: English, Spanish

Statistical and Programming Languages: *R*, STATA, LaTeX, some Python