UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 3:26-cv-10680

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED PRODUCTION OF THE ADMINISTRATIVE RECORD AND EXPEDITED DISCOVERY**

Upon consideration of Plaintiffs' Motion for Expedited Production of the Administrative Record and Expedited Discovery, the related Memorandum of Points and Authorities, the attached declaration, and supporting materials, it is hereby

1. ORDERED that the motion is GRANTED; and

2. ORDERED that Defendants must produce the administrative record and respond to the Requests for Production and Interrogatories attached as exhibits to the Declaration of Beau C. Tremitiere in Support of Plaintiffs' Motion for Expedited Production of the Administrative Record and Expedited Discovery, on a rolling basis and by no later than:

Tuesday, September 29, 2026, at 5:00 p.m. PDT; or

__________________, 2026 (seven days before the Court has scheduled the hearing on Plaintiffs' Motion for APA Stay and Preliminary Injunction) at 5:00 p.m. PDT.

*[Court to select whichever date is earlier]*

SO ORDERED.

Entered this ___ day of _____________, 2026.

________________________________

Honorable Thomas S. Hixson
United States Magistrate Judge