AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

California Nurses Association, et al.,

*Plaintiff(s)*

v.

Markwayne Mullin, et al.,

*Defendant(s)*

Civil Action No. 4:26-cv-10680-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see attached addendum.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Beau C. Tremitiere
Protect Democracy Project
300 Center Ave, Suite G-251
Superior, CO 80027
Tel: 202-579-4582
Email: beau.tremitiere@protectdemocracy.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 9/22/2026

P.Frontiera

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-10680

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**ADDENDUM TO SUMMONS**

LIST OF DEFENDANTS

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security
Office of the General Counsel
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT
Office of the Principal Legal Advisor
500 12th St. SW,
Mail Stop 5900
Washington, DC 20536-5900

DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. SW,
Mail Stop 5900
Washington, DC 20536-5900

ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House
Office of the Principal Legal Advisor
500 12th St. SW,
Mail Stop 5900
Washington, DC 20536-5900

UNITED STATES CUSTOMS AND BORDER PROTECTION
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Control
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar
c/o U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Additional Service Addresses:

The U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102