United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

California Nurses Association, et al. ,
Plaintiff(s),

v.

Markwayne Mullin, et al. ,
Defendant(s).

Case No. 4:26-cv-10680

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin R. Farley, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs: California Nurses Association, National Nurses United, Voto Latino Foundation in the above-entitled action. My local co-counsel in this case is Bill Nguyen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 333671.

| | |
|---|---|
| P.O. Box 34573, Washington, DC 20043 | 70 W. Hedding St., East Wing, 9th Fl., San Jose, CA 95110 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 213-639-3900 | (669) 279-9957 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| farley@nilc.org | bill.nguyen@cco.sccgov.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90042585.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/23/26

Benjamin R. Farley
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin R. Farley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 23, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE