CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**STIPULATION & [PROPOSED] ORDER TO INCREASE PAGE LIMITS**<br><br>The Honorable Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-12, the parties hereby stipulate to and respectfully request that the Court approve a mutual increase of four pages for the limits for the parties' briefing regarding Plaintiffs' motion for a preliminary injunction, such that Defendants shall be permitted to file an opposition brief of up to 29 pages, and Plaintiffs shall be permitted to file a reply brief of up to 19 pages. *See* Civ. L.R. 7-3(a), (c). The parties respectfully submit that there is good cause for this request, as the parties are briefing a large number of important issues on an expedited timeframe.

DATED: September 29, 2026




Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*[1]
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants

By: *<u>/s/ Beau C. Tremitiere</u>*
BEAU C. TREMITIERE
Counsel
GEOFFREY CURFMAN*
Counsel
HAYDEN JOHNSON**
Counsel
ZACHARY WEST**
Counsel
JESSICA MARSDEN**
Counsel
ASHLEY FOX**
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

[1] Pursuant to Civil L.R. 5-1(i), the filer attests that all signatories have consented to filing.

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
JOEL F. WACKS
Deputy City Attorney

By: /s/ Michael A. Keough
MICHAEL A. KEOUGH
Special Counsel

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
BILL NGUYEN
Deputy County Counsel

By: /s/ Bill Nguyen
BILL NGUYEN
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

BENJAMIN R. FARLEY**
Counsel
IMANI FRANKLIN**
Counsel

By: /s/ Benjamin R. Farley
BENJAMIN R. FARLEY**
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

**Pro Hac Vice Application Pending*
***Admitted Pro Hac Vice*