**PROTECT DEMOCRACY PROJECT**
BEAU C. TREMITIERE, SBN 320074
300 Center Ave, Suite G-251
Superior, CO 80027
GEOFFREY CURFMAN* NY Bar No. 5809199
JESSICA MARSDEN* NY Bar No. 5316526
82 Nassau St., #601
New York, NY 10038
HAYDEN JOHNSON* DC Bar No. 1671830
ZACHARY WEST* NY Bar No. 5192257
ASHLEY FOX* LA Bar No. 41748
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
E-Mail:
beau.tremitiere@protectdemocracy.org
geoffrey.curfman@protectdemocracy.org
jess.marsden@protectdemocracy.org
hayden.johnson@protectdemcracy.org
zachary.west@protectdemocracy.org
ashley.fox@protectdemocracy.org

**NATIONAL IMMIGRATION LAW CENTER**
BENJAMIN R. FARLEY* DC Bar No. 90042585
IMANI FRANKLIN* DC Bar No. 90006160
PO Box 34573
Washington, D.C. 20043
Telephone: (213) 639-3900
Facsimile: (202) 738-9128
E-mail: farley@nilc.org
franklin@nilc.org

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION, NATIONAL NURSES UNITED, and VOTO LATINO FOUNDATION

**CITY AND COUNTY OF SAN FRANCISCO**
DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
JOEL F. WACKS, SBN 326561
Deputy City Attorney
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-4700
Facsimile: (415) 437-4644
E-Mail: Michael.Keough@sfcityatty.org
Joel.Wacks@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**COUNTY OF SANTA CLARA**
TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

**Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Case No. 4:26-cv-10680-AMO

**PLAINTIFFS' MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE**

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER CONTROL; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Control; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

**FOR PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE RECORD WITH EXPEDITED DISCOVERY**

Pursuant to Northern District of California Civil Local Rule 6-3(a), Plaintiffs[1] request that this Court shorten time and establish an expedited briefing and hearing schedule for Plaintiffs' Motion to Complete the Administrative Record, or In the Alternative, to Supplement the Record with Expedited Discovery (hereafter the "Second Production Motion"). Specifically, Plaintiffs propose the following schedule for briefing and consideration of this motion, as well as the pending Motion for APA Stay and Preliminary Injunction (ECF No. 10) ("PI Motion"):

1. Defendants[2] must file an opposition to the Second Production Motion, if any, by Wednesday, September 30, 2026, at 4:00 p.m. Pacific Time.

2. The Court will postpone the Thursday, October 1, 2026 hearing on the PI Motion and, if necessary, convert the scheduled time into a hearing on the Second Production Motion.

3. Defendants must complete the supplemental production as ordered by the Court pursuant to the Second Production Motion by Monday, October 5 at 4:00 p.m. Pacific Time.

4. Plaintiffs must file a reply in support of the PI Motion, if any, by Wednesday, October 7, 2026 at 4:00 p.m. Pacific Time. (The current deadline for Plaintiffs to file a reply is Wednesday, September 30, 2026.)

5. The Court will hold a hearing, if necessary, on the PI Motion on or before Thursday, October 8, 2026.

---

[1] Plaintiffs are the California Nurses Association ("CNA"), National Nurses United ("NNU"), City and County of San Francisco ("San Francisco"), County of Santa Clara ("Santa Clara"), and Voto Latino Foundation ("Voto Latino").

[2] Defendants are the United States Department of Homeland Security ("DHS"); Markwayne Mullin in his official capacity as Secretary of Homeland Security; the United States Citizenship and Immigration Services ("USCIS"); Joseph B. Edlow, in his official capacity as Director of USCIS; United States Immigration and Customs Enforcement ("ICE"); David J. Venturella, in his official capacity as Senior Official Performing the Duties of the Director of ICE; Anthony Salsibury, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; United States Customs and Boarder Control ("CBP"); Rodney S. Scott, in his official capacity as Commissioner of CBP; and Thomas Homan, in his official capacity as Assistant to the President and Border Czar.

1. As explained in the attached Declaration of Michael A. Keough, at 1:40 p.m. Pacific Time in the afternoon on September 29, 2026, counsel for Plaintiffs emailed the government to share the proposed shortened schedule and to request Defendants' position on this Motion to Shorten Time. The government responded requesting a meet and confer pursuant to the Court's discovery dispute procedure and requesting an explanation of the alleged deficiencies. Plaintiffs responded explaining that, while the failure to produce a complete Administrative Record was not covered by the Court's discovery dispute procedure, Plaintiffs had attempted to provide additional information on Thursday, September 24 to ensure that a complete Administrative Record was provided. Plaintiffs offered to further meet and confer, but given the expedited schedule in this case, indicated that the deficient Administrative Record needed to be raised to the Court today. Plaintiffs then indicated that they would file the motion and note the government's opposition. Declaration of Michael A. Keough, ¶ 7. If granted, Plaintiffs' requested time modification would require a modest adjustment to the present briefing and hearing schedule for the PI Motion. *Id.* ¶ 9.

