UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER CONTROL; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Control; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 4:26-cv-10680-AMO

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE RECORD WITH EXPEDITED DISCOVERY**

Pursuant to Civil Local Rule 6-1(b), and having considered the parties' positions with respect to Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion to Complete the Administrative Record or, in the Alternative, to Supplement the Record with Expedited Discovery (hereafter the "Second Production Motion"), the Court hereby ORDERS the following schedule:

1. Defendants must file an opposition to the Second Production Motion, if any, by Wednesday, September 30, 2026, at 4:00 p.m. Pacific Time.

2. The Court will postpone the Thursday, October 1, 2026 hearing on the PI Motion and, if necessary, convert the scheduled time into a hearing on the Second Production Motion.

3. Defendants must complete the supplemental production as ordered by the Court pursuant to the Second Production Motion by Monday, October 5 at 4:00pm Pacific Time.

4. Plaintiffs must file a reply in support of the PI Motion, if any, by Wednesday, October 7, 2026 at 4:00 p.m. Pacific Time.

5. The Court will hold a hearing, if necessary, on the PI Motion on or before Thursday, October 8, 2026.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. Araceli Martínez-Olguín
United States Magistrate Judge