UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 4:26-cv-10680-AMO

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD, OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE RECORD WITH EXPEDITED DISCOVERY**

Upon consideration of Plaintiffs' Motion to Complete the Administrative Record, or In the Alternative, to Supplement the Record with Expedited Discovery, the related Memorandum of Points and Authorities, the attached declaration, and supporting materials, it is hereby

1. ORDERED that the motion is GRANTED; and

2. ORDERED that Defendants must produce a complete administrative record by 4:00 p.m. Pacific time Monday, October 5, 2026, that contains, at a minimum:

a. A complete copy of the HSI Targets Memo dated on or about June 9, 2026;

b. All documents establishing the Voter Eligibility Matching Policy, including a complete copy of the materials referenced in the Whistleblower Disclosure (Tremitiere Decl., Ex. 2, ECF 10-7 at 19–51);

c. All documents reflecting the use of SAVE as part of the Voter Eligibility Matching Policy;

d. All documents reflecting the use of "supplemental magic" in support of the Voter Eligibility Matching Policy;

e. All documents reflecting "safeguards" used to identify United States citizens (Bartell Decl., ECF 46-1 ¶ 18);

f. All documents reflecting the "layered vetting process" used to filter out United States citizens (HSI Decl., 46-2 ¶ 12);

g. All "DHS and ICE policies and investigative standards" governing investigations of United States citizen voters (HSI Decl., 46-2 ¶ 15);

h. All documents reflecting guidelines for the use of "available biographic data" used to identify United States citizens, including all sources of data used to support the Voter Eligibility Matching Policy (Bartell Decl., ECF 46-1 ¶¶ 10, 14);

i. All documents reflecting the "new model for generating leads for HSI's unlawful voting investigations" (HSI Decl., ECF 46-2 ¶ 19);

j. All documents reflecting the Privacy Threshold Analysis and Privacy Impact Assessment for the Unlawful Voter Initiative, Voter Eligibility Matching Program, and/or Field Operations Program;

k. All TECS records created by the Voter Eligibility Matching Policy prior to August 31, 2026;

l. Unredacted copies of the March 13, 2026 email and August 31, 2026, bulletin, or detailed explanations of why each redaction is justified;

3. Plaintiffs' reply in support of the pending motion for preliminary injunction (Dkt. 10) shall be filed by 4:00 p.m. Pacific time on Wednesday, October 7, 2026; and

4. The hearing on the motion for preliminary injunction is reset for Thursday, October 8, 2026, at 11:00 a.m. in Courtroom 5, 2nd Floor – Oakland, or upon the Court's convenience.

SO ORDERED.

Entered this ___ day of _____________, 2026. ______________________________

Honorable Araceli Martínez-Olguín
United States District Judge