UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 4:26-cv-10680-AMO

**DECLARATION OF JESSICA MARSDEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE RECORD WITH EXPEDITED DISCOVERY**

I, Jessica Marsden, declare as follows:

1. I am an attorney at Protect Democracy Project and am one of the attorneys representing Plaintiffs. I submit this declaration in support of Plaintiffs' Motion to Complete the Administrative Record, or In the Alternative, to Supplement the Record with Expedited Discovery. The facts stated herein are based upon my review of the file that is attached.

2. On September 29, 2026, I accessed the article identified below at the URL provided. The document attached to this Declaration as Exhibit 1 is a true and correct copy of the article accessed on September 29, 2026:

- Ned Parker & Peter Eisler, *White House pushes for speedy review of voter rolls in the hunt for noncitizen voters*, Reuters (Sep. 24, 2026), https://www.reuters.com/legal/government/white-house-pushes-speedy-review-voter-rolls-hunt-noncitizen-voters-2026-09-24/—attached as Exhibit 1.

DATED: September 29, 2026

Respectfully submitted,

*/s/ Jessica Marsden*
JESSICA MARSDEN*
Counsel
**Admitted Pro Hac Vice*