**CITY AND COUNTY OF SAN FRANCISCO**
DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
JOEL F. WACKS, SBN 326561
Deputy City Attorney
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4700
E-Mail: Michael.Keough@sfcityatty.org
Joel.Wacks@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*Additional Counsel for Plaintiffs in Signature Block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

Case No. 4:26-cv-10680-AMO

**STIPULATED REQUEST AND [PROPOSED] ORDER TO ESTABLISH SCHEDULE FOR PLAINTIFFS' MOTION FOR APA STAY AND PRELIMINARY INJUNCTION**

## STIPULATION

Pursuant to the Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants (collectively "the Parties") hereby stipulate and request as follows:

WHEREAS the Court held a status conference on the morning of Wednesday, September 30, 2026, to discuss Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion to Complete the Administrative Record (ECF 51); Plaintiffs' Motion to Complete the Administrative Record or, in the Alternative, to Supplement the Record with Expedited Discovery (ECF 53); and the briefing schedule for Plaintiffs' Motion for APA Stay and Preliminary Injunction ("PI Motion") (ECF 10);

WHEREAS the Court ordered that the Parties meet and confer after today's hearing;

WHEREAS the Parties met and conferred on the morning and afternoon of Wednesday, September 30, 2026, pursuant to the Court's order;

WHEREAS Defendants represented they are working to confirm by the morning of Thursday, October 1, 2026, whether and what additional materials they may be willing to search for and provide; and

WHEREAS attached to this Stipulated Request is the Declaration of Michael A. Keough pursuant to Civil Local Rule 6-2(a), setting forth the reasons for the requested time modification, disclosing all previous time modifications, and describing the effect that the requested time modification would have on the rest of the schedule in the above-captioned case;

NOW, THEREFORE, in lieu of submitting the revised proposed briefing schedule for the PI Motion and any response to that proposal by the deadlines above, the Parties agree to request that this Court issue an order as follows:

1. If the Parties reach an agreement on whether and what additional materials Defendants will search for and provide, the Parties will file a stipulation by 11 A.M. Pacific Time on Thursday, October 1, 2026, proposing a timeline for production of those materials and a revised briefing and hearing schedule for Plaintiffs' PI Motion.

2. If the Parties do not reach an agreement on whether and what additional materials Defendants will search for and provide, Plaintiffs will file a revised proposed briefing

schedule for the PI Motion, including any remaining disputes regarding the administrative record, by 12 P.M. Pacific Time on Thursday, October 1, 2026. Defendants may then file a response by 1 P.M. Pacific Time on Thursday, October 1, 2026.

3. The Parties will remain available for the status conference set for 11 A.M. on Thursday, October 1, 2026, or for any later status conference on Thursday, October 1, 2026, at a time convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ________________ By: ________________________________

Hon. Araceli Martínez-Olguín
United States District Judge
U.S. District Court, Northern District of California

DATED: September 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants

By: */s/ Beau C. Tremitiere*
BEAU C. TREMITIERE
Counsel
GEOFFREY CURFMAN*
Counsel
HAYDEN JOHNSON*
Counsel
ZACHARY WEST*
Counsel
JESSICA MARSDEN*
Counsel
ASHLEY FOX*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
JOEL F. WACKS
Deputy City Attorney

By: */s/ Michael A. Keough*
MICHAEL A. KEOUGH

Special Counsel

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
BILL NGUYEN
Deputy County Counsel

By: *<u>/s/ Bill Nguyen</u>*
BILL NGUYEN
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

BENJAMIN R. FARLEY*
Counsel
IMANI FRANKLIN*
Counsel

By: *<u>/s/ Benjamin R. Farley</u>*
BENJAMIN R. FARLEY*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

**Admitted Pro Hac Vice*

**FILER'S ATTESTATION**

I, MICHAEL A. KEOUGH, am the ECF user whose identification and password are being used to file this STIPULATED REQUEST AND [PROPOSED] ORDER TO ESTABLISH SCHEDULE FOR PLAINTIFFS' MOTION FOR APA STAY AND PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.

DATED: September 30, 2026

Respectfully submitted,

By: <u>*/s/ Michael A. Keough*</u>
MICHAEL A. KEOUGH
Special Counsel

Attorney for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO