UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**DECLARATION OF MICHAEL A. KEOUGH IN SUPPORT OF STIPULATED REQUEST TO ESTABLISH SCHEDULE FOR PLAINTIFFS' MOTION FOR APA STAY AND PRELIMINARY INJUNCTION** |

I, Michael A. Keough, declare and state the following:

1. I am over the age of 18. I am a resident of the State of California; a member of the Bar of this Court; a Special Counsel with the Office of the City Attorney, City and County of San Francisco; and an attorney for Plaintiff City and County of San Francisco in the action *California Nurses Association, et al. v. Mullin, et al.*, No. 4:26-cv-10680-AMO (N.D. Cal.), filed in this District on September 18, 2026. I make this declaration in support of the Parties' Stipulated Request to Establish Schedule for Plaintiffs' Motion for APA Stay and Preliminary Injunction ("Stipulated Request"). I state the matters herein of my personal knowledge. If called on to do so, I could and would testify to them.

2. **Requested order changing time**: Plaintiffs and Defendants (collectively "the Parties") request that the Court issue an order as follows:

   a. If the Parties reach an agreement on what additional materials Defendants will search for and provide, the Parties will file a stipulation by 11 A.M. Pacific Time on Thursday, October 1, 2026, proposing a timeline for production of those materials

and a revised briefing and hearing schedule for Plaintiffs' Motion for APA Stay and Preliminary Injunction ("PI Motion") (ECF 10).

b. If the Parties do not reach an agreement on what additional materials Defendants will search for and provide, Plaintiffs will file a revised proposed briefing schedule for the PI Motion, including any remaining disputes regarding the administrative record, by 12 P.M. Pacific Time on Thursday, October 1, 2026. Defendants may then file a response by 1 P.M. Pacific Time on Thursday, October 1, 2026.

c. The Parties will remain available for the status conference set for 11 A.M. on Thursday, October 1, 2026, or for any later status conference on Thursday, October 1, 2026, at a time convenient for the Court.

3. **Reasons for request**: Pursuant to the Court's order on the morning of September 30, 2026, the Parties met and conferred on the morning and afternoon of September 30, 2026. Defendants represented they are working to confirm by the morning of Thursday, October 1, 2026, what additional materials they are willing to search for and provide.

4. **Previous time modifications**: On September 24, 2026, the Court granted a motion to shorten time for Plaintiffs' initial production motion, and granted the motion in part and denied it in part; the Court also adopted an expedited schedule for the PI Motion. On September 29, 2026, the Court stayed all deadlines for the PI Motion.

5. **Effect of requested time modification on schedule**: If granted, the time modification would mean that Plaintiffs no longer must file a revised proposed briefing schedule for the PI Motion, including any remaining disputes regarding the administrative record, by 4 P.M. on Wednesday, September 30, 2026, and that Defendants no longer must file a response by 5 P.M. on Wednesday, September 30, 2026. To the best of the Parties' understanding, it would have no effect on any other aspect of the schedule in this case.

\\

\\

\\

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California, on September 30, 2026.

*/s/ Michael A. Keough*
MICHAEL A. KEOUGH