**COUNTY OF SANTA CLARA**
TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

*Additional Counsel for Plaintiffs in Signature Block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**PLAINTIFFS' STATUS REPORT REGARDING PROPOSED FURTHER BRIEFING SCHEDULE** |

Pursuant to the Court's minute order and so-ordered stipulation (ECF 57, 59), Plaintiffs propose a briefing schedule below for Plaintiffs' Motion to Complete the Administrative Record or, in the Alternative, to Supplement the Record with Expedited Discovery ("AR Motion") (ECF 53) and Plaintiffs' Motion for APA Stay and Preliminary Injunction ("PI Motion") (ECF 10), as well as an update on any remaining disputes regarding the administrative record.

The Parties have met and conferred three times since yesterday's status conference. While Defendants ultimately declined to enter a stipulation to resolve the AR Motion, Plaintiffs understand that significant progress has been made to narrow the categories of documents at issue:

- Plaintiffs maintain that the documents described by section 2(k) of Plaintiffs' Proposed Order Granting the AR Motion (ECF 53-1) are relevant to Plaintiffs' claims in the PI Motion and should be included as part of the administrative record. However, to resolve this matter expeditiously, Plaintiffs agree that Defendants need not provide the documents described by section 2(k) in advance of the Court's resolution of the PI Motion.
- Defendants have provided the document described by section 2(a) of Plaintiffs' Proposed Order Granting the AR Motion. Plaintiffs agree that Defendants need not provide anything further with respect to section 2(a) in advance of the Court's resolution of the PI Motion.
- Based on representations made during conferral with Defendants, Plaintiffs understand that Defendants will be providing at least one additional document to supplement the administrative record. Plaintiffs lack further information on the timing and substance of that document.
- Based on representations made during conferral with Defendants, Plaintiffs understand that Defendants are actively undertaking searches for some categories of documents described by Plaintiffs' Proposed Order Granting the AR Motion. Based on the progress of the searches to date and Defendants' representations, Plaintiffs understand that Defendants do not believe responsive documents exist as to sections 2(e), 2(f), and 2(j) of Plaintiffs' Proposed Order Granting the AR Motion.

In light of this progress, Plaintiffs propose a schedule as follows:

1. Defendants will file their response to the AR Motion with regards to categories that remain in dispute by Friday, October 2, 2026.

2. A status conference and/or hearing regarding the AR Motion is set for Monday, October 5, 2026, at 11 A.M. Pacific Time, or at another time convenient for the Court.

3. Pursuant to the Court's order on the AR Motion, Defendants will provide additional materials, if any, by 12 P.M. Pacific Time on Tuesday, October 13, 2026. Defendants may also, by the same deadline, file a supplement to their opposition to the PI Motion—not to exceed four pages—that is limited to addressing any additional materials they have provided by that date and time.

4. Plaintiffs will file their reply in support of the PI Motion by Wednesday, October 14; to the extent Defendants file a supplement, the page limit of Plaintiffs' reply shall be adjusted accordingly.

5. The hearing on the PI Motion is set for Friday, October 16, at 11 A.M. Pacific Time, or at another time convenient for the Court.

DATED: October 1, 2026

Respectfully submitted,

By: <u>*/s/ Beau C. Tremitiere*</u>
BEAU C. TREMITIERE
Counsel
GEOFFREY CURFMAN*
Counsel
HAYDEN JOHNSON*
Counsel
ZACHARY WEST*
Counsel
JESSICA MARSDEN*
Counsel
ASHLEY FOX*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

DAVID CHIU
City Attorney

YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
JOEL F. WACKS
Deputy City Attorney

By: */s/ Michael A. Keough*
MICHAEL A. KEOUGH
Special Counsel

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
BILL NGUYEN
Deputy County Counsel

By: */s/ Bill Nguyen*
BILL NGUYEN
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

BENJAMIN R. FARLEY*
Counsel
IMANI FRANKLIN*
Counsel

By: */s/ Benjamin R. Farley*
BENJAMIN R. FARLEY*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

**Admitted Pro Hac Vice*

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this PLAINTIFFS' STATUS REPORT REGARDING PROPOSED FURTHER BRIEFING SCHEDULE. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.

DATED: October 1, 2026

Respectfully submitted,

By: *<u>/s/ Bill Nguyen</u>*
BILL NGUYEN
Special Counsel

Attorney for Plaintiff
COUNTY OF SANTA CLARA