CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED BRIEFING SCHEDULE**<br><br>The Honorable Araceli Martínez-Olguín |

Defendants respectfully submit this response to Plaintiffs' proposed schedule for briefing their discovery and preliminary injunction motions. *See* Dkt. 61; *see also* Dkt. 59.

As Plaintiffs explain in their statement, the parties have repeatedly met and conferred on the issues raised in Plaintiffs' discovery motion (Dkt. 53) and have narrowed their disputes regarding that motion. *See* Dkt. 61 at 2-3. However, certain disputes remain, which the parties agree should be briefed to the Court.

Defendants agree to file their opposition to Plaintiffs' discovery motion by tomorrow, Friday, October 2, and that the Court should hear that motion at its convenience on Monday, October 5, or whenever the Court is next available.

Defendants respectfully disagree that the Court should set a schedule today for any productions it *might* order following resolution of Plaintiffs' discovery motion. Plaintiffs' discovery motion seeks an enormous volume of material: at least nine separate "All"-documents requests.[1] *See* Dkt. 53-1 at 1. Defendants will explain in tomorrow's opposition why the requested records do not belong in the AR for this case. But if the Court agrees that anything further should be produced, the appropriate timeline for any such production will necessarily depend on the scope of what the Court orders to be produced. Plaintiffs' proposal for approximately one week to complete productions following the Court's expected order (*see* Dkt. 61 at 3) may be reasonable, or it may not be, depending on what would need to be included.

Defendants understand Plaintiffs' desire to set fixed briefing and hearing deadlines at this time. But Defendants believe that the Court and the parties have demonstrated the ability to be flexible and respond quickly when needed in this matter. Rather than setting an arbitrary production and briefing deadline in advance, Defendants propose that, if the Court does order any further action with respect to the AR, that the parties meet and confer as quickly as possible and file within 24 hours a statement setting forth their proposals for any productions and the remaining briefing and hearing for Plaintiffs' preliminary injunction motion.

---

[1] Plaintiffs have agreed that Defendants need not brief or produce the TECS records requested in section 2.k of their Proposed Order prior to the Court's resolution of the preliminary injunction motion. *See* Dkt. 61 at 2; *see also* Dkt. 53-1 at 2.

Date: October 1, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants