CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**CERTIFICATE OF SERVICE OF SUPPLEMENTAL ADMINISTRATIVE RECORD**<br><br>The Honorable Araceli Martínez-Olguín |

The undersigned certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of the following:

1. INDEX TO THE SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORD AR-3-001 - AR-3-010
2. SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORD: AR-3-001 - AR-3-010

to be served this date, October 13, 2026, to the parties addressed as follows:

- For Plaintiffs California Nurses Association, National Nurses United, and Voto Latino Foundation: beau.tremitiere@protectdemocracy.org; farley@nilc.org;
- For Plaintiff City and County of San Francisco: michael.keough@sfcityatty.org;
- For Plaintiff County of Santa Clara: bill.nguyen@cco.sccgov.org.

____________ **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____________ **CERTIFIED MAIL (#)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____________ **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

____________ **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

✓___________ **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

____________ **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 13, 2026, at San Francisco, California.

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney