**CITY AND COUNTY OF SAN FRANCISCO**
DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
JOEL F. WACKS, SBN 326561
Deputy City Attorney
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4700
E-Mail: Michael.Keough@sfcityatty.org
Joel.Wacks@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**PROOF OF SERVICE** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-10680

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* All Defendants

was received by me on *(date)* September 22, 2026 .

❐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: All defendants were served via Certified Mail pursuant to the Federal Rules of Civil Procedure, Rule 4(i).

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: September 30, 2026

Christine Hoang

*Server's signature*

Christine Hoang, Legal Secretary

*Printed name and title*

San Francisco City Attorney's Office
Fox Plaza, 1390 Market St, 7th Fl.
San Francisco, CA 94102

*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-10680

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* All Defendants
was received by me on *(date)* September 22, 2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lillian Do, Paralegal , who is designated by law to accept service of process on behalf of *(name of organization)* United States Attorney's Office on *(date)* September 23, 2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: September 24, 2026

*Server's signature*

Joseph Hellbender, Registered Process Server [1501]
*Printed name and title*

P.O. Box 78154, San Francisco, CA 94107
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**PROOF OF SERVICE**

I, CHRISTINE HOANG, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 7th Floor, San Francisco, CA 94102.

On September 23, 2026, I served the following documents:

- **Complaint for Declaratory and Injunctive Relief**
- **Summons**

on the following persons at the locations specified:

UNITED STATES OF AMERICA
c/o United States Attorney for the Northern
District of California
450 Golden Gate Avenue, Eleventh Floor
San Francisco, CA 94102

in the manner indicated below:

☒ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in an addressed envelope and caused such envelope to be delivered by hand at the above locations by a professional messenger service.

And, on September 30, 2026, I served the following documents:

- **Complaint for Declaratory and Injunctive Relief**
- **Summons**

on the following persons at the locations specified:

MARKWAYNE MULLIN, in his official capacity as
Secretary of Homeland Security
Office of the General Counsel
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT
Office of the Principal Legal Advisor
500 12th St. SW
Mail Stop 5900
Washington, DC 20536-5900

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

JOSEPH B. EDLOW, in his official capacity as
Director of United States Citizenship and
Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

DAVID J. VENTURELLA, in his official
capacity as Senior Official Performing the Duties
of the Director of the United States Immigration
and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. SW
Mail Stop 5900
Washington, DC 20536-5900

ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House
Office of the Principal Legal Advisor
500 12th St. SW
Mail Stop 5900
Washington, DC 20536-5900

RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Control
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

UNITED STATES CUSTOMS AND BORDER PROTECTION
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar
c/o U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

ADDITIONAL SERVICE ADDRESSES:

The U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

in the manner indicated below:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelopes and placed them at my workplace for collection and mailing with the United States Postal Service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 14, 2026, at San Francisco, California.

Christine Hoang

CHRISTINE HOANG