**COUNTY OF SANTA CLARA**
TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
BILL NGUYEN, SBN 333671
Deputy County Counsel
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: bill.nguyen@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

*Additional Counsel for Plaintiffs in Signature Block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

Case No. 4:26-cv-10680-AMO

**PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL ADMINISTRATIVE RECORD UNDER SEAL**

In the interest of judicial economy, Plaintiffs do not oppose Defendants' Administrative Motion to File Supplemental Administrative Record Under Seal (ECF 74), which seeks to temporarily seal certain documents during the Court's consideration of Plaintiffs' Motion for APA Stay and Preliminary Injunction (ECF 10). Plaintiffs reserve the right to challenge Defendants' redactions and confidentiality designations pursuant to the Model Stipulated Protective Order at the appropriate time. In a case of such public importance, public transparency is critical.

DATED: October 14, 2026

Respectfully submitted,

By: <u>*/s/ Beau C. Tremitiere*</u>
BEAU C. TREMITIERE
Counsel
GEOFFREY CURFMAN*
Counsel
HAYDEN JOHNSON*
Counsel
ZACHARY WEST*
Counsel
JESSICA MARSDEN*
Counsel
ASHLEY FOX*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION, NATIONAL NURSES UNITED, AND VOTO LATINO FOUNDATION

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
JOEL F. WACKS
Deputy City Attorney

By: /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Special Counsel

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
BILL NGUYEN
Deputy County Counsel

By: /s/ *Bill Nguyen*
BILL NGUYEN
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

BENJAMIN R. FARLEY*
Counsel
IMANI FRANKLIN*
Counsel

By: /s/ *Benjamin R. Farley*
BENJAMIN R. FARLEY*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

**Admitted Pro Hac Vice*

**FILER'S ATTESTATION**

I, BILL NGUYEN, am the ECF user whose identification and password are being used to file this PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL ADMINISTRATIVE RECORD UNDER SEAL. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.

DATED: October 14, 2026

Respectfully submitted,

By: *<u>/s/ Bill Nguyen</u>*
BILL NGUYEN
Deputy County Counsel

Attorney for Plaintiff
COUNTY OF SANTA CLARA