CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CALIFORNIA NURSES ASSOCIATION, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,

Defendants.

Case No. 4:26-cv-10680-AMO

**NOTICE OF FILING AMENDED PART 2 OF THE ADMINISTRATIVE RECORD**

The Honorable Araceli Martínez-Olguín

Defendants hereby file the Amended Part 2 of the Administrative Record in this action, to include an additional document that Defendants previously identified as qualifying for inclusion in the AR. *See* Dkt. 66 at 3; Dkt. 68 at 2. Defendants previously produced this document directly to Plaintiffs on October 6, 2026, and hereby withdraw the confidentiality designation that Defendants previously asserted over it.

Date: October 16, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants