# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER CONTROL; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Control; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 4:26-cv-10680-AMO

**SUPPLEMENTAL DECLARATION OF BRADLEY VAN WAUS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR APA STAY AND PRELIMINARY INJUNCTION**

**SUPPLEMENTAL DECLARATION OF BRADLEY VAN WAUS**

I, Bradley Van Waus, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, I am over eighteen years old, and I am competent to testify.

2. I serve as the Collective Bargaining Director for California Nurses Association/National Nurses Organizing Committee, National Nurses United (collectively referred to as CNA/NNOC, NNU).

3. I submit this Supplemental Declaration in support of Plaintiffs' Reply in Support of Motion for APA Stay and Preliminary Injunction filed concurrently herewith.

4. I can attest to facts on behalf of both NNU, our largest member entity, the California Nurses Association/National Nurses Organizing Committee ("CNA" or "CNA/NNOC"), and our member organizations in other states, including the Maine State Nurses Association ("MSNA") and New York State Nurses Association.

5. CNA/NNOC has a large membership around the country, including 115,956 members in California; 7,764 members in Illinois; 7,493 members in Florida; 4,463 members in Maine; 4,239 members in Texas; 2,741 members in Nevada; 2,195 members in New York; 2,111 members in Georgia; and 1,348 members in Missouri, among others.

6. Additionally, NNU's New York state affiliate, the New York State Nurses Association, includes 46,004 members.

7. To advance NNU's goals of effective collective bargaining representation for our RNs in their workplaces, promoting safe nursing practice standards, and organizing our RNs so that they may effectively influence healthcare, labor, and other areas of relevant public policy, NNU members regularly engage in a variety of civic, electoral, and voter mobilization activities.

8. In anticipation of upcoming elections, NNU members have discussed their priorities and concerns with candidates for political office, conducted press conferences with their preferred political candidates, and organized multi-day "get out the vote" campaigns.

9. Prior to the upcoming November election alone, NNU members endorsed candidates in nineteen (19) states for national political offices and candidates in nine (9) states for state political offices.

10. In California, NNU members have engaged seven (7) candidates for statewide office, eleven (11) candidates for California State Senate, forty-six (46) candidates for the California State Assembly, and twelve (12) candidates for local offices.

11. NNU members in California have also organized to engage voters on nine (9) statewide ballot measures and eleven (11) local ballot measures.

12. The above activities are only a portion of the ways in which NNU and our members organize and participate in election-related advocacy to ensure our members and the public are equipped to choose the leaders who decide policy affecting registered nurses and labor issues.

13. However, in addition to the three NNU and CNA members that conveyed their specific concerns to the union about the chilling effects of DHS actions on their election-related advocacy and activities, which is encompassed in **Exhibit A**, a fourth NNU member, Registered Nurse 4 ("RN 4") has also expressed her fear of coercive confrontations by DHS and concerns about privacy intrusions.

14. RN 4 works as an acute care Registered Nurse and resides in Maine.

15. RN 4 is a member of NNU and MSNA and is represented for purposes of collective bargaining by MSNA.

16. RN 4 is a naturalized U.S. citizen and is eligible and registered to vote in Maine.

17. Since becoming eligible to vote, RN 4 has previously felt comfortable to vote in elections.

18. RN 4 is aware that DHS announced that it would send agents to various polling places around the country and that DHS agents have been reported to be targeting and engaging in interviews with people DHS believes are non-citizens.

19. RN 4 is afraid to vote in person in November because she is concerned that DHS will subject her to coercive interrogation or investigation due to her status as a naturalized citizen.

20. RN 4 is also fearful that she may even be unlawfully detained by DHS agents despite being a U.S. citizen.

21. Because of RN 4's fears, she has also stopped attending and participating in political events, such as No Kings rallies, due to fears of DHS operations targeting individuals like RN 4.

22. I have spoken with other NNU members and understand that RN 4's fears of confrontations with DHS agents while voting, participating in election-related advocacy, and attending political events is shared by these other NNU members.

23. Additional NNU members are currently too afraid of potential targeting or retaliation by the government to have their experiences shared or described, even on an anonymous basis.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 16th day of October 2026.

/s/ Bradley Van Waus

Bradley Van Waus
Collective Bargaining Director - CNA/NNOC, NNU