# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER CONTROL; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Control; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 4:26-cv-10680-AMO

**SUPPLEMENTAL DECLARATION OF BEATRIZ LOPEZ IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR APA STAY AND PRELIMINARY INJUNCTION**

**DECLARATION OF BEATRIZ LOPEZ**

I, Beatriz Lopez, declare:

1. I am a resident of the State of Virginia, and I am over the age of 18 years. I am competent to testify about the matters in this declaration and make it based on my personal knowledge.
2. Voto Latino is one of the largest, most recognizable voter registration organizations serving Latino voters in the country. Immigration and Customs Enforcement (ICE) has made clear that it is prioritizing investigations into voter registration organizations perceived as unlawfully registering noncitizens. Since 2025, the Department of Homeland Security (DHS) has frequently taken enforcement actions that wrongly assume Latino community members are not U.S. citizens, leading us to believe that our core work of registering young Latino citizens to vote has put a target on Voto Latino's back.
3. Deepening that fear, we recently learned that one of our voter registration partners has been investigated by DHS. Voto Latino has a longstanding partnership with the clothing store Zumiez because the store is popular among young Latinos, which is the target demographic for our voter registration work. In 2026 and prior election cycles, we have set up voter registration booths at Zumiez events and sent Zumiez postcards that encourage young people to check their voter eligibility status and make a plan to vote, so that Zumiez can display the postcards in its stores. We recently learned from government documents that Zumiez was investigated this year by ICE's Homeland Security Investigations (HSI) as part of HSI's "election integrity" investigations. We are concerned that Zumiez's voter registration partnership with Voto Latino contributed to ICE investigators targeting Zumiez.
4. The threat of ICE investigating Voto Latino has deepened Voto Latino's need for risk-mitigation safety measures, which have been costly for the organization.
5. Furthermore, DHS's "election integrity" investigations, including investigations into minority-serving voter registration organizations, have made our partners and donors increasingly fear working with Voto Latino.
6. For example, it has become more difficult to secure brand partnerships and celebrity talent for upcoming GOTV events and social media messaging campaigns, given growing fears that

partnering with Voto Latino could attract investigators' attention. We believe the Zumiez investigation will only heighten that fear among our partners.

7. Similarly, the federal threat environment has diminished donors' willingness to fund Voto Latino. Our funding level this year is roughly half what it was at this point in the midterm election cycle in 2022 and also below the funding level from 2018. Some donors have expressed concerns about whether their donations are publicly disclosed, and we have seen other Latino-serving organizations in our field also face a chilling effect in the funding environment.

8. Likewise, our campus partners have expressed serious concerns about encountering ICE investigators during voter mobilization activations, and we believe that threat has contributed to fewer students signing up to host or attend Voto Latino activations. In response to their fears, we have had to scale down the reach of our programming to avoid attracting the attention of investigators.

9. These developments, all stemming from DHS's investigation threats, are undermining Voto Latino's ability to accomplish our voter registration and GOTV mission this election cycle across the 37 states where we work, including California.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 16th day of October 2026.

/s/ Beatriz Lopez

Beatriz Lopez Executive Director - Voto Latino Foundation