# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,

Defendants.

Case No. 3:26-cv-10680-AMO

**SUPPLEMENTAL DECLARATION OF JOHN ARNTZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# SUPPLEMENTAL DECLARATION OF JOHN ARNTZ

I, John Arntz, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. Early voting has started for the November 3, 2026, general election within the boundaries of the City and County of San Francisco. Since my September 21, 2026, declaration was executed, the City and County of San Francisco has taken several steps in response to concerns about voter intimidation by federal law enforcement agents ahead of the November 2026 election. These include:

   a. Meeting with community groups to outline the Department of Elections' actions in response to possible voter intimidation;
   b. Training thousands of poll workers on how to respond to law enforcement officers at polling places, and contigency plans for directing voters to alternate voting locations if necessary;
   c. Enhanced training for managers related to voter intimidation and election interference;
   d. Engaging in community outreach directly to voters, including a Department newsletter with information about voting without intimidation or interference and a public presentation related to community response to potential federal interference during the election.

3. The Department of Elections expects to take further steps ahead of the November 3, 2026, general election as outlined in my September 21, 2026, declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2026, at San Francisco, California.

JOHN ARNTZ