# EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

Case No. 4:26-cv-10680-AMO

**SUPPLEMENTAL DECLARATION OF BEAU C. TREMITIERE IN SUPPORT OF MOTION FOR APA STAY AND PRELIMINARY INJUNCTION**

**SUPPLEMENTAL DECLARATION OF BEAU C. TREMITIERE**

I, Beau C. Tremitiere, declare as follows:

1. I am an attorney at Protect Democracy Project and am one of the attorneys representing Plaintiffs. I submit this supplemental declaration in support of Plaintiffs' Reply to Motion Preliminary Injunction. The facts stated herein are based upon my review of the files that are attached.

2. On October 16, 2026, I accessed each of the webpages, articles, letters, reports, and other materials identified below at the URLs provided. The documents and materials attached to this Declaration as Exhibits 49–63 are true and correct copies of the respective webpages, articles, letters, reports, and other materials accessed on October 16, 2026:

3. Kristina Cooke & Peter Esiler, *White House Pushes for Speedy Review of Voter Rolls in Hunt for Noncitizen Voters*, Reuters (Sep. 24, 2026), https://www.reuters.com/legal/government/white-house-pushes-speedy-review-voter-rolls-hunt-noncitizen-voters-2026-09-24/—attached as Exhibit 49;

4. First Interim FOIA Response, *Democracy Forward Found. v. DHS*, 26-cv-02624 (D.D.C. Oct. 1, 2026), https://democracyforward.org/wp-content/uploads/2026/10/EMBARGO-DFF-DHS-ICE-26-0510-0511-0512-LIT-A_.pdf—attached as Exhibit 50;

5. Sasha Hupka, *Maricopa County investigated 60 suspected noncitizen voters. 52 are citizens, 8 are not.*, Votebeat Ariz. (Sep. 28, 2026), https://www.votebeat.org/arizona/2026/09/28/maricopa-county-suspected-noncitizen-voters-investigation-results-save-heap-mitchell/—attached as Exhibit 51;

6. Tex. Sec'y of State, *Texas Secretary of State Refers 117 Cases for Investigation of Noncitizen Voting* (Sep. 15, 2026), https://www.sos.state.tx.us/about/newsreleases/2026/091526.shtml—attached as Exhibit 52;

7. Nick Corasaniti, *From 16,000 to 185 to Zero: Trump's Claims of Illegal Voting in Nevada Fizzle*, N.Y. Times (Sept. 24, 2026), https://www.nytimes.com/2026/09/24/us/politics/nevada-voters-homeland-security-trump.html?smid=nytcore-ios-share&referringSource=articleShare—attached as Exhibit 53;

8. Homeland Security (@DHSgov), X (Sep. 27, 2026, at 09:27 PM ET), https://x.com/DHSgov/status/2104382340562600385?s=20—attached as Exhibit 54;

9. *Department of Justice Holds News Conference on Election Integrity Enforcement*, C-SPAN (Sep. 22, 2026), https://www.c-span.org/program/news-conference/department-of-justice-holds-press-conference-on-election-integrity-enforcement/685561—attached as Exhibit 55;

10. Secretary Markwayne Mullin (@SecMullinDHS), X (Sep. 19, 2026, at 10:59 AM ET), https://x.com/SecMullinDHS/status/2101325335350464714?s=20—attached as Exhibit 56;

11. Nicole Foy et al., *506 U.S. Citizens Detained*, ProPublica (Oct. 6, 2026), https://projects.propublica.org/american-citizens-detained-dhs-civil-rights/—attached as Exhibit 57;

12. Hannah Wiley, *Is a pre-election ICE surge underway in California? Here's what we know*, S.F. Chron. (Oct. 9, 2026), https://www.sfchronicle.com/politics/article/ice-surge-california-22470079.php—attached as Exhibit 58;

13. Fox News Politics (@foxnewspolitics), X (Sep. 4, 2026, at 8:45 PM ET), https://x.com/foxnewspolitics/status/2096036848623910993?s=20—attached as Exhibit 59;

14. Pamela S. Karlan, Principal Deputy Assistant Attorney General, Civil Rights Division, U.S. Department of Justice, to Karen Fann, President, Arizona State Senate (May 5, 2021), https://www.justice.gov/d9/case-documents/attachments/2021/05/05/civil_rights_division_letter _to_arizona_senate_president_5-5_final_ro_tag_prop.pdf—as Exhibit 60;

15. Doug Bock Clark, *She Pushed to Overturn Trump's Loss in the 2020 Election. Now She'll Help Oversee U.S. Election Security*, ProPublica (Aug. 26, 2025), https://www.propublica.org/ article/heather-honey-dhs-election-security—attached as Exhibit 61.

16. Amy Schoenfeld Walker, Jeremy White & Seamus Hughes, *How Claims of Widespread Noncitizen Voting Fall Apart*, N.Y. Times (Oct. 15, 2026), https://www.nytimes.com/interactive/2026/10/15/us/politics/noncitizen-voting-data.html—attached as Exhibit 62. Please note that this article contains multimedia elements, so review via the hyperlink is preferable to the static PDF provided here.

17. Counsel for Defendants emailed counsel for Plaintiffs, Email from Kelsey Helland, Assistant U.S. Att'y, to Michael Keough, Special Couns., Off. Of the City Att'y of S.F. (Oct. 6-9, 2026) —attached as Exhibit 63.

Dated October 16, 2026

Respectfully submitted,

By: *<u>/s/ Beau C. Tremitiere</u>*
BEAU C. TREMITIERE
Counsel for Plaintiffs