# EXHIBIT 50

*Office of Information Governance and Privacy*
**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536

U.S. Immigration and Customs Enforcement

October 1, 2026

Hart W. Wood
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

**RE: Democracy Forward Foundation v. DHS, et al. (1:26-cv-02624-BAH)**
**ICE FOIA Case Number 2026-ICLI-00100**
**First Interim Response**

Dear Mr. Wood,

This is the first interim response to your client's Freedom of Information Act (FOIA) requests to U.S. Immigration and Customs Enforcement (ICE), dated July 27, 2026, seeking the following:

All email communications (including email messages, complete email chains, email attachments, calendar invitations) sent by any of the following ICE officials and containing any of the following key terms:

ICE Officials
i. Todd Lyons, Acting Director
ii. Charles Wall, Deputy Director
iii. Carl Stiffler, Acting Chief of Staff
iv. Jon Feere, Senior Advisor
v. Todd Bensman, Advisor to the Border Czar
vi. Peter Fitzhugh, Senior Advisor
vii. David Venturella, Senior Advisor
viii. Mark Hall, Senior Advisor
ix. Jason Killmeyer, former Chief of Staff
x. Anyone serving as Acting Director

Key Terms
a. election
b. elections
c. midterm
d. midterms
e. vot*

DEMOCRACY FORWARD

f. poll*
g. ballot
h. ballots

All formal and informal final directives, guidance, memoranda, protocols, and/or policies created by, issued to, or otherwise provided to ICE regarding the presence of ICE agents or designated immigration officers at polling places.

Records reflecting any training materials developed, created, or issued regarding the presence of ICE agents or designated immigration officers at polling places.

Responsive records may include, but should not be limited to, PowerPoint slides, informational handouts, summary documents, handwritten or typed notes, training videos, or any other records used in trainings.

Records reflecting any final legal advice and analysis (including both formal legal analyses and memoranda, as well as informal electronic communications) regarding the presence of immigration enforcement officials at polling places, including, but not limited to, Section 11(b) of the Voting Rights Act, 18 U.S.C. § 592, and 18 U.S.C. § 595.[1]

ICE has considered this request under the FOIA, 5 U.S.C. § 552, and processed 808 pages of potentially responsive records. Upon review ICE has determined that 642 pages were deemed non-responsive or duplicative. The remaining 164 pages will be released in full or disclosed in part. Exemptions 5, 6, 7(C), 7(E), and (b)(7)(f) of the FOIA, 5 U.S.C. § 552 as described below. The 166 pages have been Bates stamped 2026-ICLI-00100 001 through 2026-ICLI-00100 166.

*Please note, we have made reasonable efforts to review the attached data and avoid the disclosure of sensitive information, including personally identifiable information (PII). However, given the volume of data contained in the materials, we ask that the document not be shared with third parties and that it be handled with appropriate discretion and confidentiality.*

**FOIA Exemption 5** protects inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency. The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters. The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel. The attorney work product privilege protects documents and other memoranda prepared by an attorney in contemplation of litigation. The attorney-client privilege protects confidential communication sought by an attorney and his client relating to a legal matter for which the client has sought professional advice. It applies to facts divulged by a client to his attorney, and encompasses any opinions given by an attorney to his client based upon, and thus reflecting, those facts, as well as communications between attorneys that reflect client-supplied information. The attorney-client privilege is not limited to the context of litigation.

DEMOCRACY FORWARD

**FOIA Exemption 6** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right to privacy. The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information. Any private interest you may have in that information does not factor in the aforementioned balancing test.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to people who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate. As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweighs any minimal public interest in disclosing the information. Please note that any private interest you have in that information does not factor in this determination.

ICE has applied FOIA Exemption 7(E) to protect from disclosure internal agency case numbers contained within the document.

**FOIA Exemption 7(E)** protects records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. I have determined that disclosure of certain law enforcement sensitive information contained within the responsive records could reasonably be expected to risk circumvention of the law. Additionally, the techniques and procedures at issue are not well known to the public.

**FOIA Exemption 7(F)** of the Freedom of Information Act protects "records or information compiled for law enforcement purposes [the disclosure of which] could reasonably be expected to endanger the life or physical safety of any individual."

If you have any questions about this letter, please contact Assistant U.S. Attorney Catherine Malycke at Catherine.Malycke@usdoj.gov.

Sincerely,

Marcus K. Francis Sr.
Supervisory Paralegal Specialist

Enclosure: 166 pages

DEMOCRACY FORWARD

*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street SW
Washington, DC 20536

U.S. Immigration
and Customs
Enforcement

The Honorable Jena Griswold
Colorado Secretary of State

Dear Secretary Griswold:

Thank you for your March 9, 2026 letter to the Department of Homeland Security (DHS). I am responding on behalf of the Department.

In your letter, you ask for confirmation that U.S. Immigration and Customs Enforcement (ICE) officers and special agents won't be present at voting and election administration locations during the 2026 election. As you know, ICE's mission is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. This mission is executed through the enforcement of more than 400 federal statutes and focuses on immigration enforcement and combating transnational crime.

Therefore, as previously stated, there is no reason for ICE officers and special agents to be deployed to polling places. ICE officers and special agents are sworn federal immigration officers who arrest aliens for violating immigration and criminal laws. However, ICE Homeland Security Investigations (HSI) plays an important role in investigating voter fraud, and will continue to perform this vital mission.

Thank you again for your letter. Should you wish to discuss this matter further, please contact the ICE Office of Partnership and Engagement at (b)(7)(E) @ice.dhs.gov.

Sincerely,

Todd M. Lyons
Senior Official Performing the Duties of the Director
U.S. Immigration and Customs Enforcement

DEMOCRACY
FORWARD

FOR OFFICIAL USE ONLY

- **Homeland Security Investigations (HSI) efforts frequently uncover additional offenses by illegal aliens, such as identity theft, document fraud, and other financial crimes.**
  - These crimes may not be detected or charged prior to ICE enforcement actions, and the full scope of such offenses may remain unknown due to their hidden nature.
  - Offenses routinely identified include, but are not limited to:
    - 8 U.S.C. § 1182(a)(6)(C)(ii) and § 1227(a)(3)(D) – Governing false claims to U.S. citizenship. Specifically, the latter explicitly states, "Any alien who falsely represents, or has falsely represented, himself to be a citizen of the United States for any purpose or benefit under this chapter or any Federal or State law is deportable."
    - 18 U.S.C. § 1001 – Governing fraud and false statements made to federal agents or on official federal documents.
    - 18 U.S.C. § 911 – Governing false claims to U.S. citizenship.
    - 18 U.S.C. § 1028A – Governing aggravated identity theft.
    - 18 U.S.C. § 611 – Governing unlawful voting by aliens.
    - 26 U.S.C. § 7203 – Governing willful failure to pay taxes.
    - 42 U.S.C. § 408 – Governing the improper use of a Social Security number to acquire a job, driver's license, or other benefits.
    - Various state laws governing driving without a valid license, without insurance, and without valid vehicle registration.

(b)(7)(E)

DEMOCRACY FORWARD

(b)(7)(E)

DEMOCRACY FORWARD

## HOT TOPIC
## 15 - ICE's Role in Elections and at Polling Facilities

**Background:** There have been multiple news stories and inquiries from Members regarding ICE's role in elections investigations. Members have also asked if ICE plans to deploy officers to polling locations during the upcoming mid-term elections.

**Value Statements:**

- ICE conducts civil enforcement and criminal law enforcement. There's no reason for us to deploy to a polling facility.
- Homeland Security Investigations conducts investigations into voter fraud, for which we've had made several arrests.

**Key Talking Points:**

- ICE does not possess independent authority to administer or oversee elections.
  - ICE does not serve as the primary Federal agency enforcing election administration provisions under Title 52 of the U.S. Code.
- Matters involving the broader framework of Federal election law and Title 52 enforcement fall under the primary jurisdiction of DOJ, including the FBI.

***If asked:* What is HSI's role in the Arizona elections investigation?**

(b)(7)(E)

***If asked:* How many arrests has ICE made regarding voter fraud?**

(b)(7)(E)

**Additional Information:**

- On March 25, 2025, President Trump issued Executive Order (EO) 14248, Preserving and Protecting the Integrity of American Elections.
  - EO 14248 directs DHS to support enforcement of existing Federal laws that prohibit aliens from registering or voting in Federal elections.
  - It also directs DHS to share relevant information, consistent with applicable law, with the DOJ and State and local election officials.
- The Executive Order does not create new criminal authorities for ICE; rather, it directs the DHS to prioritize enforcement of existing federal law.
- In the context of voter fraud, HSI's relevant federal criminal authorities include, but are not limited to:
  - 18 U.S.C. § 611 – Voting by Aliens;
  - 18 U.S.C. § 911 – False Claims of Citizenship
  - 18 U.S.C. § 1015(f).

DEMOCRACY FORWARD

- Additionally, HSI's relevant federal administrative authorities include, but are not limited to,
  - 8 U.S.C. § 1182(a)(10)(D)(i) – Unlawful Voters;
  - 8 U.S.C. § 1227(a)(6)(A) - Unlawful Voters;
  - 8 U.S.C. § 1182(a)(6)(C)(ii) –Misrepresentation; and
  - 8 U.S.C. § 1227(a)(3)(D) – Falsely Claiming Citizenship.
- While HSI cannot comment on ongoing investigations, HSI's role is focused on investigating aliens who violate U.S. law, including where unlawful voting activity intersects with immigration, identity, or document fraud.
- Furthermore, HSI interacts with the Arizona Attorney General's Office for routine law enforcement coordination and information sharing.

DEMOCRACY FORWARD

(b)(7)(E)

ICE HSI Election Integrity Efforts

- In 2025, HSI advanced election integrity and immigration enforcement through coordinated national voter fraud initiatives that generated over 2,000 investigative leads across 49 HSI field offices, resulting in 68 cases presented for prosecution.
  - These operations identified systemic vulnerabilities in state DMV voter registration processes and materially advanced DHS's understanding of how immigration fraud intersects with election systems.

(b)(7)(E)

DEMOCRACY FORWARD

## HOT TOPIC
## 14- ICE's Role in Elections and at Polling Facilities

**<u>Background</u>:** There have been multiple news stories and inquiries from Members regarding ICE's role in elections investigations. Members have also asked if ICE plans to deploy officers to polling locations during the upcoming mid-term elections.

**Value Statements:**

- There is no reason for ICE officers and agents to be deployed to polling places, unless a threat arises.
- Homeland Security Investigations conducts investigations into voter fraud, for which we've made numerous arrests.
    - Voter fraud <u>*does*</u> happen. In fact, so far this year HSI has made 36 criminal arrests and 56 administrative arrests related to voter fraud.

**Key Talking Points:**

- ICE does not possess independent authority to administer or oversee elections.
- Matters involving the broader framework of federal election law and Title 52 enforcement fall under the primary jurisdiction of the Department of Justice, including the FBI.
- Generally, there is no reason for ICE officers and agents to be deployed to polling places.

**<u>*If asked*</u>: Will ICE arrest people at polling places? If you are ordered to send ICE personnel to polling places, will you comply with the order?**

(b)(7)(E)

**<u>*If asked:*</u> What is HSI's role in election investigations?**

(b)(7)(E)

**<u>*If asked:*</u> How many arrests has ICE made regarding voter fraud?**

(b)(7)(E)

####



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Friday, May 22, 2026 11:11 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:**
**Subject:** FW: Morning Reports: 05/22/2026
**Attachments:** Border Encounter Report for 05-22-26.docx; May 21, 2026 Consolidated Operation (b)(7)(E)

(b)(6),(b)(7)(C),(b)(7)(F)

As discussed, attached are HSI's reports for today. There are no additional materials prepared for their principals today.

Thank you,

(b)(6),(b)(7)(C),(b)(7)(F)
Deputy Chief of Staff
Office of the Director
U.S. Immigration and Customs Enforcement
202-875-(b)(6),(b)(7)(C),(b)(7)(F)

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Sent:** Friday, May 22, 2026 7:45 AM
**To** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Subject:** Morning Reports: 05/22/2026

Good morning,

Attached are today's statistical reports, which include:

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

- Voter Fraud
  - May 18–20: HSI administratively arrested three individuals for unlawful voting:
  - (b)(6),(b)(7)(C),(b)(7)(F) Nigerian national): voted four times (2020–2024).
  - (b)(6),(b)(7)(C),(b)(7)(F) Laotian national): voted in four elections (2010–2016).
  - (b)(6),(b)(7)(C),(b)(7)(F) Laotian national): voted in three elections (2016–2024).

(b)(6),(b)(7)(C),(b)(7)(F)

(b)(6),(b)(7)(C),(b)(7)(F) Deputy Chief of Staff
Office of the Executive Associate Director
Homeland Security Investigations
(602)768[illegible] cell)



DEMOCRACY FORWARD

# HSI MSP Cases Opened as a Result of the Surge (11/12/2025 and after)

| | |
|---|---|
| Total Cases: 58 | Total Subject Entities: 44 |
| All Cases: 58 | All Subject Entities: 44 |

| |
|---|
| *Some cases have multiple subject entities which may be prosecuted in separate conspiracies at the discretion of USAO/DOJ. |
| **Some subject entities are being investigated for multiple fraud types. |

| | Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |

(b)(6),(b)(7)(C),(b)(7)(E)

DEMOCRACY FORWARD

| | Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|---|

**(b)(6),(b)(7)(C),(b)(7)(E)**



DEMOCRACY FORWARD

| Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|
| (b)(6),(b)(7)(C),(b)(7)(E) | | | | | | |
| (b)(7)(E) | Hennepin County Voter Fraud | 2/17/2026 | VF | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Anticipated activity: issuance of GJ subpoenas for voter records, review of voter registration data, interviews of targets. | (b)(7)(E) |
| | Minnesota Voter Fraud | 2/6/2026 | VF | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Anticipated activity: issuance of GJ subpoenas for voter records, review of voter registration data, interviews of targets. | |
| | (b)(6),(b)(7)(C) Et Al. Alleged Identity Theft | 3/27/2026 | VF | Voter fraud | SSA-OIG to interview identity theft victims in PA and WI | |

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

| | Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|---|

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

I. EXECUTIVE CASE HIGHLIGHTS
II. DETAILED UPDATES
III. CURRENT & CUMULATIVE STATISTICS

## I. EXECUTIVE CASE HIGHLIGHTS

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)

Voter Fraud (b)(7)(E)

- *Actions*: Between May 18, 2026, and May 20, 2026, HSI administratively arrested three individuals for unlawful voting, in violation of 237(a)(6) of the INA–Voter Fraud:
  - (b)(6),(b)(7)(C) a Nigerian national, was administratively arrested on May 18, 2026. Secretary of State records revealed (b)(6),(b)(7)(C) voted four times between 2020 and 2024 in state general and presidential elections.
  - (b)(6),(b)(7)(C) a Laotian national, was administratively arrested on May 19, 2026. Secretary of State records revealed (b)(6),(b)(7)(C) voted in the 2010, 2012, 2014, and 2016 state general elections.
  - (b)(6),(b)(7)(C) a Loatian national, was administratively arrested for voter fraud in violation of 237(a)(6). Secretary of State records revealed (b)(6),(b)(7)(C) unlawfully voted in the 2016, 2020, and 2024 state general elections.
  - On May 18, 2026, (b)(6),(b)(7)(C) a Mexican national, was administratively arrested and detained as a reinstatement of a prior deportation order, in violation of 212(a)(9)(A)(i). HSI received a tipline report stating (b)(6),(b)(7)(C) was engaged in voter ballot theft / fraud. (b)(7)(E)

(b)(7)(E)



DEMOCRACY FORWARD

## II. DETAILED UPDATES

**FRAUD INVESTIGATIONS:**

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)

**VOTER FRAUD:**

Minnesota Voter Fraud (b)(7)(E)

- **Overview:** HSI has opened an investigation into foreign nationals who may have illegally voted in Minnesota for the U.S. elections.
- **Actions:**
  - o Between May 18, 2026, and May 20, 2026, HSI administratively arrested three individuals for unlawful voting, in violation of 237(a)(6) of the INA–Voter Fraud:
    - (b)(6),(b)(7)(C), a Nigerian national, was administratively arrested on May 18, 2026. Secretary of State records revealed (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) voted four times between 2020 and 2024 in state general and presidential elections.
    - (b)(6),(b)(7)(C) a Laotian national, was administratively arrested on May 19, 2026. Secretary of State records revealed (b)(6),(b)(7)(C) voted in the 2010, 2012, 2014, and 2016 state general elections.




