# EXHIBIT 51

ELECTION SECURITY NONCITIZEN VOTING FACTS PROOF OF CITIZENSHIP TO VOTE

# Maricopa County investigated 60 suspected noncitizen voters. 52 are citizens, 8 are not.

The voters were flagged earlier this year by a federal voter verification tool that is known to produce false positives, and Recorder Justin Heap referred them to county prosecutors for review.

By Sasha Hupka | September 28, 2026, 9:19pm UTC

REPUBLISH Add to Preferred Sources




*Rachel Mitchell, former chief of the Special Victims Division of the Maricopa County Attorney's Office in Arizona, listens to testimony at a U.S. Senate Judiciary Committee hearing. Mitchell, now the top prosecutor in Maricopa County, announced on Monday that her office had completed a monthslong investigation into 60 suspected noncitizens who had cast ballots in prior elections.* | (Erin Schaff-Pool/Getty Images)

*Votebeat is a nonprofit news organization reporting on voting access and election administration across the U.S. Sign up for Votebeat Arizona's free newsletter here.*

***Update, Sept. 28, 5 p.m. MST:*** *This story has been updated with a statement from Maricopa County Recorder Justin Heap.*

Most Maricopa County voters flagged as potential noncitizens by an error-prone federal system are citizens after all, according to county detectives.

Rachel Mitchell, the county's top prosecutor, said on Monday her office had completed a monthslong investigation into 60 suspected noncitizens who had cast ballots in prior elections.

Of those, she said 52 were citizens, and eight were not. Mitchell, a Republican, said all but one of the noncitizen voters appeared to have been erroneously registered while renewing their driver's licenses.

**By Arizonans, for Arizonans.**

Be in the know about election security practices and more voting news across the state. Get on-the-ground reporting from Sasha Hupka in her free newsletter.

Email (required)

SIGN ME UP

*By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy. You may also receive occasional messages from sponsors.*

It's unclear whether those individuals could face formal criminal charges. Mitchell did not announce charges on Monday, but wouldn't rule out doing so.

Her announcement comes after Maricopa County Recorder Justin Heap, a Republican, referred 207 individuals to county and state prosecutors for review in the spring. He identified the potential noncitizens on the county's voter roll while attempting to confirm the citizenship status of 61,681 voters impacted by a longstanding state record-keeping error.

The database that flagged the voters as noncitizens — called Systematic Alien Verification for Entitlements, or SAVE — has repeatedly proven to be unreliable. Maintained by the U.S. Department of Homeland Security, SAVE was originally used to check immigrants' eligibility for public benefits but was revamped and expanded last year to be used as a mass voter verification tool. However, it has produced false positives in several states.

In June, a federal judge blocked the use of the overhauled tool over concerns that it threatened both privacy and voting rights, but the U.S. Supreme Court cleared the way for election officials to resume using the system in a decision last week. However, the ruling is unlikely to have a significant impact on the midterm elections because federal law bars election officials from removing voters en masse in the 90 days leading up to an election.

Heap has never directly addressed whether he attempted to confirm the 207 voters' citizenship before forwarding them to prosecutors. In a statement on Monday afternoon, he said the county attorney's findings represented "a win for the integrity of our voter rolls and an example of the process working

exactly as it should." He added that his office could not verify the voters' citizenship status "using the federal SAVE database or other records we have access to."

Become a Votebeat sponsor

So far, Mitchell has only looked at 60 of the 207 voters referred by Heap. The remaining 147 voters are still being investigated by her office and the Arizona Attorney General's Office.

But her investigation's preliminary results appear to further confirm research and audits that have consistently shown that voting fraud is extremely rare.

It also represents the continued fallout of the state driver's license system's longstanding problem tracking voters' citizenship. Mitchell called that a "systemic flaw" and urged election officials, policymakers, and legislators to take steps to fix the issue.

"Though our findings today would not change the outcome of any past election, every ineligible voter dilutes the vote of a citizen," she said. "It's crucial that we fix this going forward so that there are no doubts cast on the security and the results of our elections."

## Who are the noncitizens identified by the county attorney's office?

Mitchell said five of the noncitizen voters registered without affiliating with a political party. Two others registered as Republicans, and one registered as a Democrat.

She said the voters had cast ballots sporadically in general elections dating back to 2012. Two voters also cast GOP ballots during the 2020 and 2022 state primaries, and two voters cast ballots in Glendale's 2025 special election.

Mitchell said she found no evidence that those voters were attempting to sway a specific election.

Of the eight noncitizens identified through county prosecutors' investigation, Mitchell said seven were registered to vote while updating their driver's licenses. She said the remaining noncitizen voter registered via a paper form. The individual had marked that they were not a citizen, she said, and it's unclear why they were registered to vote.

Mitchell called for better training for clerks with the Arizona Department of Transportation's Motor Vehicles Division.

"They should be asking someone if they want to register to vote before any form is filled out," she said, adding that the voters interviewed by detectives had no recollection of registering to vote or being asked whether they wanted to do so. "The workers need to make it crystal clear that the information that they are gathering is for voter registration, and that the person must be a U.S. citizen."

