# EXHIBIT 52

Election Notice: Early voting for the November 3 Election runs Oct. 19-30. | Last day for applications for ballot by mail to be received Oct. 23. | ID requirements for voting in person | ID requirements for voting by mail | Visit VoteTexas.gov for more election information

IN-PERSON SERVICES FOR THE OFFICE OF THE TEXAS SECRETARY OF STATE HAVE MOVED TO 400 W. 15TH STREET. PARKING DETAILS AND MORE INFORMATION

Texas Secretary of State
Robert S. Howden



# Texas Secretary of State Refers 117 Cases for Investigation of Noncitizen Voting

## Provides additional updates on voter registration list review

**September 15, 2026**
**Contact:** Alicia Pierce

**Austin** – The Office of the Texas Secretary of State today referred 117 cases to the Office of the Attorney General for investigation of potential noncitizen voting. This action is part of a larger update on Texas' ongoing efforts to review voter citizenship ahead of the Nov. 3 Election.

"By law and according to our Constitution, citizenship is a requirement to vote in Texas, and we have a duty to ensure that only eligible voters participate in our elections," Secretary of State Robert Howden said. "We also have a responsibility to make sure eligible citizens can exercise their right to vote, which is why we are taking great care with this data and conducting additional layers of due diligence."

Last fall, the agency ran the names of the state's 18 million registered voters through the federal Systematic Alien Verification for Entitlements (SAVE) database — a process that identified 2,724 potential noncitizens on the voter rolls. Those registrations were referred to county registrars to conduct their own investigations pursuant to state law.

In the weeks following this initial crosscheck, the Office of the Texas Secretary of State partnered with the Department of Public Safety to conduct a manual review of the 2,724 cases. In addition, the agency asked counties to report back the

results of their local investigations.

This review narrowed the number of potential noncitizens. The additional review showed that 578 voters demonstrated citizenship. Of those, citizenship was proven for 506 because passport information was added to SAVE after the state's initial run. The Office of the Texas Secretary of State advised counties to reinstate these registrations if they were removed.

In 2025, Texas became one of the first states to participate in a pilot program with the U.S. Citizenship and Immigration Services to perform voter list maintenance using SAVE — the nation's primary source for citizenship data that is widely used by state and local governments, including DPS.

###