# EXHIBIT 54

**Homeland Security**
@DHSgov

Sanctuary politicians can try to claim that voter fraud isn't happening, but it's very real and is a serious threat to our country.

The Trump Administration will always protect the integrity of our election systems so that only American citizens are electing American leaders.




9:27 PM · Sep 27, 2026 · **135.7K** Views

430 648 2.7K 50