# EXHIBIT 55

Shop the C-SPAN Store - New Products Available

C-SPAN QUICK GUIDE 278,231 hours of video SCHEDULE TV RADIO PODCASTS APPS NEWSLETTERS DONATE

CREATED BY CABLE IN 1979 All Series American History TV Book TV Washington Journal Ceasefire Congress Executive Supreme Court

LOGIN

GALLERIES

C-SPAN CAMPAIGN 2026 ROAD TO THE CAPITOL On the Ground in America's Battlegrounds

SEPTEMBER 22, 2026

# Department of Justice Holds News Conference on Election Integrity Enforcement

"Election integrity should be a non-partisan issue," said Acting Deputy Attorney General Trent McCotter during a news conference at the Department of Justice on election integrity enforcement. His agency along with others announced the arrest of a former ...Show More

Report Video Issues



CLIPPING TOOL

Get started
Start your free trial today.
Shopify
Sign Up

Advertisement

C-SPAN PODCASTS
- WASHINGTON TODAY -
Your Daily Dose of Politics and Policy
LISTEN NOW

Restream
Start Live Streaming Today
OPEN

Advertisement

## VIDEO TRANSCRIPT

Text type

Text

Search this text

00:00:04

DURING A PRESS CONFERENCE ON ELECTION INTEGRITY ENFORCEMENT AT THE DEPARTMENT OF JUSTICE, ACTING DEPUTY ATTORNEY GENERAL TRENT O'CONNOR SAID ELECTION INTEGRITY SHOULD BE A NONPARTISAN ISSUE. HIS AGENCY ALONG WITH OTHERS ANNOUNCED THE ARREST OF A FORMER UTAH LETTER CARRIER FOR DESTROYING 300 MAIL-IN BALLOTS AS PART OF THE STATE'S JUNE TO -- JUNE TO THIRD PRIMARY.

00:00:59 **Trent McCotter**

GOOD AFTERNOON. UNDER PRESIDENT TRUMP AND ATTORNEY GENERAL BLANCHE, THIS DEPARTMENT OF JUSTICE IS WORKING TO ENSURE THAT OUR ELECTIONS ARE MORE SECURE THAN EVER BEFORE AND THAT ANYONE WHO COMMITS A CRIME THAT VIOLATES THE INTEGRITY OF OUR ELECTIONS WILL BE BROUGHT TO JUSTICE. TODAY, IN CONJUNCTION WITH THE OFFICE OF THE INSPECTOR GENERAL OF THE POSTAL SERVICE AND HOMELAND SECURITY INVESTIGATIONS, WE

Show More

00:04:49 **Melissa Holyoak**

GOOD AFTERNOON. I'M MELISSA HOLYOKE. I'M THE US ATTORNEY FOR THE DISTRICT OF UTAH. I WOULD LIKE TO PROVIDE SOME ADDITIONAL DETAILS ON THIS INDICTMENT. LAST WEEK, A UTAH FEDERAL GRAND JURY INDICTED 34 YEAR OLD DAMON MATHAI, CE OF PAYSON, UTAH, FOR UNLAWFUL SECRETION, DESTRUCTION, AND DELAY OF MAIL FOR ILLEGALLY DISPOSING OF MAIL-IN BALLOTS THAT WERE INTENDED TO BE DELIVERED IN ANTICIPATION OF OUR JUNE 2026 PRIMARY

Show More

00:07:08 **Matthew Millhollin**

*This text was compiled from uncorrected Closed Captioning.

TOPICS

HOSTING ORGANIZATION

PEOPLE IN THIS VIDEO

Video Information

Purchase a Download

## MORE FROM C-SPAN



OCTOBER 2, 2026

**U.S. House Candidate Lily Tang Williams Attends Fair in Deerfield, NH**

U.S. House candidate Lily Tang Williams (R-NH) comments on affordability, the Iran War, and her opponent Rep. Maggie Goodlander (D-NH). She made the remarks while visiting the Deerfield Fair.



OCTOBER 3, 2026

**Former Transportation Sec. Pete Buttigieg Speaks to Reporters after NH Annual Dinner**

Former Secretary of Transportation Pete Buttigieg (Biden administration) speaks to reporters after the annual Eleanor Roosevelt Dinner in Concord, NH.



OCTOBER 5, 2026

**Gov. Candidate Rep. Tom Tiffany (R-WI) & Rep. Tony Wied (R-WI) Hold Press Conference on Law Enforcement**

Wisconsin gubernatorial candidate Rep. Tom Tiffany (R) held a press conference on public safety alongside fellow Rep. Tony Wied (R) and law enforcement officials. "I believe government's first respons...



OCTOBER 3, 2026

**U.S. Senate Candidate Jon Husted Speaks to Reporters Before Ohio Rally with President Trump**

U.S. Senate candidate Jon Husted (R-OH) speaks to reporters before a midterm campaign rally with President Trump in Vandalia, Ohio.

## TRENDING



OCT 14, 2026

**Behind the Scenes of the 2026 National Civics Bee Championship**

Emmy-nominated actor and game show host Jerry O'Connell takes us behind the scenes and previews the 2026 National Civics Bee Championship featuring the nation's top middle school civics students. Joins us LIVE on Wednesday, October 14 at 8:00 p.m. ET ...



OCT 14, 2026

**User Clip: NH Senate R**

NH Senate R



OCT 14, 2026

**Washington Journal: Mark Mitchell on the Future of the Republican Party**

Mark Mitchell talked about how MAGA has impacted the Republican Party and the future of the conservative movement.



OCT 14, 2026

**Defense Secretary Hegseth and Others on the Future of Autonomous Warfare**

Defense Secy. Pete Hegseth & military officials discuss autonomous warfare during the U.S. Army's 2026 Annual Meeting and Exposition in Washington, DC.



©2026 National Cable Satellite Corporation | Copyrights and Licensing | Terms and Conditions | Privacy

C-SPAN By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. Cookies Settings Accept Cookies