# EXHIBIT 56

X

Post

**Secretary Markwayne Mullin**
@SecMullinDHS

The thing they say never happens just keeps on happening.

EVERY illegal vote cancels out the vote of an American citizen. Under @POTUS Trump's leadership, we're cracking down on fraud and SECURING our elections for the American people.




10:59 AM · Sep 19, 2026 · **52.1K** Views

337 242 1.1K 14