# EXHIBIT 57

Donate

"I'm literally a U.S. citizen. I'm literally a U.S. citizen."

An employee at Target is detained in January 2026 in Richfield, Minnesota.

Enable audio

Disable videos

Bring Me The News

Experts have long warned that immigration dragnets and the erosion of civil rights for immigrants will inevitably result in the erosion of rights for citizens.




Miami Herald

"I'm a U.S. citizen, please help me."

A woman is detained for the third time in Key Largo, Florida, while driving a car registered to her partner, an immigrant.

Enable audio Disable videos

Since the start of this Trump administration, we've watched those warnings come true.

# 506

# U.S. Citizens Detained

Oct. 6, 2026

by Nicole Foy, Ruth Talbot and Cengiz Yar, ProPublica; Liliana Michelena and Bianca Fortis for ProPublica; and Mariam Elba and Kahlie Wray, ProPublica

This story contains videos and descriptions of violent arrests.
Click to disable videos.

The Trump administration says none of this is happening.

"DHS is NOT arresting U.S. citizens by mistake." "There are no 'indiscriminate' stops." Allegations of "racial profiling are disgusting, reckless and categorically FALSE." "The pattern is NOT of law enforcement using force." "ICE does not zip tie or restrain children."

But that is precisely what is happening, and at a far larger scale than previously reported.

We know because we have once again done what the government hasn't:

We have tallied and cataloged every case we can find of an immigration agent holding a citizen during the current administration.

More than 500 cases. That includes:

- More than a hundred Americans held after agents questioned their citizenship. Nearly all were people of color.
- At least 70 American children and teens detained, some of whom were handcuffed.
- Of the more than 300 Americans we tracked as detained for allegedly assaulting or obstructing agents, we found fewer than half were actually charged in federal court, and many of those cases were dropped or dismissed.
- At least 63 Americans detained while recording.
- 36 Americans held for at least a day without being able to contact a lawyer or their family.
- Roughly a dozen citizens deported, mostly children.

Collectively, these cases show that as the administration has relentlessly pursued immigrants, federal agents have run roughshod over the constitutional rights of citizens too.

We're showing you every case — the reality that the administration denies — along with the receipts.

Each box represents a detained citizen.

JAN 2025

In January 2025, agents held a 21-year-old citizen at gunpoint and put him in handcuffs during a raid at the Philadelphia car wash where he worked.

FEB 2025

MAR 2025

APR 2025

In April, a 20-year-old was held in a Florida jail for more than 24 hours, despite having proof of his citizenship.

MAY 2025

JUN 2025

A Southern California enforcement operation starts on June 6

In June, a dual citizen of Mexico and the U.S. was detained while working in California. He was held for four days without access to a lawyer or his family.

JUL 2025

AUG 2025

SEP 2025

Operation Midway Blitz starts on Sept. 8 in Illinois

During the enforcement surge in Chicago last fall, known as Operation Midway Blitz, there were "no administrative arrests of U.S. citizens," according to the Department of Homeland Security. "ICE has significant protections in place to ensure U.S. citizens are not arrested, detained, or mistakenly removed." But we found that federal agents detained more than 120 citizens in Illinois during the height of the surge.

OCT 2025

In November, agents took an 18-year-old citizen off the street, eventually dumping him in the woods.

NOV 2025

In December, an American in Baltimore was picked up and held for 25 days, unable to see her 5-year-old son over Christmas.

DEC 2025

Operation Metro Surge starts on Dec. 1 in the Minnesota

In January, hours after Renee Good's killing, agents tackled and handcuffed a school staffer in Minneapolis. He was terrified, he recalled: "I feel lucky to be alive."

JAN 2026

In April, when agents stopped a man in Texas, he told them, "I'm a citizen, it's fine." He was deported four days later.

FEB 2026

MAR 2026

In May, a New York teen was thrown to the ground, bloodied and then dumped in an unfamiliar neighborhood. "He just grabbed me and threw me on the floor," the teen recalled.

