https://www.sfchronicle.com/politics/article/ice-surge-california-22470079.php
https://www.sfchronicle.com/politics/article/ice-surge-california-22470079.php

# EXHIBIT 58

# Is a pre-election ICE surge underway in California? Here's what we know

Hannah Wiley



Residents surround ICE and Border Patrol agents after an immigrant raid in the city of Bell, California on June 20, 2025.

Genaro Molina/TNS

California officials are warning immigrant communities across the state of a potential pre-election surge in Immigration and Customs Enforcement operations that has reportedly led to dozens of recent arrests, mainly in the Central Valley.

“This administration is not done pushing their destructive immigration agenda, backed by court-allowed racial profiling, and utilizing ICE agents armed to the teeth by your tax dollars,” Sen. Adam Schiff wrote in a Friday social media post. “They hope to deter Latino citizens from voting with these awful tactics. They must not succeed.”

The increased reported ICE activity comes a little more than three weeks before the Nov. 3 midterm elections and amid false claims by President Donald Trump and administration officials of widespread noncitizen voting in states like California.

Advertisement

Article continues below this ad

One Democratic congressional aide told the Chronicle that lawmakers have participated in emergency conference calls with key stakeholders across California to discuss how they can combat what appears to be a ramp-up in activity targeting the state.

It's unclear how extensive the reported operations are. The Department of Homeland Security did not respond to the Chronicle's questions regarding where the operations are happening, how many people have been detained and what ICE's broader goals are.

"For operational security and the safety of our officers, ICE will not disclose or discuss law enforcement operations," a DHS spokesperson said in a statement. "Every day, DHS enforces the laws of the nation across the country, including in California."

The advocacy group Faith in the Valley said in a statement that more than 60 people were detained on Tuesday alone and that "many more have been detained since then." The confirmed detentions have occurred in Fresno and Madera counties, the group said.

Advertisement

Article continues below this ad

The organization noted that ICE is conducting roving patrols and random traffic stops, and has stopped people at mini marts, gas stations and construction sites. The group also said ICE detained farmworkers on their way to fields in Bakersfield.

"A person's race, ethnicity, accent, language or perceived immigration status should not become a substitute for individualized facts establishing reasonable suspicion or other lawful grounds for a stop or enforcement action," said Nora Zaragoza-Yáñez, the organization''s Valley Watch Network manager.

Rep. David Valadao, R-Bakersfield, said in a Thursday statement that DHS officials confirmed that operations are underway in the Central Valley.

"I've been in contact with the Department of Homeland Security regarding recent immigration enforcement actions in the Central Valley, and they've informed my office that these operations are focused on individuals with active warrants and known criminal histories," Valadao said.

Rep. David Valadao said Thurdsay that DHS officials confirmed that immigration enforcement operations are underway in the Central Valley.

Allison Robbert/AP

Valadao's office did not respond to questions on whether DHS has told him how many people have been or could be detained, who the agency is targeting and how long operations are expected to last. But he acknowledged that the operations have sparked fear in the heavily Latino community.

"Hardworking farmworkers who are simply going to work, providing for their families, and contributing to our agricultural economy should not have to live in fear," Valadao said in his statement, while urging Congress to "address our broken immigration system" in a way that will "secure our border, uphold the rule of law and recognize the contributions of hardworking immigrants."

The Washington Examiner also reported this week that ICE has launched a 45-day operation across California, from San Diego to San Francisco. The

report also noted, citing anonymous sources, that agents were ordered to go after all immigrants who are not in the United States legally, regardless of whether they have a criminal record.

DHS did not comment on the alleged statewide operation. Instead, the spokesperson listed a number of recent arrests in California of immigrants convicted of crimes ranging from drug trafficking and homicide to burglary, fraud and child cruelty.

Trump has made California central to his plan to deport millions of undocumented people during his second term in office. Last year, California sued the federal government over the administration's deployment of National Guard troops to Los Angeles amid protests against immigration arrests, which became a symbol of Trump's national crackdown.

The reported activity has once again set off a flurry of anxiety across California's immigrant communities. The state is home to more than 10 million immigrants, with about a quarter estimated to be undocumented as of 2023, according to a Pew Research Center analysis.

Along with state attorneys general, immigration and civil rights advocates have frequently sued to block the Trump administration's immigration enforcement plans, with mixed success. A federal judge issued a ruling in September that prevents officers from arresting people without a warrant before determining their flight risk, for example, though the decision applies to Los Angeles, Orange, Riverside, San Bernardino, Ventura, Santa Barbara and San Luis Obispo counties. A separate previous injunction that limited Border Patrol agents from arresting people in the Central Valley without reasonable suspicion has since been lifted.

The DHS spokesperson denied that agents are violating any laws or court

orders.

The operations come at a precarious time in California, with state and local officials already on edge over potential election interference by the Trump administration. Shilpi Agarwal, legal director at the ACLU of Northern California, said in a statement that the group was still gathering more information from local advocates on the ground, but also argued "this aggressive ICE enforcement in the weeks before the midterm elections is deeply disturbing and strongly suggests efforts at election intimidation."

Republicans face major headwinds in the November election, with many incumbents in Congress facing tight reelection bids against Democratic challengers who have capitalized on the president's deep unpopularity. That includes Valadao, whose opponent, Randy Villegas, has whipped enthusiasm for his populist economic message and secured endorsements from key progressive figures like Vermont Sen. Bernie Sanders.

"When we look at who ICE is targeting right now, they are not targeting violent criminals. They are targeting street vendors. They are targeting our farmworkers who get up every single day at the crack of dawn to feed the country and to feed this world," Villegas said during a recent debate against Valadao. "Meanwhile, we have a representative who is not willing to stand up for our immigrant communities and for our farmworkers."