**BACKGROUND**

The PI Motion seeks to enjoin Defendants from continuing the Unlawful Voter Initiative—DHS's policy under which the agency sends armed federal agents to people's homes to interrogate them, including U.S. citizens, about their voter eligibility. As set forth in greater detail in the concurrently filed Second Production Motion, Defendants' initial production—a mere 25 pages, consisting mostly of executive orders published on the Federal Register or blanket redactions—is clearly an insufficient administrative record as a matter of law. Yet, a complete and sufficient record is necessary for the Court's timely consideration of the important issues presented in the PI Motion.

As the Court recognized last week in setting an expedited schedule for the production of administrative record, briefing, and hearing on the PI Motion, the nature and timing of the harms at issue here warrant a clear and expedient presentation of the factual record to the Court. ECF Nos. 28, 37. Defendants' improper initial production precludes this matter from proceeding as quickly it should.

Shortening time for this Motion and the prompt resolution of the Second Production Motion is necessary to minimize further delay.

**ARGUMENT**

Defendants' aggressive tactics under the Unlawful Voter Initiative Policy have caused and are causing U.S. citizen voters, and the organizations and governments that mobilize and assist them, to curtail their participation in electoral activity. Plaintiffs are labor unions representing U.S. citizen members, local governments administering elections and conducting voter outreach programs, and the country's largest Latino-focused voter services organization that assists and educates eligible voters to participate. Each Plaintiff has seen firsthand how Defendants' Unlawful Voter Initiative is causing fear and changing electoral behavior, particularly in communities with large populations of naturalized citizens.

The harm is ongoing. As detailed in Plaintiffs' PI Motion, Defendants' unlawful conduct has already harmed and continues to harm Plaintiffs and their U.S. citizen members and constituents by deterring their specific engagement in the political process; curtailing voter engagement events; pressuring them to divert election-administration resources; and subjecting them to fear of increased surveillance, harassment, and/or retaliation by Defendants. Every day the Unlawful Voter Initiative Policy remains in effect, Defendants' agents interrogate more U.S. citizens at their homes about their participation in elections, and more voters are deterred from registering to vote and casting ballots in an election little over a month away.

As the Court recognized in adopting an expedited timeline for Plaintiffs' initial production motion and PI Motion, ECF No. 37, a default schedule would not allow the Court to resolve the critical issues presented in time. Given the importance of the fundamental right to vote, every day and every affected eligible voter matter. Plaintiffs' voter registration activities are already underway, early voting in California begins in two weeks, and California's voter registration deadline is on Monday, October

19. But, under the default schedule established for the disposition of motions under Northern District of California Local Civil Rule 7-2(a), this Motion would be heard no earlier than Tuesday, November 3, 2026—Election Day, which is weeks after Californians have begun voting and California's voter registration deadline has passed. Plaintiffs would accordingly be prejudiced and suffer substantial harm in the absence of the requested time modification, and an irrevocable impact on voters would have occurred.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court shorten time and establish the expedited, revised schedule set forth above for briefing and hearing on Plaintiffs' Second Production Motion and PI Motion.

DATED: September 29, 2026

Respectfully submitted,

By: *<u>/s/ Beau C. Tremitiere</u>*
BEAU C. TREMITIERE
Counsel
GEOFFREY CURFMAN*
Counsel
HAYDEN JOHNSON*
Counsel
ZACHARY WEST*
Counsel
JESSICA MARSDEN*
Counsel
ASHLEY FOX*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney

MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
JOEL F. WACKS
Deputy City Attorney

By: *<u>/s/ Michael A. Keough</u>*
MICHAEL A. KEOUGH
Special Counsel

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
BILL NGUYEN
Deputy County Counsel

By: *<u>/s/ Bill Nguyen</u>*
BILL NGUYEN
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

BENJAMIN R. FARLEY*
Counsel
IMANI FRANKLIN*
Counsel

By: *<u>/s/ Benjamin R. Farley</u>*
BENJAMIN R. FARLEY*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

**Admitted Pro Hac Vice*

**FILER'S ATTESTATION**

I, Beau Tremitiere, am the ECF user whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

DATED: September 29, 2026

Respectfully submitted,

By: *<u>/s/ Beau C. Tremitiere</u>*
BEAU C. TREMITIERE
Counsel