    - (b)(6),(b)(7)(C) a Laotian national, was administratively arrested on May 20, 2026. Secretary of State records revealed (b)(6),(b)(7)(C) unlawfully voted in the 2016, 2020, and 2024 state general elections.



DEMOCRACY FORWARD

- On May 18, 2026, (b)(6),(b)(7)(C) a Mexican national, was administratively arrested and detained as a reinstatement of a prior deportation order, in violation of 212(a)(9)(A)(i). HSI acted on a tipline report stating (b)(6),(b)(7)(C) was engaged in voter ballot theft / fraud. (b)(7)(E)




- **Anticipated Actions:**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

*May 21, 2026*

(b)(7)(E)

*Total numbers reflect the original HSI Field Office UAC Initiative efforts
OBT represents Operation Broken Trace efforts


DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Monday, June 8, 2026 6:21 AM
**To:** Venturella, David
**Subject:** Anticipatory Leadership Advisory - HSI Cleveland - Planned Federal Search Warrants and Interviews Related to Voter Fraud
**Attachments:** (b)(7)(E)

Good morning, David,

FYSA – anticipatory search warrants related to voter fraud in Ohio.

**OFFICE:** HSI Cleveland
**TITLE:** Planned Federal Search Warrants and Interviews Related to Voter Fraud
(b)(7)(E)

**Incident Overview:**
On June 9, 2026, HSI Cleveland and FBI Cleveland will conduct interviews with employees (b)(7)(E) (b)(7)(E) followed by the execution of search warrants at (b)(7)(E) (b)(7)(E) Over 100 current and former (b)(7)(E) employees will be interviewed statewide. The investigation targets individuals involved in fraudulent voter registration and illegal voting in U.S. elections. (b)(7)(E) was identified as being associated with several aliens registered to vote in Northern Ohio.

**Other Agencies/Offices Involved:**

- HSI Cincinnati
- HSI Columbus
- FBI Cleveland

**Current Status and Other Details:**
(b)(7)(E) following the execution of the warrants.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436[redacted](Mobile)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Domestic Operations*

(b)(7)(E)

**DATE:**
**OFFICE:**
**DIVISION/GROUP:**
**CASE NAME:**
**CASE NUMBER:**
**CASE AGENT:**

(b)(6),(b)(7)(C),(b)(7)(E),(b)(7)(F)

**OVERVIEW:**
U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) is committed to enforcing President Trump's Executive Order 14248, *Preserving and Protecting the Integrity of American Elections*, 90 Fed. Reg. 14005 (Mar. 25, 2025) (EO) and to the protection of established federal laws and the U.S. Constitution. ICE HSI, in coordination with other Department of Homeland Security (DHS) counterparts, conducts targeted analyses of immigration databases for indicators of individuals engaged in unlawful activity relating to fraudulent voter registration and/or illegally voting in U.S. elections. During the investigation HSI Cleveland developed information indicating Black Fork Strategies, LLC. was associated with several aliens registered to vote in Cuyahoga County.

**DETAILS OF INVESTIGATION:**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)





DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Tuesday, June 16, 2026 2:13 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** Fw: VF Weekly - 15Jun26
**Attachments:** Voter Fraud Weekly 6.15.26.V3.pdf

FYSA this is going to (b)(6),(b)(7)(C),(b)(7)(F) as she requested.

(b)(6),(b)(7)(C),(b)(7)(F)
Chief of Staff
Office of the Deputy Director
U.S. Immigration and Customs Enforcement
857-488(b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Sent:** Tuesday, 16 June 2026 13:35:54
**To:** (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>
**Subject:** VF Weekly - 15Jun26

(b)(6),(b)(7)(C),(b)(7)(F)

I will send this over to the political working the (b)(7)(E) task force.

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Cross-Border Financial Crime Center*

## HSI Election Integrity Investigations

06/15/2026

**Overview**
Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. Current efforts center on voter roll acquisition, data enrichment, intelligence analysis, lead development, field validation, and identification of organizations potentially facilitating unlawful voter registration or voting activity.

**Short-Term Progress / Direction**

(b)(7)(E)

**Most Important Updates**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Most Important Updates**

**Election Integrity Investigative Pipeline**

(b)(7)(E)

**Research Updates – Nonprofit and NGO Review**

(b)(7)(E)

**Community Building Strategies / Black Fork Strategies Review**

(b)(7)(E) ilding

**Additional Leads Under Review**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Pennsylvania and New Jersey UC Assessment**

(b)(7)(E)

**Election Organization Intelligence Review**

| State | Organizations Reviewed | Organizations Under Additional Review | Significant Findings |
|---|---|---|---|

(b)(7)(E)

**Operational Metrics & Enforcement Actions**

(b)(7)(E)





DEMOCRACY FORWARD

(b)(7)(E)

**Strategic Lines of Effort**

(b)(7)(E)



DEMOCRACY FORWARD

**MEMORANDUM FOR: Executive Leadership, Homeland Security Investigations (HSI)**

**SUBJECT:** Fraud Related Investigative Activity and Accomplishments (June 8-13, 2026)

The HSI-led Document and Benefit Fraud Task Forces (DBFTFs) target and dismantle transnational criminal organizations and individuals that threaten U.S. national security and public safety, addressing vulnerabilities in the immigration system. Through 32 nationwide taskforces and partnerships, DBFTFs maximize resources, eliminate duplication, promote information sharing, and strengthen law enforcement presence. They combine various law enforcement processes and authorities to achieve focused, high-impact criminal prosecutions and asset forfeiture.

**This Week's Accomplishments**

What did you accomplish last week?

(b)(7)(E)



DEMOCRACY FORWARD

- **HSI Cross-Border Financial Crimes Center (CBFCC) – Fraud Support Activities**
  - CBFCC continued national-level coordination and support of Document and Benefit Fraud Task Force (DBFTF) initiatives and fraud-related investigations.
  - CBFCC advanced analytical and investigative efforts associated with voter fraud and election integrity-related initiatives.
  - CBFCC advanced ongoing voter fraud-related efforts through coordination with DHS components, state election officials, USCIS, OPLA, USPIS, and field offices. Activities included (b)(7)(E) (b)(7)(E)
  - CBFCC supported interagency coordination and data analysis efforts related to a significant U-Visa fraud investigation involving more than 800 fraudulent applications and associated enforcement opportunities with USCIS.

What do you intend to accomplish **this week?**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

What **obstacles** have you encountered that keep you from achieving your objectives? What is your agency's **proposed solution**?

(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Thursday, June 18, 2026 10:30 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** FW: ICE - S1 Weekly Forecast/Look-Ahead - June 14-20, 2026
**Attachments:** Weekly Look Ahead Report, June 14-20, 2026.pdf

Good morning, (b)(6),(b)(7)(C),(b)(7)(F)

Attached is the S1 Weekly Forecast report that we would send to (b)(6),(b)(7)(C),(b)(7)(F)

Per our earlier conversation, please let me know if this report is still required.

If not, I'll advise OES to close-out future taskers.

Thank you in advance.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436-(b)(6),(b)(7)(C),(b)(7)(F)(Mobile)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>
**Sent:** Friday, June 12, 2026 2:31 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>
**Subject:** ICE - S1 Weekly Forecast/Look-Ahead - June 14-20, 2026

Good afternoon, Sir:

Attached is ICE's submission for the S1 Weekly Forecast/Look-Ahead covering June 14-20, 2026.

Thank you,

(b)(6),(b)(7)(C),(b)(7)(F)
Deputy Chief of Staff
Office of the Director
U.S. Immigration and Customs Enforcement
202-875-(b)(6),(b)(7)(C),(b)(7)(F)

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).



DEMOCRACY FORWARD

# Weekly Advance and Scheduling Briefing
## Look Ahead

**Agency:** U.S. Immigration and Customs Enforcement
**Date:** June 14 – 20, 2026
**Prepared For:** Front Office, Department of Homeland Security
**Prepared By:** Acting Chief of Staff (b)(6),(b)(7)(C),(b)(7)(F) and Deputy Chiefs of Staff

**Brief Overview of Department Priorities for the Upcoming Week**

- **Voter Fraud Initiative:** The U.S. Immigration and Customs Enforcement (ICE) Office of the Principal Legal Advisor (OPLA) is prioritizing removal proceedings against aliens who engage in unlawful voting or have made false claims to U.S. citizenship.

(b)(6),(b)(7)(C),(b)(7)(E),(b)(7)(F)

Operational Updates

(b)(7)(E)

DEMOCRACY FORWARD

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

**Homeland Security Investigations**

(b)(6),(b)(7)(C),(b)(7)(E)

**OFFICE:** HSI Newark
**TITLE:** DOJ Press Release on Indictment of a Resident Alien and Recent Naturalized US Citizen for Voter Fraud
**MEDIA:** **Cleared for Media**

On January 8, 2026, HSI Newark reported the anticipated United States Attorney's Office for the District of New Jersey press release regarding the indictments of (b)(6),(b)(7)(C), a Pakistani national who recently naturalized as a United States citizen, and (b)(6),(b)(7)(C) (b)(6),(b)(7)(C), a lawful permanent resident from Pakistan, for voter fraud. On December 22,





DEMOCRACY FORWARD

2025, HSI Newark reported the indictment of (b)(6),(b)(7)(C) for violations of 18 USC 611 (voting by aliens) and 18 USC 1425a (procurement of citizenship or naturalization unlawfully).

The Bergen County Superintendent of Elections (BCSOE) referred the case to HSI and FBI after (b)(6),(b)(7)(C) self-reported as non-U.S. citizens registered to vote. The investigation determined both individuals registered and voted in the 2020 general election. Subsequently, both filed an Application for Naturalization, N-400, falsely attesting that they had not registered or voted in any federal, state, or local elections. (b)(6),(b)(7)(C) admitted to registering to vote but denied voting; his naturalization application was denied. (b)(6),(b)(7)(C) denied both registering and voting during his interview, but evidence indicated naturalization was obtained by fraud. (b)(6),(b)(7)(C) self-reported to Bergen County prior to his USCIS interview.

(b)(6),(b)(7)(C),(b)(7)(E)





DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)

**OFFICE:** HSI Wichita
**TITLE:** Arrest of Former Mayor of Coldwater, KS for Voter Fraud-related Immigration Violations
**MEDIA:** Cleared for Media

**CLOSEOUT:** On May 13, 2026, HSI Wichita reported that (b)(6),(b)(7)(C) a lawful permanent resident from Mexico, and former mayor of Coldwater, KS, turned himself in to HSI Wichita (b)(6),(b)(7)(C) was arrested for administrative violations of the INA Sections 237(a)(6), Unlawful Voter, and 237(a)(3)(D), Falsely Claiming U.S. Citizenship to Obtain a Benefit. HSI transferred (b)(6),(b)(7)(C) to ERO custody for removal proceedings. This is a joint HSI and Office of the Kansas Attorney General investigation.

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)





DEMOCRACY FORWARD

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

(b)(6),(b)(7)(C),(b)(7)(E)

**OFFICE:** HSI St. Paul
**TITLE:** Administrative Arrest of Two Lawful Permanent Residents (LPRs) for Voter Fraud
**MEDIA:** Cleared for Media

On May 14, 2026, HSI St. Paul reported the arrest of (b)(6),(b)(7)(C), an LPR from Bosnia, (b)(6),(b)(7)(C) an LPR from Liberia, for administrative immigration violations (INA 237(a)(6) – Voter Fraud). Both subjects are being presented to the U.S. Attorney's Office for possible federal prosecution after each was found to have illegally voted in state general elections on two separate occasions.

(b)(6),(b)(7)(C),(b)(7)(E)

DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

| | |
|---|---|
| **From:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Sent:** | Wednesday, May 27, 2026 6:09 PM |
| **To:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Cc:** | |
| **Subject:** | FW: Voter Fraud RFI - D/EAD |
| **Attachments:** | CTOC - Voter Fraud Agenda Bullets - May 27.pdf |

Additional info for voter fraud call tomorrow. This is in addition to the one sent earlier.

(b)(6),(b)(7)(C),(b)(7)(F)

(b)(6),(b)(7)(C),(b)(7)(F)
Chief of Staff
HSI/EAD

(602) 391 (b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Date:** Wednesday, May 27, 2026 at 18:03
**To:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Subject:** Voter Fraud RFI – D/EAD

Sir, as requested by D/EAD … reviewed/cleared by ADH.

(b)(6),(b)(7)(C),(b)(7)(F) Chief of Staff
Countering Transnational Organized Crime
Homeland Security Investigations
500 12th Street SW, Washington, DC 20024
(b)(6),(b)(7)(C),(b)(7)(F) @HSI.DHS.GOV
Desk: (202) 732 (b)(6),(b)(7)(C),(b)(7)(F)
Cell: (213) 923 (b)(6),(b)(7)(C),(b)(7)(F)

Get Outlook for iOS

---

**From** (b)(6),(b)(7)(C),(b)(7)(F) h@hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 1:25 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Subject:** RE:

We have a voter fraud call tomorrow, here is the agenda. Can you provide a couple bullets for each one, nothing formal. Thx

(b)(7)(E)





DEMOCRACY FORWARD

# (b)(7)(E)

(b)(6),(b)(7)(C),(b)(7)(F) **Acting Deputy Executive Associate Director**
**Homeland Security Investigations | cell 20267**[redacted]

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 11:03 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:**

Get Outlook for iOS



DEMOCRACY FORWARD

# VOTER FRAUD AGENDA

**Update on Strategy**

(b)(7)(E)

**Update on Identifying Investigative Worthy Leads**

(b)(7)(E)

**Voter Rolls Clean Up**

(b)(7)(E)

**NGO and Individual Investigative Efforts**

(b)(7)(E)



DEMOCRACY FORWARD

## Counties with 2020 Results

(b)(7)(E)

## Voter Machines

(b)(7)(E)

## Future Lines of Effort

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**IGA Collaboration**

(b)(7)(E)


DEMOCRACY FORWARD

**From** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 3:06 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** FW: Voter Fraud - D/EAD

D1 Team,

This report has been cleared by HSI EAD.

(b)(6),(b)(7)(C),(b)(7)(F)

---

**From** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 11:17 AM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** Voter Fraud - D/EAD

For D/EAD reference … reviewed/cleared by ADH.

(b)(6),(b)(7)(C),(b)(7)(F) | Chief of Staff
Countering Transnational Organized Crime
Homeland Security Investigations
500 12th Street SW, Washington, DC 20024
(b)(6),(b)(7)(C),(b)(7)(F) @HSI.DHS.GOV
Desk: (202) 732-(b)(6),(b)(7)(C),(b)(7)(F)
Cell: (213) 923-(b)(6),(b)(7)(C),(b)(7)(F)

---

**From** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Tuesday, May 26, 2026 12:28 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** Voter Fraud - D/EAD

(b)(6),(b)(7)(C),(b)(7)(F)

See attached for D/EAD reference.

Compared to the previous week's submission, the 05/25/2026 report reflects several notable updates and new information:

(b)(7)(E)

DEMOCRACY FORWARD

(b)(7)(E)

Overall, the most significant changes are increases in operational metrics, new strategic directions, and more detailed reporting on data processing and research activities.