Become a Votebeat sponsor

Mitchell said most of the noncitizen voters had been registered to vote while visiting an MVD office in person, but noted investigators couldn't tell whether that location was an official MVD location or a third-party one. In Arizona, the state contracts with private companies to provide motor vehicle services, including issuing, renewing, and replacing driver's licenses.

She suggested that lawmakers could help close the loophole in the state's driver's license and voter registration databases by requiring a record of who registers each voter — whether that be an MVD clerk, a worker at a third-party site, or a volunteer with a voter registration organization.

Mitchell also noted that officials could try to more strongly bifurcate MVD records from voter registration records. Federal and state law require voters to have the opportunity to register to vote at the same time as they obtain a driver's license, she said, but statute doesn't require "that there be an overlapping of data."

## What's next for the investigated voters?

After using the SAVE tool to identify the 207 voters as potential noncitizens, Heap placed them in "not eligible" status earlier this year. Voters in that status remain on the rolls, but they may not receive mail ballots and are required to show proof that they are a U.S. citizen before being allowed to vote.

In moving the voters to that status, Heap appeared to be using a process outlined in the state's election rulebook that applies to new registrants suspected of being noncitizens, rather than following requirements in a state law that lays out how to notify and remove potential noncitizens who are already on the voter rolls.

Several election experts and lawyers previously told Votebeat that his use of that process was questionable and may not meet legal requirements for notifying voters.

Since then, records suggest those voters have remained in "not eligible" status. Janine Petty, senior director of voter registration at the county recorder's office, wrote in an email on Aug. 28 that the voters had been designated as "not eligible" and would remain there pending review by state and county prosecutors, unless they provided documents proving their citizenship.

Heap's office did not respond to a question from Votebeat on how it would handle the 60 voters already investigated by Mitchell. Heap said in a statement that "no final action" was taken regarding the voters' registration status prior to the completion of the investigation, seemingly suggesting that the citizen voters could be restored to full, active status on the county's rolls.

Other states, including Texas, have scrambled to reinstate voters in the wake of discovering that citizens were incorrectly flagged by the SAVE system.

It's unclear which process Heap will use to cancel the eight noncitizen voters identified by Mitchell's review. The process that led him to put the voters into "not eligible" status requires him to keep them in that status until the November election, and cancel them thereafter if they don't show proof of citizenship. But the process outlined in state law — the correct one for voters already on the rolls — would require him to send them a notice, wait 35 days for a response, and, if none came, cancel their registration.

Become a Votebeat sponsor

Meanwhile, the remaining 147 voters Heap referred to prosecutors are still under investigation.

Mitchell said she split the pool of voters referred for review with Arizona Attorney General Kris Mayes, a Democrat. The county has about 20 individuals to investigate in addition to the 60 voters it has already reviewed, she said. The rest are being handled by state prosecutors.

A source familiar with Mayes' investigation told Votebeat that it is close to finished — and so far, state investigators are finding lots of citizens, similar to the county attorney's office.

*Sasha Hupka is a reporter for Votebeat based in Arizona. Contact Sasha at shupka@votebeat.org.*

## The Latest



### After court shuts down backup plan, Wisconsin officials say to mail ballots ASAP

Officials are telling voters not to return ballots by mail if Election Day is less than two weeks away.

By Alexander Shur | Today, 8:24pm UTC




### Voting rights groups sue Texas over failure to process more than 500,000 voter registrations

The groups are asking a judge to enforce a 2021 settlement aimed at providing Texans a reliable way to register to vote online through the Department of Public Safety.

By Natalia Contreras | Today, 9:00am UTC



### Department of Justice charges 4 more Pennsylvanians with voting illegally in the 2024 election

The Trump administration has been cracking down on noncitizen voting ahead of the midterms.

By Carter Walker | October 13



### Late ballots can count if officials make errors, Dane County judge rules

The narrow ruling allows officials to count ballots that arrive at polls late solely because of election official errors.

By Alexander Shur | October 13



### Election skeptics urge Trump to ban voting machines or even declare martial law as November election approaches

Trump has left the door open for taking dramatic action, but what the president will do remains unclear.

By Dion Nissenbaum | October 13




## Election officials warn Postal Service cost-cutting measures could delay ballot returns

Postal Service urges people to 'mail early' to ensure ballots are counted

By Dion Nissenbaum | October 12

Become a Votebeat sponsor

**What Arizonans need to know.**

Sign up for accessible, nonpartisan reporting on Arizona elections and voting news, delivered to your inbox twice a month.

Email (required)

*By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy. You may also receive occasional messages from sponsors.*

SIGN ME UP

## Elections Are In Crisis

Extremists have targeted our democracy. Support Votebeat's nonpartisan, nonprofit journalism to protect the power of the vote.

DONATE

Become a Votebeat sponsor

VOTEBEAT IS A CIVIC NEWS COMPANY NEWSROOM ©2026