APR 2026

MAY 2026

JUN 2026

JUL 2026

In September, agents detained and injured an Illinois man they thought was someone else.

AUG 2026

SEP 2026

We shared details and footage of many of the incidents with former immigration officials. They reacted with anger and disbelief.

"This is just terrible," said Eric Balliet, who spent more than two decades at Homeland Security Investigations and Border Patrol, both agencies under DHS, including in President Donald Trump's first administration.

"I've never seen so many U.S. citizen encounters in all my years," said Darius Reeves, who oversaw the Immigration and Customs Enforcement agency's Baltimore office before retiring last year. "It's an embarrassment."

In tallying these detentions, we included anyone who authorities held against their will for any period of time — whether they were handcuffed, held at gunpoint or otherwise prevented from leaving by immigration agents. The courts consider someone detained if they aren't free to leave.

Do you have information or footage to share related to the administration's immigration crackdown?

Contact Us

Immigration agents do have authority to detain Americans in limited circumstances: if they can reasonably suspect they are in

the country illegally, or if they allegedly interfered with or assaulted officers.

ProPublica shared its findings and information on each case with DHS. The department defended agents' conduct. "DHS enforcement operations are highly targeted. We do our due diligence," the agency said in a statement. It added that anyone who obstructs agents "will of course face consequences which include arrest."

We compiled our list by scouring social media, court records and local media to confirm and compile incidents.

Explore our list of incidents where citizens were detained.

Jump to list

Our work doesn't include all of agents' problematic interactions with citizens. We didn't count incidents where, say, an agent shot but didn't detain a citizen. And as with the tally we did last year, the new list is an undercount. For instance, witnesses estimate that more than 200 citizens were detained in an Idaho raid last fall, but we only included the 30 citizens who we were able to identify.

Willy Wender Aceituno, a naturalized citizen who voted for Trump twice, said he never imagined that the immigration crackdown he supported would entangle him.

Then, last November, Border Patrol agents broke his truck window, yanked Aceituno out and threw him onto the pavement of a parking lot, where one agent knelt on his back. (DHS says he "refused to comply" with agents' commands.)

"ICE isn't looking for criminals," Aceituno said. "They're looking for Latinos. Having papers in this country does not protect you."

Under the Fourth Amendment, law enforcement generally must have probable cause to arrest someone. But there's a lower bar, reasonable suspicion, for stopping someone to question them.

The Trump administration has repeatedly said its agents are just questioning citizens, not detaining them — even when they're in handcuffs or held for hours. DHS also cites a concurring opinion issued last year by Supreme Court Justice Brett Kavanaugh stating that agents can consider factors like "apparent ethnicity" when making stops. Citizens around the country have been detained because, they've said, of their skin color, accents or jobs.

Nov. 15, 2025 Charlotte, N.C.

The Charlotte Observer

Willy Wender Aceituno was stopped twice by federal agents who broke his window, pulled him from the car and detained him, even as he and bystanders protested that he had already proved he was a citizen to other agents.

Ever since his arrest in November, Aceituno said his U.S.-born daughter carries her passport at college. “She has a Latino face,” he said, adding, “My daughter’s white friends aren’t carrying their passports.”

The Fourth Amendment of the Constitution also prohibits officers from entering homes without a judge's warrant.

An ICE memo revealed by a whistleblower this year showed that agents had been doing it anyway. The agency asserted that administrative warrants that didn't involve a judge gave agents the ostensible authority to force their way into homes looking for someone with a final deportation order. Some of those incidents have also resulted in Americans being detained.

Jan. 14, 2026 Oakdale, Minn.

‹ ›

Provided to ProPublica

Jeyli Salguero, 20, said in a lawsuit that agents broke into her family's home in a Minnesota suburb without a judicial warrant to arrest her brother, who didn't live there. In a video, an agent can be heard saying, "It's OK, it's OK," as a woman screams.

In January, Jeyli Salguero, her parents and her sister were asleep at home when armed federal agents broke through the front door and rushed inside.