**Summary of Flagged Changes**

| Section | 05/18/2026 | 05/25/2026 | Change/Update |
|---|---|---|---|

(b)(7)(E)

(b)(6),(b)(7)(C),(b)(7)(F) | Chief of Staff
Countering Transnational Organized Crime
Homeland Security Investigations
500 12th Street SW, Washington, DC 20024
(b)(6),(b)(7)(C),(b)(7)(F) @HSI.DHS.GOV
Desk: (202) 732[redacted]
Cell: (213) 923[redacted]





DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

| | |
|---|---|
| **From:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Sent:** | Wednesday, May 27, 2026 6:20 PM |
| **To:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Cc:** | |
| **Subject:** | SOPDD Venturella - Briefing Documents - Tomorrow's Fraud Call |
| **Attachments:** | CTOC - Voter Fraud Agenda Bullets - 05.27.2026.pdf; Voter Fraud Weekly 5.25.2026.pdf |

(b)(6),(b)(7)(C),(b)(7)(F)

Please kindly attach/add the enclosed documents to SOPDD Venturella's briefing book/scheduler.

This is in reference to tomorrow's 2:30 p.m. fraud call.

Thank you in advance!

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436(b)(6),(b)(7)(C),(b)(7)(F) (Mobile)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

## VOTER FRAUD AGENDA

**Update on Strategy**

(b)(7)(E)

**Update on Identifying Investigative Worthy Leads**

(b)(7)(E)

**Voter Rolls Clean Up**

(b)(7)(E)

**NGO and Individual Investigative Efforts**

(b)(7)(E)



DEMOCRACY FORWARD

### Counties with 2020 Results

(b)(7)(E)

### Voter Machines

(b)(7)(E)

### Future Lines of Effort

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**IGA Collaboration**

(b)(7)(E)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

**HSI Election Integrity Investigations**

05/25/2026

**Overview**
Homeland Security Investigations (HSI) is advancing election integrity initiatives to protect the lawful voting process and ensure the reliability of immigration and identification systems used in voter registration. These efforts are fully aligned with Department of Homeland Security (DHS) and Department of Justice (DOJ) priorities to safeguard election systems, enhance interagency data accuracy, and maintain public trust.

**Short-Term Progress / Direction**

(b)(7)(E)

**Most Important Updates**

(b)(7)(E)



DEMOCRACY FORWARD

REL0000301473

**Operational Metrics & Enforcement Actions**

(b)(7)(E)

**Research Updates – Nonprofit and NGO Review**

(b)(7)(E)

(b)(7)(E) **Strategies HSI/FBI Operations – Ohio**

(b)(7)(E)

**Columbus Votes Investigation**

(b)(7)(E)



DEMOCRACY FORWARD

# (b)(7)(E)

**Strategic Lines of Effort**

- **USCIS-FDNS Reviews:**
  Prioritizing 26,235 USCIS-derived records for downstream vetting, with focus on top states: New Jersey, Michigan, Pennsylvania, Minnesota, and Ohio.
    - Records Processed: 2,290
    - Leads Disseminated: 1,586 to 24 HSI field offices
    - Remaining Pending Processing: 23,945
- **DOJ Dataset Intake:**
  **50.6 million** records ingested; processing underway. Priority states include Texas, Pennsylvania, California, New Jersey, Minnesota, Michigan, Arizona, Florida, Georgia, and Ohio.
- **DHS Dataset Intake:**
  **48.4 million** records were obtained by DAS Heather Honey through independent sources of information.
- **Data Enrichment & Targeting:**
  Datasets are currently with iLab for secondary enrichment and identification of high-value targets.



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, June 24, 2026 11:15 AM
**To:** Wall, Charles
**Subject:** FW: VF Weekly - June 22nd
**Attachments:** Voter Fraud Weekly 6.22.26.V3.pdf

(b)(6),(b)(7)(C),(b)(7)(F)
Chief of Staff
Office of the Deputy Director
857-488(b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Sent:** Wednesday, June 24, 2026 11:00 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Subject:** VF Weekly - June 22nd



DEMOCRACY FORWARD

REL0000301473

## HSI Election Integrity Investigations

06/22/2026

**Overview**

Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. Current efforts center on voter roll acquisition, data enrichment, intelligence analysis, lead development, field validation, and identification of organizations potentially facilitating unlawful voter registration or voting activity.

**Short-Term Progress / Direction**

(b)(7)(E)

**Most Important Updates**

(b)(7)(E)



DEMOCRACY FORWARD

**Research Updates – Nonprofit and NGO Review**

(b)(7)(E)

**Additional Leads Under Review**

(b)(7)(E)

**Operational Metrics & Enforcement Actions**

(b)(7)(E)

**Enforcement Actions by SAC Offices**

**Voter Fraud Criminal Arrests (VRO & VFR Program Codes) - 1/20/2025 to Present:**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Voter Fraud Administrative Arrests (VRO & VFR Program Codes) - 1/20/2025 to Present:**

(b)(7)(E)

**Enforcement Action Summaries**

**HSI Los Angeles Election Integrity Efforts**

(b)(7)(E)


DEMOCRACY FORWARD

(b)(7)(E)

**Intelligence Efforts to Locate Illicit Organizing Support for Illegal Voting**

(b)(7)(E)



DEMOCRACY FORWARD

**Election Organization Intelligence Review**

(b)(7)(E)

**Election Integrity Investigative Pipeline**

(b)(7)(E)

**State Voter Data Progress**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Strategic Lines of Effort**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Tuesday, July 7, 2026 9:14 AM
**To:** Wall, Charles
**Subject:** FW: WAR Document - 06Jul26
**Attachments:** Fraud WAR - July 6 2026.docx

(b)(6),(b)(7)(C),(b)(7)(F)
Chief of Staff
Office of the Deputy Director
857-488(b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Tuesday, July 7, 2026 8:36 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** WAR Document - 06Jul26

OD/DD,

Here is a copy of the WAR document submitted. Per (b)(6),(b)(7)(C),(b)(7)(F) they are now tasking this document out through STORM/ICATT and she will provide the document to WH Staff. This is week 1 of that process.

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Executive Associate Director*

**MEMORANDUM FOR: Executive Leadership, Homeland Security Investigations (HSI)**

**SUBJECT:** Fraud Related Investigative Activity and Accomplishments (June 29 – July 3, 2026)

The HSI-led Document and Benefit Fraud Task Forces (DBFTFs) target and dismantle transnational criminal organizations and individuals that threaten U.S. national security and public safety, addressing vulnerabilities in the immigration system. Through 32 nationwide taskforces and partnerships, DBFTFs maximize resources, eliminate duplication, promote information sharing, and strengthen law enforcement presence. They combine various law enforcement processes and authorities to achieve focused, high-impact criminal prosecutions and asset forfeiture.

**This Week's Accomplishments**

What did you accomplish **last week**?

(b)(7)(E)

DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Executive Associate Director*

(b)(7)(E)

- **Voter Fraud - Arrest of Australian National (HSI New Orleans)**
    - On July 1, 2026, HSI New Orleans reported the criminal arrest of a lawful permanent resident from Australia, for voter fraud.
    - On June 11, 2026, the subject was indicted in the Eastern District of Louisiana (EDLA) for False Claims of U.S. Citizenship and Voter Fraud.

(b)(7)(E)

What do you intend to accomplish **this week?**

(b)(7)(E)

What **obstacles** have you encountered that keep you from achieving your objectives? What is your agency's **proposed solution**?

(b)(7)(E)

DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Tuesday, August 4, 2026 7:49 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: WAR and Voter Fraud Weekly | August 3

Thanks

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Date:** Tuesday, Aug 04, 2026 at 7:35 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** Fw: WAR and Voter Fraud Weekly | August 3

(b)(6),(b)(7)(C),(b)(7)(F)

Attached is this week's HSI Voter Fraud Report.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436 (b)(6),(b)(7)(C),(b)(7)(F) Mobile)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Tuesday, 04 August 2026 19:33:18
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov> (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** WAR and Voter Fraud Weekly | August 3

Evening, please see attached voter fraud week and fraud for this week.

Best,

(b)(6),(b)(7)(C),(b)(7)(F)
630-835 (b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Tuesday, August 4, 2026 7:36 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** Fw: WAR and Voter Fraud Weekly | August 3
**Attachments:** Voter Fraud Weekly 3AUG.pdf

(b)(6),(b)(7)(C),(b)(7)(F)

Attached is this week's HSI Voter Fraud Report.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436(b)(6),(b)(7)(C),(b)(7)(F) (Mobile)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Sent:** Tuesday, 04 August 2026 19:33:18
**To:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov> (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>
**Subject:** WAR and Voter Fraud Weekly | August 3

Evening, please see attached voter fraud week and fraud for this week.

Best,

(b)(6),(b)(7)(C),(b)(7)(F)
630-835(b)(6),(b)(7)(C),(b)(7)(F)





DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

**HSI Election Integrity Investigations**

08/3/2026

**Overview**
Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. Current efforts center on voter roll acquisition, data enrichment, intelligence analysis, lead development, field validation, and identification of organizations potentially facilitating unlawful voter registration or voting activity.

**iLab State Processing**

(b)(7)(E)

**Recent Arrests**

(b)(7)(E)

**Planned Actions**

(b)(7)(E)

**Enforcement Stats FY26** (last 7 days)

(b)(7)(E)



DEMOCRACY FORWARD

**Enforcement Actions by SAC Offices FY26**

(b)(7)(E)

**Voter Fraud Criminal Arrests (VRO & VFR Program Codes) – FY26 (last 7 days):**

(b)(7)(E)

**Voter Fraud Administrative Arrests (VRO & VFR Program Codes) – FY26(last 7 days):**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Upcoming State Primary Elections**

CBFCC Intel is monitoring developments for the upcoming state primary elections to identify emerging trends, vulnerabilities, or indicators that may impact election integrity. Intelligence collection and analysis remain aligned with each state's scheduled primary election timeline to support leadership awareness and operational planning. This week's primary elections are in Kansas, Michigan, Missouri, Virginia, and Washington – no relevant developments were identified. Primary elections are scheduled on the following dates in August and September:

- August 4: Kansas, Michigan, Missouri, Virginia, Washington (no relevant developments)
- August 6: Tennessee
- August 8: Hawaii
- August 11: Connecticut, Minnesota, Vermont, Wisconsin
- August 18: Alaska, Florida, Wyoming
- August 25: Oklahoma
- September 1: Massachusetts
- September 8: New Hampshire
- September 9: Rhode Island
- September 15: Delaware



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Thursday, May 14, 2026 3:35 PM
**To:** #OD ODD Advisors
**Subject:** Leadership Advisory - HSI St. Paul - Administrative Arrest of Two LPRs for Voter Fraud

**OFFICE:** HSI St. Paul
**TITLE:** Administrative Arrest of Two LPRs for Voter Fraud
**MEDIA:** Cleared for Media

**Incident Overview:**
On May 14, 2026, HSI St. Paul reported the arrest of [redacted] an LPR from Bosnia; and [redacted] an LPR from Liberia, for administrative immigration violations (INA 237(a)(6) – Voter Fraud). Both subjects are being presented to the USAO's office for possible federal prosecution after they were found to have illegally voted in state general elections on two separate occasions each.

**Other Agencies/Offices Involved:**
- N/A

**Current Status and Other Details:**
(b)(6),(b)(7)(C),(b)(7)(F)
- Criminal History: None
- Immigration History: LPR
- (b)(6),(b)(7)(C),(b)(7)(F)
- Final Order: No

(b)(6),(b)(7)(C),(b)(7)(F)
- Criminal History: None
- Immigration History: LPR
- A#: None
- Final Order: No






DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, May 20, 2026 9:39 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:**
**Subject:** Today's Fraud Call
**Attachments:** Voter Fraud Weekly Report - May 19, 2026.pdf; Weekly Consolidated Operation Northstar Report - May 18, 2026.pdf

Good morning, (b)(6),(b)(7)(C),(b)(7)(F)

In reference to today's fraud call, please kindly add the following reports to SOPDD Venturella's briefing book.

Thank you in advance.

(b)(6),(b)(7)(C),(b)(7)(F)
(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436(b)(6),(b)(7)(C),(b)(7)(F)(Mobile)

**WARNING:** This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

## HSI Election Integrity Investigations

### Overview

Homeland Security Investigations (HSI) is advancing election integrity initiatives to safeguard the lawful voting process and ensure the reliability of immigration and identification systems used in voter registration. These efforts are fully aligned with Department of Homeland Security (DHS) and Department of Justice (DOJ) priorities, focusing on protecting election systems, improving interagency data accuracy, and maintaining public trust.

### Short-Term Progress and Direction

(b)(7)(E)

### Key Updates

(b)(7)(E)

### Operational Metrics & Enforcement Actions

(b)(7)(E)

**HONOR | SERVICE | INTEGRITY**



DEMOCRACY FORWARD

(b)(7)(E)

**Research Updates – Nonprofit and NGO Review**

(b)(7)(E)

**Black Fork Strategies HSI/FBI Operations – Ohio**

(b)(7)(E)

**Columbus Votes Investigation**

(b)(7)(E)

**Cleveland Update**

(b)(7)(E)

**Strategic Lines of Effort**

(b)(7)(E)



DEMOCRACY FORWARD

I. EXECUTIVE CASE HIGHLIGHTS
II. DETAILED UPDATES
III. CURRENT & CUMULATIVE STATISTICS

## I. EXECUTIVE CASE HIGHLIGHTS

(b)(7)(E)

**Voter Fraud** (b)(7)(E)

- *Actions*: Between May 14, 2026, and May 17, 2026, HSI administratively arrested two individuals for unlawful voting, in violation of 237(a)(6) of the INA–Voter Fraud:
  - (b)(6),(b)(7)(C) a Mexican national, unlawfully voted in the 2024 state general election.
  - (b)(6),(b)(7)(C) a Dominican national, unlawfully voted in the 2024 state general election.

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**VOTER FRAUD:**

Minnesota Voter Fraud (b)(7)(E)

- **Overview:** HSI has opened an investigation into foreign nationals who may have illegally voted in Minnesota for the U.S. elections.
- **Actions:**
  - (b)(6),(b)(7)(C) a Dominican national, was administratively arrested on May 15, 2026, for unlawful voting in the 2024 state general election.
  - (b)(6),(b)(7)(C) a Mexican national, was administratively arrested on May 14, 2026, for unlawful voting in the 2024 state general election.




- **Anticipated Actions:**
  - The Voter Integrity Unit will administratively arrest ten targets for whom voter records have already been obtained. These arrests will occur as the targets are located and interviewed.

(b)(7)(E)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

**HSI Election Integrity Investigations**

05/19/2026

**Overview**

Homeland Security Investigations (HSI) is advancing election integrity initiatives to protect the lawful voting process and ensure the reliability of immigration and identification systems used in voter registration. These efforts are fully aligned with Department of Homeland Security (DHS) and Department of Justice (DOJ) priorities to safeguard election systems, enhance interagency data accuracy, and maintain public trust.