"The first thing I yelled when I stepped out of my room was that I was a U.S. citizen and I had the right to record," Salguero recalled. "That's when they snatched my phone."

The agents told Salguero's family they were looking for her brother, who does not live there. After half an hour, the agents released Salguero and her mother, but detained her father, who had temporary protected status, and her sister, who was undocumented. The sister was eventually deported to El Salvador, and her father was later released from detention.

Salguero told us that agents left her and her mom alone in their wrecked house with the Minneapolis winter air coming in through a broken door.

Salguero is one of several plaintiffs who have filed a lawsuit against the government for going into homes without a judicial warrant. DHS has moved to dismiss the lawsuit, saying it has "paused" the policy.

The Fourth Amendment is also intended to protect people from "unreasonable" use of force during arrests. Previously, we've documented how agents have used chokeholds that DHS banned other than when deadly force is authorized. We've also documented how immigration agents have broken car windows while pursuing people they believe are in the country illegally. But they've been doing it to citizens, too. Many of those citizens have filed lawsuits.

Oct. 7, 2025 Forest Park, Ill.

WGN TV

During the enforcement surge in Chicago in October 2025, workers at a Christian cemetery in Illinois filmed agents cutting open the cemetery gate. The agents then shot pepper balls at the workers and detained them.

Darren Eichler was working at a Christian cemetery in a Chicago suburb last October when he and his coworkers moved to help a man who was wading in the nearby river. They soon realized — too late — that the man was running from immigration agents, who emerged from the brush near the river and demanded access to a gated area of the cemetery. When the men refused and started filming, agents used bolt cutters to cut open the gate, then fired pepper balls and tackled the men.

Eichler said his face felt like it was on fire and he had trouble breathing. “I pleaded with them for an hour to please call an ambulance.” Eichler told ProPublica. He was eventually brought to a hospital, still handcuffed, while the agents stood over his bed. Eichler’s co-workers were held for several hours at a nearby federal office. No one was charged.

Explore incidents where citizens were subjected to crowd control weapons.

Jump to list

DHS did not respond to ProPublica’s request for comment about the incident.

The First Amendment protects protesters and those documenting agents' conduct. The amendment guarantees the freedom to assemble — in other words, to protest peacefully — and the freedom of speech, which courts have interpreted to include recording in public.

The Trump administration has, however, aggressively pursued the arrest and prosecution of citizens who were protesting, often claiming the protesters were assaulting officers or interfering with enforcement activities. We counted more than 300 people accused of assaulting or obstructing officers, about 130 of them at protests.

Top DHS officials, including former Secretary Kristi Noem, went further, claiming that filming ICE agents was interfering with arrests. Last summer, three siblings driving in Texas were detained after they stopped to film an immigration arrest. One of the siblings was a young teen. "They tackled me down and an agent put one knee behind my knee, where I felt a sharp pain," he told ProPublica. He was separated from his mother, who has a green card. "They were saying my mom wasn't a U.S. citizen, and I was scared they were gonna take her away."

The siblings have filed claims for damages with the government. Asked about the incident, DHS said it respects "the First Amendment rights of individuals to observe and express themselves. However, if such actions interfere with or obstruct our operations, ICE will take necessary steps to address the situation."

July 23, 2025 Brownsville, Texas

Provided to ProPublica

Three siblings in Brownsville, Texas, had stopped to film an immigration arrest when agents tried to take their phones, then detained all three citizens, including a 14-year-old.

In the video, an agent can be heard saying that the phones are evidence in an investigation. "I'm taking that phone and I'm taking that phone," he says while pointing to two devices before grabbing at one of them. The agent's face was already blurred in this video when ProPublica received it.

Our review did uncover instances that appear to show some protesters or other civilians assaulting officers. One person pleaded guilty to throwing pieces of cinder block at an agent. A woman in California pleaded guilty to pulling off an officer's mask.

Many protesters were accused of crimes but never actually charged. We found 137 instances of citizens who were charged with federal crimes, most of whom were charged with assaulting or obstructing federal agents. In nearly half of those instances, the charges were dropped or dismissed. Three dozen citizens have been sentenced to prison or probation, and another three dozen cases are pending, as of September 15.