**Short-Term Progress / Direction**

(b)(7)(E)

**Most Important Updates**

(b)(7)(E)

**Operational Metrics & Enforcement Actions**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Research Updates – Nonprofit and NGO Review**

(b)(7)(E)

**(b)(7)(E) Strategies HSI/FBI Operations – Ohio**

(b)(7)(E)

**Columbus Votes Investigation**

(b)(7)(E)



DEMOCRACY FORWARD

**Cleveland Update**

(b)(7)(E)

**Strategic Lines of Effort**

(b)(7)(E)

- **DOJ Dataset Intake:**

(b)(7)(E)

- **DHS Dataset Intake:**

(b)(7)(E)



DEMOCRACY FORWARD

REL0000301473

| | Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|---|
| (b)(6),(b)(7)(C),(b)(7)(E) | | | | | | | |
| | (b)(7)(E) | Hennepin County Voter Fraud | 2/17/2026 | (b)(7)(E) | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Anticipated activity: issuance of GJ subpoenas for voter records, review of voter registration data, interviews of targets. | Intermediate |
| | | Minnesota Voter Fraud | 2/6/2026 | | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Anticipated activity: issuance of GJ subpoenas for voter records, review of voter registration data, interviews of targets. | Intermediate |
| 38 | MS18C826MS0001 | [redacted] Et Al. Alleged Identity Theft | 3/27/2026 | | Voter fraud | SSA-OIG to interview identity theft victims in PA and WI | Intermediate |
| (b)(6),(b)(7)(C),(b)(7)(E) | | | | | | | |



DEMOCRACY FORWARD

- **Overview:** HSI discovered eight individuals suspected of committing tax fraud and immigration fraud by using stolen Puerto Rican identities to obtain Minnesota driver's licenses, vehicle registrations, and to purchase property. Some of the subjects are seeking legal immigration status under their real identities. The investigation revealed several related businesses, including Vargas Carpet and Elizabeth Cleaning, are utilizing suspicious banking methods consistent with money laundering.
- **Actions:**
  - On May 28, 2026, HSI served two record subpoenas on Sunrise Bank and Lake Area Mortgage in association with [redacted] related to property purchase in Maplewood, MN.
  - On May 29, 2026, HSI served GJ subpoena on Minnesota Department of Public Safety Driver and Vehicle Services.
- **Anticipated Actions:**
  - HSI will submit residential SW to court for Maplewood, MN property. SW tentatively anticipated for the first or second week of June.
  - HSI will obtain GJ subpoenas for mortgage records for [redacted] and [redacted]'s real estate purchases.

[redacted], N648 Fraud et al. (MS17H426MS0002)

- **Overview:** HSI began investigating [redacted] (USC) after USCIS reported widespread fraud involving Form N-648, with falsified medical diagnoses and fraudulent fee waiver requests for immigration benefits. The investigation targets [redacted], [redacted], and [redacted].
- **Actions:**
  - On June 1, 2026, HSI received an update from state prosecutor that [redacted]'s attorneys have requested a Reverse Proffer.
  - State prosecutor, MFCU, BCA, USCIS-FDNS, and SAUSA Honeycutt came to a consensus that both state and federal agencies will decline participation in the Reverse Proffer.
- **Anticipated Actions:**
  - HSI coordinated with MFCU to conduct knock-and-talks with five witnesses who received suspected fraudulent N-648 diagnoses from [redacted] in 2023 or 2025, scheduled for the week of June 1, 2026.
  - Submit additional subpoenas for phone tolls.

**OPERATION COLD SNAP:**

Operation Cold Snap (MS02OT26MS0002)

- **Overview:** HSI and USDA OIG are actively targeting businesses engaged in SNAP benefit fraud and cash trafficking of EBT benefits in the Minneapolis, Minnesota area. HSI opened an independent investigation into EBT trafficking.

Sam's dba Peter's Market (MS02OT26MS0004)

- **Anticipated Actions:**
  - HSI and USDA will execute five search warrants within the Area of Responsibility (AOR) after review by the USAO, aiming for execution on or



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, July 1, 2026 8:23 PM
**To:** #OD ODD Advisors
**Subject:** Leadership Advisory - HSI Newark - Criminal Arrest of Citizen of Slovakia for Voter Fraud

---

**OFFICE:** HSI Newark
**TITLE:** Criminal Arrest of Citizen of Slovakia for Voter Fraud
**MEDIA:** Cleared For Media

---

**Incident Overview:**

On July 1, 2026, HSI New Jersey in cooperation with New Jersey Election Integrity Task Force personnel from the FBI, and USCIS, reported the execution of a federal criminal arrest warrant for (b)(6),(b)(7)(C) a Citizen of Slovakia residing in the U.S. as a lawful permanent resident. This enforcement action occurred in furtherance of investigations of aliens who have voted and/or registered to vote in federal elections contrary to federal law. (b)(6),(b)(7)(C) led form N-400-Application for Naturalization with United States Citizenship and Immigration Services (USCIS) in which (b)(6),(b)(7)(C) claimed to have never registered to vote or voted in any Federal, state, or local election. This HSI-led investigation is being prosecuted by the USAO in the District of New Jersey. PAO involvement is anticipated.

**Other Agencies and Offices Involved:**

- CIS
- FBI

---

**Current Status/Other Details:**

(b)(6),(b)(7)(C)

- Immigration History: LPR (Slovakia)
- A#: (b)(6),(b)(7)(C)
- Criminal History: DOMESTIC VIOLENCE (b)(7)(E)
- Final Order: No

(b)(6),(b)(7)(C)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Friday, July 3, 2026 12:33 AM
**To:** #OD ODD Advisors
**Subject:** Leadership Advisory - HSI New Orleans - Arrest of an Australian National for Voter Fraud
**Attachments:** (b)(6),(b)(7)(C),(b)(7)(F) Interview.pdf

---

**OFFICE:** HSI New Orleans
**TITLE:** Arrest of an Australian National for Voter Fraud
**MEDIA:** Cleared For Media

---

**Incident Overview:**

On July 2, 2026, HSI New Orleans reported the criminal arrest of (b)(6),(b)(7)(C),(b)(7)(F) a lawful permanent resident from Australia, for voter fraud. On June 11, 2026, (b)(6),(b)(7)(C),(b)(7)(F) was indicted in the Eastern District of Louisiana (EDLA) for False Claims of U.S. Citizenship and Voter Fraud and on July 1, 2026, (b)(6),(b)(7)(C),(b)(7)(F) was arrested at the federal courthouse in New Orleans.

**Other Agencies and Offices Involved:**

- FBI

---

**Current Status/Other Details:**
(b)(6),(b)(7)(C),(b)(7)(F)

- Immigration History: LPR
- A# (b)(6),(b)(7)(C),(b)(7)(F)
- Criminal History: None
- Final Order: No

---

**Media Releases:**
(b)(6),(b)(7)(C),(b)(7)(F) lictment Press Release



DEMOCRACY FORWARD

# An Australian woman is charged with voter fraud in Louisiana. Here's what she says happened.

nola.com/news/politics/australian-woman-louisiana-illegal-voter-fraud-federal-charges/article_ac7d9263-ce1b-4ade-80ab-8c38a51bf431.html

BY ALYSE PFEIL | Staff writer, Alyse Pfeil June 23, 2026

An Australian native and longtime Louisiana resident who was indicted for noncitizen voting said she didn't know she was breaking the law and thought state officials would have stopped her if it was illegal.

When Denise Migliore registered to vote online, she was asked whether she was a U.S. citizen, she said, and she clicked "yes."

"I have been here almost three decades, I had a pending application for citizenship, and I just considered myself a citizen," said Migliore, who lives in Franklinton. "I just didn't realize that it was such a big deal."

Now she faces felony charges of making false statements to register to vote and fraudulent voting in 2022 and 2024, according to an indictment filed this month in U.S. District Court in New Orleans. She could face up to five years in prison and a $250,000 fine, according to the U.S. Department of Justice.

President Donald Trump's administration and Louisiana officials have ramped up efforts to catch noncitizen voting. They argue it undermines the democratic process.

Migliore said she simply didn't know the rules. She said she received solicitations from the state encouraging her to register, and nobody stopped her when she tried to sign up or when she cast her ballot.

"I feel like I'm being used as a guineau pig to show how flawed the electoral system is, and I'm being unfairly targeted," she said.

St

Migliore's is the first criminal prosecution resulting from a protocol Louisiana election officials began last year in which they check the citizenship status of all registered voters in the federal SAVE database administered by the U.S. Department of Homeland Security.

"Using the data from SAVE, we identified 403 non-citizens registered to vote in Louisiana, with 83 of those individuals voting in at least one election," Secretary of State spokesperson Trey Williams said.

Williams declined to say if any other noncitizens are being investigated for fraudulent voting or have been referred for prosecution.

Louisiana has roughly 3 million registered voters.

## What happened?

Migliore said she thought legal permanent residents could vote, and she didn't know it was illegal for noncitizens to vote.

She said she doesn't remember voting in the 2022 election, but she does remember 2024, when she voted at the St. Tammany Parish Government building on Koop Drive.

Elections workers "were very polite to me, very welcoming," she said, and helped make sure she was able to cast a ballot. She said they scanned her ID card, but they didn't ask her whether she was a citizen.

"Shouldn't they have said to me, 'Ms. Denise, you can't be here,'?" she said.

St. Tammany Parish Registrar of Voters Dwayne Wall referred questions to the secretary of state's office.

The secretary of state's office did not respond to questions about Migliore's claims.

Migliore also said she has received multiple solicitations over the last decade about registering to vote and volunteering as a poll worker.

DEMOCRACY FORWARD

She showed one example of a communication from the Louisiana Department of Health addressed to her in April 2025, when she updated her address for the Medicaid program, which is administered by the Health Department.

"When you report a change of address, we must let you know about your right to apply to register to vote," the letter says. "Please find the enclosed voter registration forms. If you want to apply to register to vote, complete the Voter Registration Application and mail the original form to the Registrar of Voters in your parish."

The letter asks the recipient to check a box indicating either "I want to register to vote," or "I do not want to register to vote," and it has a Louisiana voter registration application.

Under the National Voter Registration Act, a federal law that passed in the 1990s, state agencies that provide individuals with public assistance, like Medicaid, SNAP or vehicle registration services, have to offer voter registration applications.

Gov. Jeff Landry in 2024 signed an executive order requiring these agencies to notify potential registrants that it is illegal for noncitizens to vote. Migliore said the April letter she received did not include any kind of notice to that effect.

Migliore said that Louisiana should stop sending letters about voter registration and volunteering for elections to people who can't vote, and polling places should have better citizenship checks when people go to cast a ballot.

In response to questions about the notices Migliore said she received, Williams said the secretary of state's office does not send communications to voters on an individual basis.

"We are unable to address generalized claims or allegations without specific details," he said.

### The case

In August, Migliore received a letter from the Washington Parish Registrar of Voters in Franklinton notifying her that she was no

DEMOCRACY FORWARD

She said the FBI called her, and then two FBI agents visited her home around April to interview her for an investigation into the alleged fraudulent voter registration, and then they called her on the phone again in May to ask more questions.

She learned about the federal criminal charges from news reports, she said.

A July 1 arraignment is scheduled at the federal courthouse in New Orleans, and she said she learned about the hearing after speaking with someone at the Australian consulate.

The Australian consulate did not respond to a request for comment.

Migliore said federal authorities called her Monday to ask about serving her with court documents, and she has not yet retained an attorney because of financial constraints.

DEMOCRACY FORWARD

| | Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|---|
| (b)(6),(b)(7)(C),(b)(7)(E) | | | | | | | |
| 36 | MS17HR26MS0010 | Hennepin County Voter Fraud | 2/17/2026 | | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Anticipated activity: issuance of GJ subpoenas for voter records, review of voter registration data, interviews of targets. | Intermediate |
| 37 | MS17HR26MS0006 | Minnesota Voter Fraud | 2/6/2026 | (b)(7)(E) | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Currently reviewing GJ return data for target identification/presentation. | Intermediate |
| 38 | MS18C826MS0001 | (b)(6),(b)(7)(C) Et Al. Alleged Identity Theft | 3/27/2026 | | Voter fraud | SSA-OIG to interview identity theft victims in PA and WI | Intermediate |

(b)(6),(b)(7)(C),(b)(7)(E)

DEMOCRACY FORWARD

I. EXECUTIVE CASE HIGHLIGHTS
II. DETAILED UPDATES
III. CURRENT & CUMULATIVE STATISTICS

## I. EXECUTIVE CASE HIGHLIGHTS

(b)(6),(b)(7)(C),(b)(7)(E)

Minnesota Voter Fraud (b)(7)(E)

- **Anticipated Actions:** On July 28 and 29, 2026, (b)(6),(b)(7)(C) (citizenship: Barbados) (b)(6),(b)(7)(C) (citizenship: Lebanon) are anticipated to be arrested for administrative immigration violations. According to the local AUSA, the results of these administrative arrests and interviews will be used to support the ongoing criminal case.

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)

**VOTER FRAUD:**



DEMOCRACY FORWARD

Hennepin County Voter Fraud (b)(7)(E)

- **Overview:** HSI, FBI, DOS, and USCIS are investigating alleged voter fraud in Hennepin County, MN, involving noncitizens who voted or registered to vote in federal elections.
- **Actions:** HSI MSP referred 20 targets to USCIS for administrative subpoenas of voter records.

Minnesota Voter Fraud (b)(7)(E)

- **Actions** (b)(6),(b)(7)(C) citizenship: Jamaica): Subpoena returns from A Plus Home Care have been received. USCIS has conducted an interview with (b)(6),(b)(7)(C) HSI MSP referred eight targets to USCIS for administrative subpoenas of voter records.
- **Anticipated Actions:** On July 28 and 29, 2026, (b)(6),(b)(7)(C) (citizenship: Barbados) (b)(6),(b)(7)(C) (citizenship: Lebanon) are anticipated to be arrested for administrative immigration violations. According to the local AUSA, the results of these administrative arrests and interviews will be used to support the ongoing criminal case.

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

Invasion of Cities Church (MS05F226MS0003)

- **Actions:** Eight Grand Jury subpoenas have been requested for the testimony of witnesses who attended the pre-brief but were not present at the church. Additionally, as of July 22, 2026, [redacted] is restricted from owning firearms, traveling outside of PA or MN, and is under pre-trial supervision.
- **Anticipated Actions:** On July 24, 2026, the USAO will conduct a motions hearing regarding the unsealing of Grand Jury transcripts.

Cooperation Cannon River et at. (MS02PQ26MS0001)

- **Overview:** HSI St. Paul is investigating CCR, a Minnesota-based nonprofit organization, for its role in providing funding and material support to groups engaged in obstructing and assaulting federal law enforcement. As the fiscal sponsor of "Defend the 612," CCR is suspected of facilitating activities that interfere with federal operations. The investigation includes analysis of CCR's financial records, which reveal irregularities in donations, professional fees, occupancy expenses, mutual aid, and travel costs.
- **Actions**: Served Grand Jury Subpoenas on 10 financial institutions.

Project Whipple Shield (MS02PR26MS0004)

- **Overview:** On June 16, 2026, 15 agitators were arrested on federal conspiracy charges.
- **Anticipated Actions:** The USAO is considering superseding the conspiracy indictment to include [redacted], pending evidence from the residential search warrants that supports her inclusion.

Operation Puppet Box (MS02PR26MS0007)

- **Anticipated Actions:** A draft search warrant for [redacted]'S residence has been submitted to the USAO. At the USAO's request, UCAs are maintaining daily communication with [redacted] and suspected information suppliers to the database to gather additional evidence and further strengthen probable cause for the warrant.

Assault on Deputy U.S. Marshal (MS05HR26MS0003)

- **Overview:** HSI is seeking a criminal complaint against [redacted] for violations of 18 USC 111 related to his actions during the riot on June 16, 2026, outside the U.S. Courthouse. HSI is continuing efforts to obtain security reports from the courthouse, as these are required by the USAO for any potential future charges.

Stalking of ICE Employees by Rapid Response Network Members (MS05FR26MS0009)

- **Overview:** Since December 2025, anti-ICE demonstrations and Rapid Response Networks (RRNs) in Minneapolis have escalated to coordinated surveillance, harassment, and obstruction of federal law enforcement. HSI St. Paul, HSI Milwaukee, and the USAO are investigating interstate stalking and doxing of officers.
- **Actions:** HSI undercover agents have infiltrated these groups, provided actionable intelligence, and confirmed coordinated targeting of law enforcement.
- **Anticipated Actions:** Awaiting prosecution determination by USAO.