Explore incidents where citizens were detained while recording.

Jump to list

Some of those arrested, like clarinet player Oriana Korol, were initially charged with felony assault before pleading guilty to a misdemeanor — in Korol's case, for trying to kick an officer. She said she did so after officers shoved her and pepper-sprayed her twice in the face. Just moments before, the band had been playing the "Ghostbusters" theme song as part of a peaceful protest.

Video footage shows agents leading Korol away, handcuffed, while one pulls her tear-gas-soaked mask over her mouth. "Please pull it down," Korol tells the agents in the video. "I'm going to have an asthma attack. I have asthma. Why are you doing this to me? Please."

Unlike earlier administrations, Trump has detained significant numbers of immigrant children living far from the border. Citizen kids have been swept up too — at least 70 of them. We've found about 20 kids who were handcuffed or zip-tied.

DHS said that ICE doesn't zip-tie or restrain children, or separate families. But agents handcuffed a 15-year-old with disabilities outside a school in Los Angeles in 2025. The agents said they mistook the teen for an alleged gang member. A few months later, officers detained more than a dozen American children during a raid on an Idaho horse track. Anabel Romero said her children are still deeply shaken by their detention.

Romero told us how her 7-year-old son warned his older sister about going to another race this month: "He said, 'Watch out for ICE, make sure you have your phone to film — I'll come save you.'"

Nov. 21, 2025 McMinnville, Ore.

The Oregonian

A 17-year-old was on his lunch break in Oregon when agents broke his car window and detained him. DHS said he was obstructing officers. In the video, the teen is heard saying, "I'm a U.S. citizen," as an agent responds, "I don't care."

## "Without Due Process of Law"

As the government has rushed to deport people as quickly as possible, Americans have also been swept up and removed from the country too. About a dozen American kids have been deported with their parents, allegedly over their parents' objections.

DHS said: "Parents are asked if they want to be removed with their children or ICE will place the children with a safe person the parent designates."

One American adult in Texas was also deported this spring.

The car Brian Morales Garcia was in was pulled over earlier this year in central Texas. Officers didn't believe him when he said he was a citizen. And they wouldn't let him get his birth certificate. Morales Garcia was held for four days without being able to call his lawyer or anyone else. Then he was deported to Mexico.

After suing, Morales Garcia was allowed back into the country just last month using his birth certificate.

DHS did not respond to ProPublica's questions about Morales Garcia's deportation. In earlier court filings, officials disputed Morales Garcia's citizenship and claimed he had admitted to being

born in Mexico.

"I couldn't process what they were doing to me." Morales Garcia told ProPublica. When he was first stopped in Texas, he had told officers, "I'm a citizen, it's fine."

---

# Explore All Incidents Where Citizens Were Detained

This is every incident ProPublica could find in which one or more citizens were reportedly detained between January 2025 and September 2026. We asked DHS about each incident. We searched for any federal criminal charges that were brought in relation to each incident and included the most up-to-date status we could find for those cases.

## 506 citizens

Incidents involving: All incidents

Incidents in: All states

Sort by: Newest first

Each box represents a detained citizen.

Sept. 20, 2026 • Evanston, Ill.

One citizen was injured and detained by ICE agents who were looking for someone who matched his description in Evanston, Illinois. A responding Evanston police officer said one agent had blood on his hands and the citizen was taken to the hospital. DHS claimed the man didn't cooperate with "lawful commands" and agents detained him until he identified himself.

SOURCES

cbsnews.com • nytimes.com • theguardian.com

Sept. 11, 2026 • Alamo, Texas

Two citizens were detained in Alamo, Texas.

borderreport.com • expressnews.com • krgv.com

Aug. 7, 2026 • Norfolk, Va.

Two citizens were detained in Norfolk, Virginia.

pilotonline.com • wavy.com • youtube.com

July 14, 2026 • Laguna Vista, Texas

One citizen was detained in Laguna Vista, Texas.

texasobserver.org

July 11, 2026 • Olathe, Kan.