**MSB/MONEY LAUNDERING:**



DEMOCRACY FORWARD

| | Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|---|
| | | | | | (b)(7)(E) | | |
| | (b)(7)(E) | Hennepin County Voter Fraud | 2/17/2026 | VF | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Anticipated activity: issuance of GJ subpoenas for voter records, review of voter registration data, interviews of targets. | (b)(7)(E) |
| | | Minnesota Voter Fraud | 2/6/2026 | VF | Voter fraud | The USAO is interested in prosecuting 18 U.S.C. 611. Currently reviewing GJ return data for target identification/presentation. | |



DEMOCRACY FORWARD
REL0000301473

| | Case | Title | Opened | Type | Synopsis | Notes | Status |
|---|---|---|---|---|---|---|---|
| | (b)(6),(b)(7)(C),(b)(7)(E) | Et Al. Alleged Identity Theft | 3/27/2026 | VF | Voter fraud | SSA-OIG to interview identity theft victims in PA and WI | (b)(7)(E) |

(b)(7)(E)



DEMOCRACY FORWARD

I. EXECUTIVE CASE HIGHLIGHTS
II. DETAILED UPDATES
III. CURRENT & CUMULATIVE STATISTICS

## I. EXECUTIVE CASE HIGHLIGHTS

Minnesota Voter Fraud (b)(7)(E)

- **Actions:**
  - On July 28, 2026, (b)(6),(b)(7)(C) Barbados) was administratively arrested, served with a Notice to Appear (NTA), and released.
  - On July 29, 2026 (b)(6),(b)(7)(C) (Lebanon) was administratively arrested, served with a NTA, and released.
  - On July 30, 2026, (b)(6),(b)(7)(C) (Samoa) was administratively arrested, served with a NTA, and released.
- **Anticipated Actions:**
  - On August 7, 2026, (b)(6),(b)(7)(C) (Liberia) is scheduled to surrender for administrative arrest in support of ongoing federal criminal cases.
  - The USAO has committed to charging approximately 20 to 30 individuals by complaint for voter fraud and issue summonses by September 1.

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(E)

**VOTER FRAUD:**

Hennepin County Voter Fraud (b)(7)(E)

- **Overview:** HSI, the FBI, DOS, and USCIS are investigating alleged voter fraud in Hennepin County, Minnesota, involving noncitizens who allegedly voted or registered to vote in federal elections.
- **Actions:** HSI MSP referred 20 targets to USCIS for administrative subpoenas related to voter records.

Minnesota Voter Fraud (b)(7)(E)

- **Actions:**
  - (b)(6),(b)(7)(C) Jamaica), subpoena returns from A Plus Home Care have been received. USCIS has conducted an interview with (b)(6),(b)(7)(C)
  - HSI MSP referred eight targets to USCIS for administrative subpoenas related to voter records.

**OPERATION COLD SNAP / EBT Fraud:**



DEMOCRACY FORWARD

REL0000301473

(b)(7)(E)

## VOTER FRAUD:

Minnesota Voter Fraud (b)(7)(E)

- **Overview:** HSI has opened an investigation into foreign nationals who may have illegally voted in Minnesota for the U.S. elections.
- **Anticipated Actions:**
    - The U.S. Attorney's Office anticipates the prosecution of multiple voter fraud targets, pending HSI's review of voter records and registration data, interviews of targets, and determination of those who fall within the statute of limitations for 18 U.S.C. 611.

(b)(6),(b)(7)(C),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, July 22, 2026 1:32 PM
**To:** Loiacono, Adam V; Cheng, Wen-Ting; Wall, Charles
**Cc:** Loiacono, Adam V; (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** Re: 400 NJ voters

Ok great keep me posted

---

**From:** Wall, Charles (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Wednesday, 22 July 2026 13:31:36
**To:** (b)(6),(b)(7)(C),(b)(7)(F) Loiacono, Adam V (ICE) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Cheng, Wen-Ting (ICE (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>
**Cc:** Loiacono, Adam V (ICE) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: 400 NJ voters

HSI is heavily working these cases, (b)(5),(b)(7)(E)
(b)(5),(b)(7)(E)

Charlie

Charles Wall
Deputy Director
U.S. Immigration and Customs Enforcement

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, July 22, 2026 1:21 PM
**To:** Wall, Charles (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>; Loiacono, Adam V (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Cheng, Wen-Ting (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** Loiacono, Adam V (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** Re: 400 NJ voters

Nice

---

**From:** Wall, Charles (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>
**Sent:** Wednesday, 22 July 2026 13:20:40
**To** (b)(6),(b)(7)(C),(b)(7)(F) Loiacono, Adam V (ICE) (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>; Cheng, Wen-Ting (ICE) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** Loiacono, Adam V (ICE (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>
**Subject:** RE: 400 NJ voters

I think (b)(5),(b)(7)(E)

Charlie



DEMOCRACY FORWARD

Charles Wall
Deputy Director
U.S. Immigration and Customs Enforcement

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hq.dhs.gov>
**Sent:** Wednesday, July 22, 2026 1:15 PM
**To:** Loiacono, Adam V (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>; Wall, Charles <(b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Cheng, Wen-Ting (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** Loiacono, Adam V (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: 400 NJ voters

Two things.

First, I don't think (b)(5),(b)(7)(E)

Second, thanks for all the below. I realize (b)(5),(b)(7)(E)
(b)(5),(b)(7)(E)

---

**From:** Loiacono, Adam V (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Wednesday, July 22, 2026 1:13 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @hq.dhs.gov>; Wall, Charles (ICE) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Cheng, Wen-Ting (ICE (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** Loiacono, Adam V (ICE) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: 400 NJ voters

(b)(6),(b)(7)(C),(b)(7)(F)

Based upon the available open-source information, it appears 6,000+ aliens were registered to vote through "no fault of their own." It appears from the articles that the registration was "automatic." That said, the articles indicate that 400 such aliens actually voted. And, it appears they voted in a federal election (b)(5),(b)(7)(E)
(b)(5),(b)(7)(E)

They would be inadmissible under INA § 212(a)(10)(D)(i) and deportable under INA § 237(a)(6)(A).

Section 212(a)(10)(D)(i) of the INA renders inadmissible "any alien who has voted in violation of any Federal, State, or local constitutional provision, statute, ordinance, or regulation," and is applicable to an alien who voted before, on, or after September 30, 1996 (the enactment date of Illegal Immigration Reform and Immigrant Responsibility Act). **There is no requirement that the alien have knowledge that he or she has illegally voted, and no conviction is required.** The only exception is where each parent of the alien is or was a U.S. citizen; the alien permanently resided in the United States prior to attaining the age of 16; and the alien "reasonably believed" that he or she was a U.S. citizen at the time he or she unlawfully voted. INA § 212(a)(10)(D)(ii).

With respect to unlawful voting under INA § 212(a)(1)(D)(i), though the alien bears the burden to show he or she is not inadmissible, DHS should (b)(5),(b)(7)(E)
(b)(5),(b)(7)(E)

Section 237(a)(6)(A) of the INA renders deportable "[a]ny alien who has voted in violation of any Federal, State or local constitutional provision, statute, ordinance, or regulation." **The plain language of INA §**



DEMOCRACY FORWARD

**237(a)(6)(A) does not require that an alien have knowledge that he or she has illegally voted.** *See Matter of Fitzpatrick*, 26 I&N Dec. 559, 561 (BIA 2015); *but see McDonald v. Gonzales*, 400 F.3d 684, 688 (9th Cir. 2005) (finding the alien was not removable for illegally voting where the Hawaii voter fraud statute had a knowledge requirement). (b)(5),(b)(7)(E)

(b)(5),(b)(7)(E)

In the case of deportable aliens, DHS bears the burden of establishing that the alien is removable as charged. INA § 240(c)(3); *see also* 8 C.F.R. 1240.8(a). Thus, DHS will need (b)(5),(b)(7)(E)

(b)(5),(b)(7)(E)

Thanks,

**Adam V. Loiacono**
Deputy Principal Legal Advisor for
Enforcement, General Law, and Litigation
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C.
Iphone: 202-500(b)(6),(b)(7)(C),(b)(7)(F)

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, July 22, 2026 1:11 PM
**To:** Loiacono, Adam V (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Wall, Charles < (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Cheng, Wen-Ting (b)(6),(b)(7)(C),(b)(7)(F) g@ice.dhs.gov>
**Subject:** RE: 400 NJ voters

Now the the correct Adam.

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @tsa.dhs.gov>
**Sent:** Wednesday, July 22, 2026 12:31 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) Wall, Charles (ICE) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Cheng, Wen-Ting (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** Re: 400 NJ voters

We don't have purview on legal status, just on REAL ID standards/oversight.

**From** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, 22 July 2026 12:10:36
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @tsa.dhs.gov>; Wall, Charles ( (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; Cheng, Wen-Ting (ICE) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** 400 NJ voters



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Friday, May 22, 2026 11:31 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:**
**Subject:** RE: Morning Reports: 05/22/2026

Thank you, (b)(6),(b)(7)(C),(b)(7)(F) Much appreciated!

**From:** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>
**Sent:** Friday, May 22, 2026 11:11 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Subject:** FW: Morning Reports: 05/22/2026

(b)(6),(b)(7)(C),(b)(7)(F)

As discussed, attached are HSI's reports for today. There are no additional materials prepared for their principals today.

Thank you,

(b)(6),(b)(7)(C),(b)(7)(F)
Deputy Chief of Staff
Office of the Director
U.S. Immigration and Customs Enforcement
202-875(b)(6),(b)(7)(C),(b)(7)(F)

***** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Sent:** Friday, May 22, 2026 7:45 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Subject:** Morning Reports: 05/22/2026

Good morning,

Attached are today's statistical reports, which include:

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

- Voter Fraud
  - May 18–20: HSI administratively arrested three individuals for unlawful voting:
  - (b)(6),(b)(7)(C) (Nigerian national): voted four times (2020–2024).
  - (b)(6),(b)(7)(C) (Laotian national): voted in four elections (2010–2016).
  - (b)(6),(b)(7)(C) (Laotian national): voted in three elections (2016–2024).

(b)(7)(E)

(b)(6),(b)(7)(C),(b)(7)(F) | Deputy Chief of Staff
Office of the Executive Associate Director
Homeland Security Investigations
(602)768-[illegible]



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Saturday, May 23, 2026 11:26 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** Re: Overview of Current Projects – ICE Worksite Enforcement & Identity Benefit Fraud

Thank you and have a good weekend.

(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Immigration and Customs Enforcement
mobile (210) 850[redacted]
email (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Saturday, May 23, 2026 11:22:08 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** Re: Overview of Current Projects – ICE Worksite Enforcement & Identity Benefit Fraud

Good morning, [redacted]

(b)(5),(b)(7)(E)

Until then, have a restful Memorial Day Weekend.

[redacted]

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436-[redacted] (Mobile)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Friday, May 22, 2026 6:48:01 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Subject:** FW: Overview of Current Projects – ICE Worksite Enforcement & Identity Benefit Fraud



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

I am providing a partial timeline of key meetings and milestones related to the WSE Strategy, NWCC white paper, and WSE Memorandum from June 2025 through May 2026:

(b)(5),(b)(6),(b)(7)(C),(b)(7)(E),(b)(7)(F)

I appreciate all your assistance and if you have any questions, please let me know.

Thank you,

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Immigration and Customs Enforcement
mobile (210) 850-[illegible]
email (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Thursday, December 11, 2025 2:48 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** Overview of Current Projects – ICE Worksite Enforcement & Identity Benefit Fraud

Good afternoon,

I am reaching out to provide a summary of the key projects I have been leading or assisting with since my return to ICE, where I was specifically tasked by the administration to focus on Worksite Enforcement and Identity Benefit Fraud initiatives. For your reference, I have attached our Worksite Enforcement Strategy. Below is an overview of my current activities:

**Immigration and Customs Enforcement**

- Collaborating with HSI on worksite strategy, voter fraud, benefit fraud, identity theft, and Money Services Business access (TRAC).

(b)(7)(E)

**Customs and Border Protection**

(b)(7)(E)

**Department of War**

(b)(7)(E)

**DHS Policy**

(b)(7)(E)

**Department of Labor Office of Inspector General**

(b)(7)(E)

**State of Texas**

(b)(7)(E)

This list is not exhaustive but intended to provide a general overview of my current efforts. Please let me know if you have any questions or would like further details.

Thank you,

(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Immigration and Customs Enforcement
Homeland Security Investigations



DEMOCRACY FORWARD

mobile (210) 850 (b)(6),(b)(7)(C),(b)(7)(F)
✉ email (b)(6),(b)(7)(C),(b)(7)(F) ce.dhs.gov



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** Cheng, Wen-Ting
**Sent:** Wednesday, May 27, 2026 9:47 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) Miller, Alice M
**Cc:** Wall, Charles; (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: noncitizen voting
**Attachments:** Broadcast Message: Preserving and Protecting the Integrity of American Elections

Attached is the voter fraud broadcast we sent out OPLA-wide in December 2025.

*Wen*

Wen-Ting Cheng
Currently on detail as Acting Executive Deputy Principal Legal Advisor

Regional Counsel
Metro Region
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
New York, NY
Mobile: (646) 805-[redacted]

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

---

**From:** Cheng, Wen-Ting
**Sent:** Wednesday, May 27, 2026 9:32 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hq.dhs.gov>; Miller, Alice M (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** Wall, Charles <(b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F)
(b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: noncitizen voting

There are several relevant charges for noncitizen voting.

- INA § 212(a)(6)(C)(ii): False claim to U.S. citizenship (inadmissibility)
- INA § 237(a)(3)(D): False claim to U.S. citizenship (removability)
- INA § 212(a)(10)(D): Unlawful voting (inadmissibility)
- INA § 237(a)(6): Unlawful voting (removability)

OPLA attys should (b)(5),(b)(7)(E)
(b)(5),(b)(7)(E)

As for IJs imposing burdens on us not found in the statute, (b)(5),(b)(7)(E)
(b)(5),(b)(7)(E)



DEMOCRACY FORWARD

*Wen*

Wen-Ting Cheng
Currently on detail as Acting Executive Deputy Principal Legal Advisor

Regional Counsel
Metro Region
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
New York, NY
Mobile: (646) 805[redacted]

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

---

**From** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, May 27, 2026 9:21 AM
**To:** Cheng, Wen-Ting (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>; Miller, Alice M <(b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** Wall, Charles (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F)
(b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** noncitizen voting

What guidance do we have on seeking deportation based on illegal registering and voting? I have heard (b)(5),(b)(7)(E)
(b)(5),(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

| | |
|---|---|
| **From:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Sent:** | Monday, December 29, 2025 5:56 PM |
| **To:** | OPLA Regional Personnel; OPLA Division Personnel |
| **Subject:** | Broadcast Message: Preserving and Protecting the Integrity of American Elections |

*****PRIVILEGED***ATTORNEY WORK PRODUCT***FOR OFFICIAL USE ONLY***NOT FOR DISSEMINATION OUTSIDE OPLA*****

***Disseminated on behalf of Adam V. Loiacono and Nelson Pérez . . .***

In accordance with Executive Order 14248, *Preserving and Protecting the Integrity of American Elections*, 90 Fed. Reg. 14005 (Mar. 28, 2025), ICE has begun coordinating with CBP, USCIS, and the Department of Justice to identify aliens who have illegally registered to vote or have unlawfully voted for criminal prosecution and/or removal proceedings. OPLA attorneys should (b)(5),(b)(7)(E)

(b)(5),(b)(7)(E)

**18 U.S.C. § 611 – Voting by Aliens:** This is a general intent crime making it unlawful for any alien to vote in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner, unless 1) the election is being held partly for some other purpose; 2) aliens are authorized to vote for such other purpose under state law or local ordinance; <u>and</u> 3) voting for that authorized purpose is done independently of voting for a candidate for Federal office in a manner which the alien does not have the opportunity to vote for a candidate for Federal office. 18 U.S.C. § 611(a)(1)-(3). The statute does not apply to an alien if each parent of the alien is or was a citizen; the alien permanently resided in the United States prior to attaining the age of 16; <u>and</u> the alien reasonably believed they were a citizen of the United States at the time of voting. *Id.* § 611(c)(1)-(3).

**18 U.S.C. § 911 – False Claim to United States Citizenship:** This is a specific intent crime. The Government must prove that the alien acted falsely and willfully in representing himself or herself as a U.S. citizen. Whether an alien has represented himself or herself as a U.S. citizen is a fact intensive inquiry. *See United States v. Castillo-Pena*, 674 F.3d 318, 323 (4th Cir. 2012) (concluding the Defendant's response to ICE that he would like to make a statement that he was a U.S. citizen was sufficient for the jury to conclude that the Defendant made a statement of citizenship—even though he later declined to make such statement).