One citizen was detained in Olathe, Kansas.

johnsoncountypost.com (1) • johnsoncountypost.com (2) • kcur.org

July 9, 2026 • Boise, Idaho

One citizen was detained in Boise, Idaho.

facebook.com • ktvb.com

July 9, 2026 • Oklahoma City, Okla.

One citizen was detained in Oklahoma City, Oklahoma.

instagram.com • koco.com

July 7, 2026 • Salt Lake City, Utah

One citizen was detained in Salt Lake City, Utah.

facebook.com • kuer.org • nytimes.com

June 11, 2026 • Bemidji, Minn.

Two citizens who are enrolled members of the Leech Lake Band of Ojibwe were detained in Bemidji, Minnesota, during a worksite raid.

bemidjipioneer.com • facebook.com • kaxe.org • lptv.org • minnesotareformer.com

June 7, 2026 • Annapolis, Md.

A citizen leaving a coffee shop in Annapolis, Maryland, was handcuffed, denied a phone call and held for almost two hours. DHS said it took the citizen to another location to interview him because "agitators" had gathered.

telemundowashingtondc.com

June 5, 2026 • Newark, N.J.

One citizen was detained in Newark, New Jersey.

justice.gov • nj.com (1) • nj.com (2)

June 2, 2026 • Ventura, Calif.

A citizen documenting ICE activity in Ventura, California, was tackled and tasered while he was already pinned to the ground.

instagram.com • lataco.com

May 29, 2026 • Newark, N.J.

One citizen was detained in Newark, New Jersey.

facebook.com

May 28, 2026 • Newark, N.J.

One citizen was detained in Newark, New Jersey.

nytimes.com

May 27, 2026 • Newark, N.J.

Six citizens were detained in Newark, New Jersey.

amny.com • nj.com (1) • nj.com (2) • nytimes.com • pressenterprise.com SEE MORE

1 of 20

# [ow We Reported This Story

## ɔw We Counted Incidents

found and vetted cases from a number of sources, including English- and Spanish-
ʒuage social media, DHS statements, court records and local news reports, in addition
ɔur own reporting. We included an incident in our dataset only if we could find at least
ɔ sources for it. For additional details about the incident, like whether crowd control
apons were used, we accepted one source in some cases.

en DHS provided a response specific to an incident — including about whether it
ɔpened or the circumstances under which it happened — we noted that response in
es for which we offered detail beyond a simple count of detained citizens. DHS
ponses that generically denied ever detaining citizens or that are proven inaccurate by
reporting were not included.

with our count a year ago, most of the detained Americans on our list fell into two
ad categories. The first is Americans who were held because agents questioned their
zenship. This time, we found more than a hundred such cases. The second category is
ericans arrested by immigration agents after being accused of assaulting or impeding
cers at protests or during immigration arrests of others. In that category, we tallied
ghly 300 Americans. In many of these cases, the government accused but never
ırged these individuals with assault. Sometimes agents detained people because of
stions about their citizenship but later accused them of crimes. While public attention
en focuses on ICE, the immigration dragnet often relied on officers from agencies
oss the government.

ce the government itself does not track these cases, our list is almost certainly an
lercount. Except in a few cases in which DHS itself confirmed detentions, we only
ınted citizens we were able to individually identify. So, for example, while witnesses
imate as many as 200 citizens were detained in an Idaho raid last fall, we were only able
dentify 30 individuals by time of publication. We encountered the same issues for
ny smaller raids and protests, such as a raid of a food plant in Cato, New York;
testers detained by ICE at Delaney Hall in Newark, New Jersey; and a raid of a
ındai-LG plant in Ellabell, Georgia.

itself occasionally has stated higher numbers than we were able to confirm: It told
ngress that 131 citizens were arrested for assaulting, obstructing or interfering this year
Minnesota's Metro Surge. It didn't name them. We cataloged fewer than a hundred.