**18 U.S.C. § 1015(e) – Naturalization, Citizenship or Alien Registry:** This is a specific intent crime. The Government must prove the individual knowingly made a false statement or claim that they are, or at any time have been, a citizen or national of the United States, with the intent to obtain on behalf of themselves, or any other person, any Federal or State benefit, or to engage unlawfully in employment in the United States.



DEMOCRACY FORWARD

**18 U.S.C. § 1015(f) – Naturalization, Citizenship or Alien Registry:** This is a specific intent crime. The Government must prove the individual knowingly made a false statement or claim of citizenship to register or vote in any Federal, State, or local election (including an initiative, recall, or referendum). This subsection does not apply, however, (b)(5),(b)(7)(E)

(b)(5),(b)(7)(E)

**52 U.S.C. § 10307(c) – False Information in Registering or Voting:** This is a specific intent crime. The Government must prove the individual knowingly or willfully provided false information as to name, address, or period of residence in the voting district for the purpose of establishing eligibility to register to vote, or conspired with another individual for the purpose of encouraging his false registration to vote or illegal voting, or pays or offers to pay or accepts payment either for registration to vote or for voting. This provision is only

(b)(5),(b)(7)(E)

In cases in which the evidence is insufficient to support a criminal prosecution, the conduct at issue may nonetheless render the alien removable under the Immigration and Nationality Act (INA). Of course, (b)(5),(b)(7)(E)

(b)(5),(b)(7)(E)

**INA § 212(a)(10)(D)(i) – Unlawful Voters:** Section 212(a)(10)(D)(i) of the INA renders inadmissible "any alien who has voted in violation of any Federal, State, or local constitutional provision, statute, ordinance, or regulation," and is applicable to an alien who voted before, on, or after September 30, 1996 (the enactment date of Illegal Immigration Reform and Immigrant Responsibility Act). There is no requirement that the alien have knowledge that he or she has illegally voted, and no conviction is required. The only exception is where each parent of the alien is or was a U.S. citizen; the alien permanently resided in the United States prior to attaining the age of 16; and the alien "reasonably believed" that he or she was a U.S. citizen at the time he or she unlawfully voted. INA § 212(a)(10)(D)(ii).

Generally, after DHS establishes alienage, 8 C.F.R. § 1240.8(c), an alien present without admission or parole must establish that he or she is "clearly and beyond a doubt entitled to be admitted and is not inadmissible" under INA § 212 or lawfully in the United States pursuant to a prior admission. INA § 240(c)(2); *see also* 8 C.F.R. § 1240.8(b) (burden for arriving aliens). With respect to unlawful voting under INA § 212(a)(1)(D)(i), though the alien bears the burden to show he or she is not inadmissible, DHS should submit evidence establishing that the alien voted, if available, to support this ground of inadmissibility, as such evidence would then place the burden on the alien to show that he or she did not vote in violation of any law.

**INA § 237(a)(6)(A) – Unlawful Voters:** Section 237(a)(6)(A) of the INA renders deportable "[a]ny alien who has voted in violation of any Federal, State or local constitutional provision, statute, ordinance, or regulation." The plain language of INA § 237(a)(6)(A) does not require that an alien have knowledge that he or she has illegally voted. *See Matter of Fitzpatrick*, 26 I&N Dec. 559, 561 (BIA 2015); *but see McDonald v. Gonzales*, 400 F.3d 684, 688 (9th Cir. 2005) (finding the alien was not removable for illegally voting where the Hawaii voter fraud statute had a knowledge requirement). A conviction is not required. The only exception is where each parent of the alien is or was a U.S. citizen; the alien permanently resided in the United States prior to attaining the age of 16; and the alien "reasonably believed" that he or she was a U.S. citizen at the time he unlawfully voted. INA § 237(a)(6)(B).



DEMOCRACY FORWARD

In the case of deportable aliens, DHS bears the burden of establishing that the alien is removable as charged. INA § 240(c)(3); *see also* 8 C.F.R. 1240.8(a). Thus, DHS should submit the relevant documentation it has to meet its burden to establish that the alien is removable under INA § 237(a)(6)(A).

**INA §§ 212(a)(6)(C)(ii) and 237(a)(3)(D) – False Claim to U.S. Citizenship:** An alien may also be inadmissible under INA § 212(a)(6)(C)(ii) or deportable under INA § 237(a)(3)(D) if he or she made a false claim to U.S. citizenship in the process of registering to vote or unlawfully voting in an election. Under both the inadmissibility and deportability grounds, the false claim to U.S. citizenship must be "for any purpose or benefit under the Act" or Federal or State law. INA §§ 212(a)(6)(C)(ii)(I), 237(a)(3)(D)(i). Both statutes contain an exception where each parent of the alien is or was a U.S. citizen; the alien permanently resided in the United States prior to attaining the age of 16; and the alien "reasonably believed" that he or she was a U.S. citizen at the time the representation was made that he or she was a U.S. citizen. INA §§ 212(a)(6)(C)(ii)(II), 237(a)(3)(D)(ii).

There must be direct or circumstantial evidence that the false claim was made with the subjective intent of obtaining a purpose or benefit. *Matter of Richmond*, 26 I&N Dec. 779, 784 (BIA 2016). Subjective intent is a question of fact. *Id.* at 784. The "purpose or benefit requirement" may be satisfied by showing that the representation was made to secure a benefit such as a passport, private sector employment, or entry to the country or with the purpose of avoiding negative legal consequence such as removal proceedings or unauthorized employment. *Id.* at 787–89; *but see Munoz v. Garland*, 71 F.4th 1174, 1180–81 (9th Cir. 2023) (concluding that making a false claim to U.S. citizenship to minimize the risk of removal is not a "purpose or benefit" within the meaning of INA § 212(a)(6)(C)(ii)). Inasmuch as the ability to vote constitutes both a purpose and a benefit under the statutory language, making a false claim to U.S. citizenship on a voter registration form would satisfy the requirements of INA §§ 212(a)(6)(C)(ii)(I) and 237(a)(3)(D)(i).

As with unlawful voting, the burden of proof lies with the alien to establish that he or she is not inadmissible for a false claim to U.S. citizenship under INA § 212(a)(6)(C)(ii)(I), but DHS should submit any available evidence it has, which then forces the alien to establish that he or she did not make a false claim to U.S. citizenship. Furthermore, for admitted aliens, DHS bears the burden to establish the alien is deportable under INA § 237(a)(3)(D)(i) and should submit all available evidence to meet its burden in relevant cases. *See* 8 C.F.R. § 1240.8.

---

**<u>Practice Pointers:</u>**

Keeping in mind the distinctions between the grounds of inadmissibility and deportability outlined above—particularly the relevant burdens of proof—OPLA attorneys should consider the following practice pointers.

- **Relevant Evidence:** For the charge that an alien "voted in violation of any Federal, State, or local constitutional provision, statute, ordinance, or regulation," *see* INA §§ 212(a)(10)(D)(i), 237(a)(6)(A), the following evidence may be relevant and probative:

(b)(5),(b)(7)(E)



DEMOCRACY FORWARD

- For the charge that an alien made a false claim to U.S. citizenship for any purpose or benefit under the INA or Federal or State law, *see* INA §§ 212(a)(6)(C)(ii), 237(a)(3)(D), the following evidence may be relevant and probative:

(b)(5),(b)(7)(E)

- **Treatment of Lawful Permanent Residents (LPRs):** LPRs returning to the United States from abroad "shall not be regarded as seeking admission into the United States," INA § 101(a)(13)(C), unless they "fall into any of the six enumerated categories," *Vartelas v. Holder*, 566 U.S. 257, 263 (2012). The "unlawful voting" and "falsely claiming U.S. citizenship" grounds of inadmissibility, *see* INA § 212(a)(6)(C)(ii), 212(a)(10)(D)(i), are plainly <u>not</u> included in the six categories, *see* INA § 101(a)(13)(C)(i)-(vi). However, an LPR may be regarded as seeking admission into the United States if he or she "has committed an offense in section 212(a)(2)" of the INA, such as a crime involving moral turpitude (CIMT) under section 212(a)(2)(A)(i). *See Vartelas*, 566 U.S. at 263 (citing INA § 101(a)(13)(C)(v)). Thus, where the evidence suggests that the returning LPR's unlawful voting and/or false claim to U.S. citizenship constitutes a CIMT, he or she may be regarded as seeking admission under INA § 101(a)(13)(C)(v) and charged with inadmissibility accordingly. However, in such circumstances, DHS bears the burden of proving by clear and convincing evidence that the LPR is to be regarded as an applicant seeking admission. *See Matter of Rivens*, 25 I&N Dec. 623, 626 (BIA 2011).

- **Other Relevant Grounds of Inadmissibility/Removability:** As in all cases, OPLA attorneys should assess all relevant grounds of inadmissibility or removability with respect to aliens who may have unlawfully registered to vote or made a false claim to U.S. citizenship. In particular, INA § 212(a)(2)(A)(i)(I) renders inadmissible any alien convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a CIMT for which a sentence of one year or more may be imposed. Similarly, INA § 237(a)(2)(A)(i)-(ii) renders removable any alien who commits a CIMT within five years of admission or who commits two CIMTs at any time after admission. Depending on the facts and circumstances presented, an alien who unlawfully voted or participated in U.S. elections may be removable based on the CIMT grounds. Some examples of conduct that might qualify as a CIMT include federal and state crimes for identification and document fraud, forgery, and false statements. However, OPLA attorneys should be mindful of the application of the categorical approach, as well as the exceptions for the applicability of the CIMT ground of inadmissibility (i.e., crimes for which the maximum possible penalty is less than one year).



DEMOCRACY FORWARD

(b)(5),(b)(7)(E)

Questions regarding the voter fraud-related criminal prosecutions should be directed to HSILD at (b)(7)(E) @ice.dhs.gov. Questions regarding related removal charges should be directed to ILPD at (b)(7)(E) @ice.dhs.gov.

**This message includes internal guidance provided for internal OPLA use only and is not intended for public disclosure. Please ensure that it is treated consistent with applicable guidance.**

Adam V. Loiacono
Deputy Principal Legal Advisor for Enforcement and Litigation
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Nelson Pérez
Acting Deputy Principal Legal Advisor for Field Legal Operations
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Saturday, June 6, 2026 2:33 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:**
**Subject:** Re: HSI Voter Fraud - Weekly Report

Thank you so much. You as well!

---

**From** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Sent:** Saturday, 06 June 2026 06:32:14
**To** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: HSI Voter Fraud - Weekly Report

Good morning, (b)(6),(b)(7)(C),(b)(7)(F)

(b)(5),(b)(6),(b)(7)(C),(b)(7)(F)

Please feel free to stop-by PCN and meet with our team.

Until then, have a restful weekend.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436[redacted] (Mobile)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Friday, June 5, 2026 8:37 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Cc** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: HSI Voter Fraud - Weekly Report

Thank you so much.

(b)(5),(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

(b)(5),(b)(6),(b)(7)(C),(b)(7)(F)

If I can be of any assistance to you or ICE, please let me know. That is what I am here for and am happy to assist.

Also, if you would rather speak about this report, or have other questions I can answer, just let me know a time that works for you.

Again, thank you!

(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Department of Homeland Security
Office of Strategy, Policy, & Plans
Border Security and Immigration Policy
(On Detail from ICE Office of the Principal Legal Advisor)
936.520 (b)(6),(b)(7)(C),(b)(7)(F) (desk)
202.355 (b)(6),(b)(7)(C),(b)(7)(F) (cell)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Friday, June 5, 2026 8:17 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: HSI Voter Fraud - Weekly Report

Good evening (b)(6),(b)(7)(C),(b)(7)(F)

(b)(5),(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436 (b)(6),(b)(7)(C),(b)(7)(F) Mobile)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Friday, June 5, 2026 7:38 PM



DEMOCRACY FORWARD

**To:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>
**Subject:** RE: HSI Voter Fraud - Weekly Report

You don't often get email from (b)(6),(b)(7)(C),(b)(7)(F) Learn why this is important

Good afternoon –

Can you please send me the VFI Report for the week of June 1? Also, can you please ask HSI to add (b)(6),(b)(7)(C),(b)(7)(F) to the initial distribution as this report comes out? Heather is a Senior Advisor to the ICE Director and now also S1 Counselor.

Please let me know if there are any issues.

Thank you,
(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Department of Homeland Security
Office of Strategy, Policy, & Plans
Border Security and Immigration Policy
(On Detail from ICE Office of the Principal Legal Advisor)
(b)(6),(b)(7)(C),(b)(7)(F) (desk)
(cell)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, May 27, 2026 8:22 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) dhs.gov>
**Cc:** @ice.dhs.gov>
**Subject:** RE: HSI Voter Fraud - Weekly Report

Thank you so much. Have a good evening!

(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Department of Homeland Security
Office of Strategy, Policy, and Plans
Border Security and Immigration Policy
(On Detail from ICE Office of the Principal Legal Advisor)
(b)(6),(b)(7)(C),(b)(7)(F) desk)
cell)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 6:06 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** HSI Voter Fraud - Weekly Report

Good evening, (b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

Attached is this week's HSI Voter Fraud report.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436-[redacted] (Mobile)

**WARNING:** This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, May 27, 2026 2:22 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:**
**Subject:** RE: Voter Fraud Initiative Weekly Report

(b)(6),(b)(7)(C),(b)(7)(F)

Please send to (b)(6),(b)(7)(C),(b)(7)(F) and me beforehand for clearance.

I will send the report to them afterwards.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-43(b)(6),(b)(7)(C),(b)(7)(F) (Mobile)

**WARNING:** This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 9:06 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>
**Cc:** @hsi.dhs.gov>
**Subject:** FW: Voter Fraud Initiative Weekly Report

(b)(6),(b)(7)(C),(b)(7)(F)

Given the ask and distro list below, we wanted to check with you first on whether you prefer to provide these out to DHS after your visibility or if adding them to the Distro list is good with the FO.

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Tuesday, May 26, 2026 10:09 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Cc:** HSITASKING3 (b)(7)(E) hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Subject:** Voter Fraud Initiative Weekly Report

All, please see below.



DEMOCRACY FORWARD

**BLUF:** OES sent over request from DHS. DHS personnel request to be added on weekly distribution of Voter Fraud Initiative report. Please advise. See below for personnel details.

Thank you,

[redacted]




***For Tracking Purpose, Please Do Not Change the Subject Line.*** - Homeland Security Investigations

*****Clearances: Standard = Unit Chief ^, SES = SES/Acting SES ^, AD = AD/Acting AD*****

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Tuesday, May 26, 2026 6:57 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Cc:** ice.dhs.gov>
**Subject:** FW: Voter Fraud Initiative Weekly Report

Hi, [redacted] forwarding the below as it appears the referenced report is handled directly by HSI.

Please let me know if you need anything from OES to assist with this request.

r/
[redacted]

(b)(6),(b)(7)(C),(b)(7)(F)
Deputy Assistant Director
Office of the Executive Secretariat
U.S. Immigration and Customs Enforcement
office: 202.732[redacted] | cell: 202.948[redacted]

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, May 20, 2026 2:32 PM
**To:** ICE Exec Sec <ICEExecSec2@ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F)
(b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** Voter Fraud Initiative Weekly Report

Good afternoon –

On behalf of (b)(6),(b)(7)(C),(b)(7)(F) ICE Senior Advisor, and Deputy Assistant Secretary, Election Integrity, DHS Policy Cyber, Infrastructure, Risk, & Resilience section, would you kindly have the following added to the weekly distribution for the Voter Fraud Initiative report done by HSI:



DEMOCRACY FORWARD

**(b)(6),(b)(7)(C),(b)(7)(F)**

If you have any questions or concerns, please let me know.