tagged each case with details like whether a minor was detained or a citizen was held
er filming. Another trend we tracked was citizens held for more than a day without
ess to a lawyer or their family. When multiple citizens were detained in one incident or
netimes on the same day and city, we grouped them together.

cause we focused on the expanded presence of immigration agents in American
nmunities, we restricted our count to warrantless arrests that took place outside of
ɔorts and away from the borders, where immigration agents have long had more
hority. We also excluded cases of Americans who were arrested after a judicial

rrant.

did not include incidents where an agent shot, tackled or pepper-sprayed a citizen but n't detain them.

also did not include immigration protesters arrested by police who were only orcing local laws. We did, however, include some cases involving police working with nigration agents. We still have little visibility into how many citizens have been detained police deputized to act as immigration agents.

also found reports of more than 30 Americans who felt racially profiled by immigration ents, but we did not include them in our database because it was not clear they were d against their will.

## ow We Counted and Reviewed Court Cases

searched every named adult in our list to see if they were charged with a federal crime elation to their detention. We conducted searches, using several name combinations people with double names or compound names, in federal district courts through the ine platform PACER. We looked for a criminal case filed within two months of the noted e of a person's detention in the judicial district in which the detention happened. We n noted whether we found charges, what the charges were, and whether the person olved was sentenced or had their case dismissed or discharged.

## ow We Chose the Videos in This Report

reviewed hundreds of videos of federal agents detaining American citizens across the intry. While that included body camera footage, news clippings and helicopter footage, vast majority of videos were made by bystanders and shared over social media. Many he videos went viral and were recirculated across the internet by a range of third-party ounts. They touch on everyday American life in a range of settings, including kplaces, homes, protests, car washes, suburban sidewalks and the interiors of icles.

tagged each video with how clearly it shows the incident and whether the citizen ained was clearly visible. We then categorized the videos by the kind of conduct they w, such as citizens being detained after recording. We provided DHS an opportunity to pond to each of the videos we included.

en the violence and upsetting subject matter of many of the videos in this report, we o chose to provide an option for readers to turn off the videos.

did not alter videos, nor did we add watermarks, blur faces or overlay captions on eos unless otherwise noted. Videos that include captions or watermarks are shown as y were obtained.

---

**ditional research by:** Darya Marchenkova, ProPublica.

**ditional reporting by:** Melissa Sanchez, Jodi Cohen, A.C. Thompson, McKenzie ık and Audrey Dutton of ProPublica, and by Valentin Termite, for ProPublica.

**ditional development by:** Carla Astudillo and Alec Glassford, ProPublica.

**ditional design by:** Zisiga Mukulu, ProPublica.

**ditional visual editing by:** Roberto "Bear" Guerra, ProPublica.

**Videos included in grid at the top of the page, in order of appearance:** Provided to ProPublica, Provided to ProPublica, Provided to ProPublica, USAttyEssayli/X, Provided to ProPublica, el.monte.memes/Instagram, Provided to ProPublica, Provided to ProPublica, Provided to ProPublica, TheJFreakinC/X, The Chicago Tribune, Storyful, The Chicago Tribune, Provided to ProPublica, Provided to ProPublica, EnvoyNoem/X, Tanya Sturm, NBC News, Provided to ProPublica, mohamudnoor/X, FAFOPodcast/Faceboo

**Go behind the scenes of ProPublica's biggest investigations.**

Your email address

**Get our weekly newsletter**

INFO

COVERAGE

LOCAL

CONTACT

SUPPORT US

INFO
About
Impact
Leadership
Staff
Partners
Awards
Events
Jobs
Fellowships

COVERAGE
Abortion
Civil Rights
Courts
Criminal Justice
Debt
See All

LOCAL
Midwest
Northwest
South
Southwest
Texas
Local Reporting Network

CONTACT
General Inquiries
Send Us a Tip
Corrections
Freelance Pitches
Media Inquiries

SUPPORT US
Donate
More Ways To Give

Investigative Journalism in the Public Interest

PROPUBLICA

Code of Ethics Republishing Privacy Policy Advertising Policy Gift Acceptance