Thank you,

(b)(6),(b)(7)(C),(b)(7)(F)

Senior Advisor
Department of Homeland Security
Office of Strategy, Policy, and Plans
Border Security and Immigration Policy
(On Detail from ICE Office of the Principal Legal Advisor)
936.520 desk)
202.355 cell)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Thursday, May 28, 2026 8:16 AM
**To:**
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: Voter Fraud - D/EAD
**Attachments:** Voter Fraud Weekly 5.25.26_cleared.pdf

(b)(6),(b)(7)(C),(b)(7)(F)

OD cleared by me and approved by COS (b)(6),(b)(7)(C),(b)(7)(F) with minor edits.

Thanks

(b)(6),(b)(7)(C),(b)(7)(F)

**Deputy Chief of Staff**
**Office of the Director**
**U.S. Immigration and Customs Enforcement**
**Washington, D.C.**
(b)(6),(b)(7)(C),(b)(7)(F) **@hsi.dhs.gov**
**(WE>ME)**

(b)(6),(b)(7)(C),(b)(7)(F)

**From** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 3:06 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** FW: Voter Fraud - D/EAD

D1 Team,

This report has been cleared by HSI EAD.

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Wednesday, May 27, 2026 11:17 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) hsi.dhs.gov>
**Subject:** Voter Fraud - D/EAD

For D/EAD reference … reviewed/cleared by ADH.

(b)(6),(b)(7)(C),(b)(7)(F) Ph.D. | Chief of Staff
Countering Transnational Organized Crime
Homeland Security Investigations
500 12th Street SW, Washington, DC 20024
(b)(6),(b)(7)(C),(b)(7)(F) @HSI.DHS.GOV
Desk: (202) 732-(b)(6),(b)(7)(C),(b)(7)(F)
Cell: (213) 923-(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Tuesday, May 26, 2026 12:28 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** Voter Fraud - D/EAD

(b)(6),(b)(7)(C),(b)(7)(F)

See attached for D/EAD reference.

Compared to the previous week's submission, the 05/25/2026 report reflects several notable updates and new information:

- Voter fraud cases initiated increased from 411 to 418, and cases not referred for prosecution rose from 314 to 318, reflecting a slight uptick in investigative activity and prosecutorial review.
- Administrative arrests rose from 56 to 64. The report emphasizes a network-based investigative approach, prioritizing organization and facilitation analysis over individual leads, now stated as a strategic direction.
- iLab's processing focuses on DOJ voting rolls and USCIS data; criminal histories are currently excluded, with efforts underway to address this. Coordination with iLab continues, particularly on ingesting processed voter roll data into the ELITE enforcement system to enhance lead management, analytical review, and investigative tracking.
- No new research updates for Nonprofit or NGO review categories.
- Black Fork Strategies: HSI Cleveland and FBI are finalizing investigative plans for BFS-linked consolidation centers in Ohio. Columbus Votes investigation is unchanged, with all leads exhausted and no further action expected; phrasing updated for clarity.
- Strategic lines of effort: USCIS records prioritized for downstream vetting increased from 25,752 to 26,235; pending records rose from 23,462 to 23,945.

Overall, the most significant changes are increases in operational metrics, new strategic directions, and more detailed reporting on data processing and research activities.

**Summary of Flagged Changes**

| Section | 05/18/2026 | 05/25/2026 | Change/Update |
|---|---|---|---|
| Case Initiation | 411 | 418 | +7 cases |
| Not Referred for Prosecution | 314 | 318 | +4 cases |



DEMOCRACY FORWARD

| | | | |
|---|---|---|---|
| Administrative Arrests | 56 | 64 | +8 arrests |
| USCIS Records Prioritized | 25,752 | 26,235 | +483 records |
| USCIS Pending Processing | 23,462 | 23,945 | +483 records |
| NJ NGOs Reviewed | 44 | 44 | No change |
| iLab State Processing | Not specified | Detailed completion timeline by state | New info |
| ERO/ELITE System | Not mentioned | Discussions ongoing | New info |
| Criminal Histories | Not mentioned | Cannot be included at this time | New info |

(b)(6),(b)(7)(C),(b)(7)(F) Ph.D. | Chief of Staff
Countering Transnational Organized Crime
Homeland Security Investigations
500 12th Street SW, Washington, DC 20024
(b)(6),(b)(7)(C),(b)(7)(F) HSI.DHS.GOV
Desk: (202) 732[redacted]
Cell: (213) 923-[redacted]



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Friday, June 5, 2026 8:27 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: Voter Fraud Report

Thank you, (b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Friday, June 5, 2026 8:07 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) r@hsi.dhs.gov>
**Subject:** Voter Fraud Report

(b)(6),(b)(7)(C),(b)(7)(F)

Here is the June1 report.

(b)(6),(b)(7)(C),(b)(7)(F)
Chief of Staff
HSI/EAD

(602) 391 (b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

**HSI Election Integrity Investigations**

06/01/2026

## Overview

Homeland Security Investigations (HSI) is advancing election integrity initiatives to protect the lawful voting process and ensure the reliability of immigration and identification systems used in voter registration. These efforts are fully aligned with Department of Homeland Security (DHS) and Department of Justice (DOJ) priorities to safeguard election systems, enhance interagency data accuracy, and maintain public trust.

## Short-Term Progress / Direction

(b)(7)(E)

## Most Important Updates

(b)(7)(E)

## Operational Metrics & Enforcement Actions

(b)(7)(E)

**HONOR | SERVICE | INTEGRITY**

DEMOCRACY FORWARD

(b)(7)(E)

**Research Updates – Nonprofit and NGO Review**

- **Pennsylvania NGO Analysis:** **82 NGOs** reviewed; CAIR Pennsylvania and Zumiez flagged for further investigation. Acclaim Systems Testing: Visa sponsorship reviewed; no voter fraud determined.

- **Assets Under Movement/Amalgamated Foundation:**
This week, research was conducted on 20 out of 56 funds linked to the DC-based nonprofit Assets Under Movement (also known as Amalgamated Charitable Foundation and Amalgamated Foundation). Amalgamated Foundation is a client of Community Building Strategies, LLC, an Ohio company connected to Black Fork Strategies, LLC, which is suspected of voter registration fraud in Ohio. No suspicious financial activities or derogatory information were identified in Assets Under Movement's 20 funds.
- **Community Building Strategies, LLC Clients:**
Research began today on 22 additional organizations that are clients of Community Building Strategies, LLC. Three organizations (Education Minnesota, Faith in Minnesota, and ISAIAH) are based in Minnesota. One organization (Detroit Action) is in Michigan. The remaining 18 organizations are located in Arizona, California, DC, Missouri, New York, Ohio, and Texas.
- **New Jersey NGO Review:**
Research was also completed on approximately 41 New Jersey NGOs found on Candid and CauseIQ that engage in voter registration activities, along with three organizations identified via open-source research. No derogatory information was found on any of the NGOs in ICM, Athena, or Fincen.
- **Additional Leads:** 26 organizations flagged via Tip Line; under review.

**Black Fork Strategies HSI/FBI Operations – Ohio**

- HSI Cleveland and FBI have identified seven companies that serve as consolidation centers associated with BFS for data obtained by canvassers throughout Ohio.
- HSI and FBI are solidifying investigative plans related to these companies.

**Columbus Votes Investigation**

- Domain Registration: "Columbusvotes.org" inactive; registered by [redacted] (now [redacted]).
- Interview Findings: [redacted] has no current involvement; organization ceased activity in 2008.
- Voter Registrations: All 16 registrations submitted in 2024; no evidence of ongoing activity.
- **All investigative leads have been exhausted no further action is anticipated.**



DEMOCRACY FORWARD

REL0000301473

**Cleveland Update**

- No significant developments.

**Organizations and Potential UC Operations**

IBFU continues to engage closely with CBFCC Intel, which has previously conducted reviews of various nonprofit and NGO organizations. IBFU will begin enhanced coordination with CBFCC Intel to identify specific organizations that may be predatory in nature, particularly those suspected of illegal alien registration and voter encouragement. Coordination efforts will include mapping operational capabilities and establishing protocols.

The objective is to determine potential opportunities to leverage UC resources, including the possible deployment of undercover agents (UCAs), to support investigative efforts in the field. Based on completed and pending CBFCC Intel analyses, organizations located in New Jersey and Pennsylvania (under the purview of HSI Newark and HSI Philadelphia, respectively) remain areas of focus.

Future UC-related operations may involve utilizing UCAs to target identified organizations and engage in communications with these entities to substantiate recruitment methods and activities related to illegal alien voter registration. If an organization is found to be actively recruiting illegal aliens for voter registration, UC assets may be used to gather evidence, disrupt activities, and trace financial backing and support structures. These efforts will support broader investigative and enforcement actions, leveraging UC findings to initiate prosecutions and dismantle illicit facilitation networks.

Additionally, IBFU is supporting CBFCC Intel's ongoing efforts to monitor and conduct up-to-date analysis on the list of states below to determine if any notable trends or vulnerabilities in upholding election integrity are discovered in advance of the respective upcoming elections (listed by scheduled election dates):

- June 2: California, Iowa, Montana, New Jersey, New Mexico, South Dakota
- June 9: Maine, Nevada, North Dakota, South Carolina
- June 16: Oklahoma
- June 23: Maryland, New York, Utah
- June 30: Colorado

**Strategic Lines of Effort**

- **USCIS-FDNS Reviews:**
  Prioritizing 26,563 USCIS-derived records for downstream vetting, with focus on top states: New Jersey, Michigan, Pennsylvania, Minnesota, and Ohio.
    - Records Processed: 2,290
    - Leads Disseminated: 1,586 to 24 HSI field offices
    - Remaining Pending Processing: 24,273



DEMOCRACY FORWARD

- **DOJ Dataset Intake:**
  👉 **50.6 million** records ingested; processing underway. Priority states include Texas, Pennsylvania, California, New Jersey, Minnesota, Michigan, Arizona, Florida, Georgia, and Ohio.

- **DHS Dataset Intake:**

  👉 **48.4 million** records were obtained by DAS Heather Honey through independent sources of information.

- **Data Enrichment & Targeting:**
  Datasets are currently with iLab for secondary enrichment and identification of high-value targets.



DEMOCRACY FORWARD

REL0000301473

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Thursday, June 11, 2026 8:42 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: VFI Report

Good evening,

The Voter Fraud Integrity report prepared by HSI.

(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Department of Homeland Security
Office of Strategy, Policy, & Plans
Border Security and Immigration Policy
(On Detail from ICE Office of the Principal Legal Advisor)
936.520.[redacted] (desk)
202.355.[redacted] (cell)

---

**From** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>
**Sent:** Thursday, June 11, 2026 8:37 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Subject:** Re: VFI Report

[redacted]

I'm covering for [redacted] in his absence. Are you asking for the Visa fraud report that HSI prepares?

(b)(6),(b)(7)(C),(b)(7)(F)
Chief of Staff
Office of the Deputy Director
U.S. Immigration and Customs Enforcement
857-488[redacted]

---

**From** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Thursday, June 11, 2026 8:05:06 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>
**Subject:** VFI Report

Good afternoon –

We didn't receive the report for this week yet, can you please send the VFI Report for the week of June 8? Also, can you please ask HSI to add (b)(6),(b)(7)(C),(b)(7)(F) to the initial distribution as this report comes out?

Please let me know if there are any issues.



DEMOCRACY FORWARD

Thank you,
[redacted]

(b)(6),(b)(7)(C),(b)(7)(F)
Senior Advisor
Department of Homeland Security
Office of Strategy, Policy, & Plans
Border Security and Immigration Policy
(On Detail from ICE Office of the Principal Legal Advisor)
936.520[redacted]desk)
202.355[redacted]cell)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, June 17, 2026 7:03 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Cc:**
**Subject:** RE: WAR Doc - 15Jun26
**Attachments:** Fraud WAR Report - June 8-13, 2026.pdf

Good morning, (b)(6),(b)(7)(C),(b)(7)(F)

FYI – I shared the attached/finalized version with D1 and DD.

Moving forward, I will continue to do so.

(b)(6),(b)(7)(C),(b)(7)(F)

**From** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Tuesday, June 16, 2026 3:31 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** FW: WAR Doc - 15Jun26

Hello (b)(6),(b)(7)(C),(b)(7)(F)

The attach WAR is **<u>ready for your review and clearance.</u>**

Thank you,

(b)(6),(b)(7)(C),(b)(7)(F)
Deputy Chief of Staff
Office of the Director
U.S. Immigration and Customs Enforcement
202-875 (b)(6),(b)(7)(C),(b)(7)(F)

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Tuesday, June 16, 2026 3:00 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** #ICE DD STAFF (b)(7)(E) @ice.dhs.gov>
**Subject:** FW: WAR Doc - 15Jun26

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

For OD COS (b)(6),(b)(7)(C),(b)(7)(F) review and approval.

The original is attached, as well as the updated version ending in "ODD". Minor technical changes made by ODD.

FYI, this tasking is not in ICATT.

Please let us know if the OD team intends to send the final version to Mr. Venturella.

Thank you for your time and attention.

Respectfully,

(b)(6),(b)(7)(C),(b)(7)(F)
Deputy Chief of Staff
Office of the Deputy Director
U.S. Immigration and Customs Enforcement
**Cell: 703-408-**(b)(6),(b)(7)(C),(b)(7)(F)

**WARNING:** This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Sent:** Tuesday, June 16, 2026 2:34 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Cc:** #ICE DD STAFF (b)(7)(E) @ice.dhs.gov>
**Subject:** WAR Doc - 15Jun26

Sir,

For your review, edits and forwarding for OD approval. Please provide finalized document back for submission to VP Task force. Due COB Today.

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

U.S. Immigration and Customs Enforcement

Office of the Director
*Briefing Materials*

**MEMORANDUM FOR: Executive Leadership, Homeland Security Investigations (HSI)**

**SUBJECT:** Fraud Related Investigative Activity and Accomplishments (June 8-13, 2026)

(b)(7)(E)

**This Week's Accomplishments**

What did you accomplish last week?

(b)(7)(E)



DEMOCRACY FORWARD

- **HSI Cross-Border Financial Crimes Center (CBFCC) – Fraud Support Activities**

  (b)(7)(E)

  - CBFCC advanced analytical and investigative efforts associated with voter fraud and election integrity-related initiatives.
  - CBFCC advanced ongoing voter fraud-related efforts through coordination with DHS components, state election officials, USCIS, OPLA, USPIS, and field offices. (b)(7)(E)

  (b)(7)(E)

What do you intend to accomplish **this week?**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

What **obstacles** have you encountered that keep you from achieving your objectives? What is your agency's **proposed solution**?

(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

| | |
|---|---|
| **From:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Sent:** | Tuesday, July 7, 2026 8:36 AM |
| **To:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Subject:** | WAR Document - 06Jul26 |
| **Attachments:** | Fraud WAR - July 6 2026.docx |

OD/DD,

Here is a copy of the WAR document submitted. Per (b)(6),(b)(7)(C),(b)(7)(F) hey are now tasking this document out through (b)(7)(E) and she will provide the document to WH Staff. This is week 1 of that process.

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

**HSI Election Integrity Investigations**

07/6/2026

**Overview**

Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. (b)(7)(E)

(b)(7)(E)

**Significant Legal Cases**

*State of California v. Trump*, No. 26-11581 (D. Mass.).

> Defendants … United States Department of Homeland Security, … including their officers, agents, servants, and employees, are enjoined from implementing, giving effect to, or enforcing Section 2 [*Establishment and Transmission of State Citizenship Lists and Prioritization of Investigations and Prosecutions Related to Election Fraud.*] of the EO as to Plaintiff States with respect to the November 3, 2026, or any earlier federal election, including taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls; or initiating any investigation or prosecution of Plaintiff States, their officials, local officials, or agents of such state or local officials involved in the administration of federal elections within Plaintiff States, stemming from the unconstitutional provisions in Section 2 of the EO. This injunction does not bar the federal government from providing assistance with verifying the citizenship or eligibility of any voter if the assistance is provided at the request of any State and within the framework provided by Congress.
>
> All Defendants, other than the President, are ordered that they must, in good faith, take such steps as are necessary to prevent explicit or implicit implementation of Sections 2, 3, and 5 of the EO, and to cease and reverse any implementation of those provisions, as to Plaintiff States, with respect to the November 3, 2026, or any earlier federal election.
>
> *Plaintiff States*: Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Illinois, Pennsylvania, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, Washington, and Wisconsin

**iLab State Processing**

**MO, MI, NM, CT, GA and KY** have been enriched by the iLab and are pending Palantir entry into ELITE.

**Michigan** and **New Mexico** are pending legal review in compliance with Court Order *State of California v. Trump*, No. 26-11581 (D. Mass.).

**Recent Arrests**

On July 2, 2026, HSI New Orleans reported the criminal arrest of (b)(6),(b)(7)(C) a lawful permanent resident from Australia, for voter fraud. On June 11, 2026, [redacted] was indicted in the



DEMOCRACY FORWARD

Eastern District of Louisiana (EDLA) for False Claims of U.S. Citizenship and Voter Fraud and on July 1, 2026, (b)(6),(b)(7)(C) was arrested at the federal courthouse in New Orleans.

On July 1, 2026, HSI New Jersey in cooperation with New Jersey Election Integrity Task Force personnel from the FBI, and USCIS, reported the execution of a federal criminal arrest warrant for (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) a Citizen of Slovakia residing in the U.S. as a lawful permanent resident. This enforcement action occurred in furtherance of investigations of aliens who have voted and/or registered to vote in federal elections contrary to federal law. (b)(6),(b)(7)(C) filed form N-400-Application for Naturalization with United States Citizenship and Immigration Services (USCIS) in which (b)(6),(b)(7)(C) claimed to have never registered to vote or voted in any Federal, state, or local election. This HSI-led investigation is being prosecuted by the USAO in the District of New Jersey.

**Planned Actions**

(b)(7)(E)

**Enforcement Stats**

(b)(7)(E)



DEMOCRACY FORWARD

# (b)(7)(E)



DEMOCRACY FORWARD

REL0000301473

(b)(7)(E)

**Other Organizations**

(b)(7)(E)

**Upcoming State Primary Elections**

There is no state primary election scheduled the week of July 6. (b)(7)(E)
(b)(7)(E)

**Other Updates**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

---

| | |
|---|---|
| **From:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Sent:** | Tuesday, July 7, 2026 5:24 PM |
| **To:** | (b)(6),(b)(7)(C),(b)(7)(F) |
| **Subject:** | VF Weekly - 06July26 |
| **Attachments:** | Voter Fraud Weekly 7.6.26.V1.docx |

This will be in the documents for tomorrow AM's meeting. (Yes, I sent to (b)(6),(b)(7)(C),(b)(7)(F)

(b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Executive Associate Director*

**MEMORANDUM FOR: Executive Leadership, Homeland Security Investigations (HSI)**

**SUBJECT:** Fraud Related Investigative Activity and Accomplishments (June 29 – July 3, 2026)

The HSI-led Document and Benefit Fraud Task Forces (DBFTFs) target and dismantle transnational criminal organizations and individuals that threaten U.S. national security and public safety, addressing vulnerabilities in the immigration system. Through 32 nationwide taskforces and partnerships, DBFTFs maximize resources, eliminate duplication, promote information sharing, and strengthen law enforcement presence. They combine various law enforcement processes and authorities to achieve focused, high-impact criminal prosecutions and asset forfeiture.

**This Week's Accomplishments**

What did you accomplish **last week**?

(b)(7)(E)

DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Executive Associate Director*

(b)(7)(E)

- **Voter Fraud - Arrest of Australian National (HSI New Orleans)**
  - On July 1, 2026, HSI New Orleans reported the criminal arrest of a lawful permanent resident from Australia, for voter fraud.
  - On June 11, 2026, the subject was indicted in the Eastern District of Louisiana (EDLA) for False Claims of U.S. Citizenship and Voter Fraud.

(b)(7)(E)

What do you intend to accomplish **this week?**

(b)(7)(E)

What **obstacles** have you encountered that keep you from achieving your objectives? What is your agency's **proposed solution**?

(b)(7)(E)

DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Tuesday, July 7, 2026 5:35 PM
**To:** Venturella, David; Wall, Charles
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** Voter Fraud Weekly Report - 06July26
**Attachments:** Voter Fraud Weekly - 06July26.pdf

David, Charlie,

Attached is this week's HSI Voter Fraud Weekly Report.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436[redacted](Mobile)



DEMOCRACY FORWARD

U.S. Immigration and Customs Enforcement

FOR OFFICIAL USE ONLY

Office of the Director
*Briefing Materials*

**HSI Election Integrity Investigations**
**July 6, 2026**

**Overview**

(b)(7)(E)

**Significant Legal Cases**

*State of California v. Trump*, No. 26-11581 (D. Mass.).

> Defendants … United States Department of Homeland Security, … including their officers, agents, servants, and employees, are enjoined from implementing, giving effect to, or enforcing Section 2 [*Establishment and Transmission of State Citizenship Lists and Prioritization of Investigations and Prosecutions Related to Election Fraud.*] of the EO as to Plaintiff States with respect to the November 3, 2026, or any earlier federal election, including taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls; or initiating any investigation or prosecution of Plaintiff States, their officials, local officials, or agents of such state or local officials involved in the administration of federal elections within Plaintiff States, stemming from the unconstitutional provisions in Section 2 of the EO. This injunction does not bar the federal government from providing assistance with verifying the citizenship or eligibility of any voter if the assistance is provided at the request of any State and within the framework provided by Congress.
>
> All Defendants, other than the President, are ordered that they must, in good faith, take such steps as are necessary to prevent explicit or implicit implementation of Sections 2, 3, and 5 of the EO, and to cease and reverse any implementation of those provisions, as to Plaintiff States, with respect to the November 3, 2026, or any earlier federal election.
>
> *Plaintiff States*: Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Illinois, Pennsylvania, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, Washington, and Wisconsin

(b)(6),(b)(7)(C),(b)(7)(F)

**Recent Arrests**

On July 2, 2026, HSI New Orleans reported the criminal arrest of (b)(6),(b)(7)(C),(b)(7)(F) a lawful permanent resident from Australia, for voter fraud. On June 11, 2026, (b)(6),(b)(7)(C),(b)(7)(F) was indicted in the Eastern District of Louisiana (EDLA) for False Claims of U.S. Citizenship and Voter Fraud and on July 1, 2026, (b)(6),(b)(7)(C),(b)(7)(F) was arrested at the federal courthouse in New Orleans.



DEMOCRACY FORWARD

On July 1, 2026, HSI New Jersey in cooperation with New Jersey Election Integrity Task Force personnel from the FBI, and USCIS, reported the execution of a federal criminal arrest warrant for (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) Citizen of Slovakia residing in the U.S. as a lawful permanent resident. This enforcement action occurred in furtherance of investigations of aliens who have voted and/or registered to vote in federal elections contrary to federal law. (b)(6),(b)(7)(C),(b)(7)(F) filed form N-400-Application for Naturalization with United States Citizenship and Immigration Services (USCIS) in which (b)(6),(b)(7)(C),(b)(7)(F) claimed to have never registered to vote or voted in any Federal, state, or local election. This HSI-led investigation is being prosecuted by the USAO in the District of New Jersey.

**Planned Actions**

(b)(7)(E)

**Enforcement Stats**

(b)(7)(E)

**Enforcement Actions by SAC Offices**

(b)(7)(E)

**Voter Fraud Criminal Arrests (VRO & VFR Program Codes) - 1/20/2025 to Present:**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Voter Fraud Administrative Arrests (VRO & VFR Program Codes) - 1/20/2025 to Present:**

(b)(7)(E)

s

**Other Organizations**

(b)(7)(E)



DEMOCRACY FORWARD

**Upcoming State Primary Elections**

There is no state primary election scheduled the week of July 6. (b)(7)(E)

(b)(7)(E)

**Other Updates**

(b)(7)(E)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

### HSI Election Integrity Investigations

07/13/2026

**Overview**
Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. Current efforts center on voter roll acquisition, data enrichment, intelligence analysis, lead development, field validation, and identification of organizations potentially facilitating unlawful voter registration or voting activity.

(b)(7)(E)

**Recent Arrests**
On July 4, 2026, CBP and HSI El Paso administratively arrested (b)(6),(b)(7)(C) a legal permanent resident and citizen of Mexico, for unlawful voting and false claim to USC This case was not presented to the AUSA's office for criminal prosecution because he did not admit to voting in the 2022, 2024 or 2025 elections. (b)(6),(b)(7)(C) was arrested administratively and charged with violating INA 237(a)(6) – Unlawful Voting and INA 237(a)(3) – False claim to U.S. citizenship

**Planned Actions**
(b)(7)(E)

**Enforcement Stats**
(b)(7)(E)

**HONOR | SERVICE | INTEGRITY**



DEMOCRACY FORWARD

(b)(7)(E)

**Voter Fraud Criminal Arrests (VRO & VFR Program Codes) - 1/20/2025 to Present:**

(b)(7)(E)

**Voter Fraud Administrative Arrests (VRO & VFR Program Codes) - 1/20/2025 to Present:**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Other Organizations**

(b)(7)(E)

**Upcoming State Primary Elections**

There is no state primary election scheduled the week of July 13 (b)(7)(E)

(b)(7)(E)

**Other Updates**

(b)(7)(E)





DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, July 22, 2026 3:52 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: WAR and Voter Fraud Weekly

No problem, Jen. I shared with Director Venturella.

(b)(6),(b)(7)(C),(b)(7)(F)

(A) Chief of Staff
U.S. Immigration and Customs Enforcement
571-436[redacted]Mobile)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) n@hsi.dhs.gov>
**Sent:** Wednesday, July 22, 2026 3:38 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @hsi.dhs.gov>
**Subject:** WAR and Voter Fraud Weekly

Afternoon, apologizes for not getting these reports over to you sooner. Thank you for your patience during the transition.

Best,

[redacted]

(b)(6),(b)(7)(C),(b)(7)(F)

Homeland Security Investigations

630-835[redacted]



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Countering Transnational Organized Crime*

**HSI Election Integrity Investigations**

07/20/2026

**Overview**
Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. Current efforts center on voter roll acquisition, data enrichment, intelligence analysis, lead development, field validation, and identification of organizations potentially facilitating unlawful voter registration or voting activity.

(b)(7)(E)

**Recent Arrests**
On July 14, 2026 HSI Minneapolis administratively arrested (b)(6),(b)(7)(C),(b)(7)(F) a legal permanent resident and citizen of Vietnam, for unlawful voting. (b)(6),(b)(7)(C),(b)(7)(F) was arrested administratively and charged with violating INA 237(a)(6) – Unlawful Voting.

On July 13, 2026 HSI Minneapolis administratively arrested (b)(6),(b)(7)(C),(b)(7)(F) a legal permanent resident and citizen of Liberia, for unlawful voting. (b)(6),(b)(7)(C),(b)(7)(F) was arrested administratively and charged with violating INA 237(a)(6) – Unlawful Voting

On July 13, 2026 HSI Minneapolis administratively arrested (b)(6),(b)(7)(C),(b)(7)(F) a legal permanent resident and citizen of Malaysia, for inadmissible at entry or adjustment, false claim to USC, and unlawful voting. (b)(6),(b)(7)(C),(b)(7)(F) was arrested administratively and charged with violating INA 237(a)(1)(A) – inadmissible at entry or adjustment, INA(a)(3)(D) – False Claim of United States Citizenship, and INA 237(a)(6) – Unlawful Voting.

**Planned Actions**

(b)(7)(E)

**Enforcement Stats FY26** (last 7 days)

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Voter Fraud Criminal Arrests (VRO & VFR Program Codes) – FY26 (last 7 days):**

(b)(7)(E)

**Voter Fraud Administrative Arrests (VRO & VFR Program Codes) – FY26(last 7 days):**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Upcoming State Primary Elections**

(b)(7)(E)

**Other Updates**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(6),(b)(7)(C),(b)(7)(F)

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** Wednesday, July 29, 2026 8:30 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)
**Subject:** RE: WAR and Voter Fraud Weekly | July 27

Thank you (b)(6),(b)(7)(C),(b)(7)(F)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov>
**Sent:** Wednesday, July 29, 2026 8:19 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F)@hsi.dhs.gov> (b)(6),(b)(7)(C),(b)(7)(F)@ice.dhs.gov>
**Subject:** WAR and Voter Fraud Weekly | July 27

Morning, please see attached voter fraud week and fraud for this week.

Best,

(b)(6),(b)(7)(C),(b)(7)(F)
630-835 (b)(6),(b)(7)(C),(b)(7)(F)



DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Executive Associate Director*

**MEMORANDUM FOR: Executive Leadership, Homeland Security Investigations (HSI)**

**SUBJECT:** Fraud Related Investigative Activity and Accomplishments (July 20-24, 2026)

The HSI-led Document and Benefit Fraud Task Forces (DBFTFs) target and dismantle transnational criminal organizations and individuals that threaten U.S. national security and public safety, addressing vulnerabilities in the immigration system. Through 32 nationwide taskforces and partnerships, DBFTFs maximize resources, eliminate duplication, promote information sharing, and strengthen law enforcement presence. They combine various law enforcement processes and authorities to achieve focused, high-impact criminal prosecutions and asset forfeiture.

**This Week's Accomplishments**

- What did you accomplish **last week**?

(b)(7)(E)

DEMOCRACY FORWARD

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Executive Associate Director*

(b)(7)(E)

What do you intend to accomplish **this week?**

(b)(7)(E)

What **obstacles** have you encountered that keep you from achieving your objectives? What is your agency's **proposed solution**?

(b)(7)(E)

DEMOCRACY FORWARD

## HSI Election Integrity Investigations

07/27/2026

**Overview**

Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. Current efforts center on voter roll acquisition, data enrichment, intelligence analysis, lead development, field validation, and identification of organizations potentially facilitating unlawful voter registration or voting activity.

(b)(7)(E)

**OPLA Legal Guidance**

***California v. Trump*, *No. 26-11581 (D. Mass.)***

(b)(7)(E)

***League of Women Voters v. U.S. Department of Homeland Security*, 2026 WL 1784297 (DDC June 22, 2026).**

(b)(7)(E)

***United States v. Benson*, 2026 WL 1815425 (6th Cir. June 24, 2026).**

(b)(7)(E)

***League of Women Voters of Massachusetts v. Trump*, 2026 WL 1161857 (D. Mass. April 28, 2026).**

(b)(7)(E)

**Recent Arrests**

On July 10, 2026, HSI New Orleans administratively arrested (b)(6),(b)(7)(C), a legal permanent resident and citizen of Japan, for false claim to USC and unlawful voting.



DEMOCRACY FORWARD

(b)(6),(b)(7)(C) was arrested administratively and charged with violating INA(a)(3)(D) – False Claim of United States Citizenship, and INA 237(a)(6) – Unlawful Voting.

On July 24, 2026, HSI Honolulu and FBI Honolulu criminally arrested (b)(6),(b)(7)(C) a legal permanent resident and citizen of the Philippines, for 18 USC 611(A) - VOTING BY ALIENS.

**Planned Actions**

(b)(7)(E)

**Enforcement Stats FY26** (last 7 days)

(b)(7)(E)

**Enforcement Actions by SAC Offices FY26**

(b)(7)(E)

**Voter Fraud Criminal Arrests (VRO & VFR Program Codes) – FY26 (last 7 days):**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Voter Fraud Administrative Arrests (VRO & VFR Program Codes) – FY26(last 7 days):**

(b)(7)(E)

**Intel**

(b)(7)(E)

**Upcoming State Primary Elections**

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

*HSI DC*

(b)(7)(E)



DEMOCRACY FORWARD

(b)(7)(E)

**Center for Voter Information**

(b)(7)(E)


DEMOCRACY FORWARD