# EXHIBIT 59

Post

**Fox News Politics**
@foxnewspolitics

ELECTION FRAUD: The DOJ just charged five individuals across Pennsylvania, New Jersey, and Wisconsin for illegally voting and fraudulent registration in the 2022 and 2024 elections — including two illegal immigrants and two non-citizens with legal status.

Exclusive footage obtained by Fox News Digital shows federal agents executing a sweep linked to the multi-state probe. One of those arrested, Katya Rodriguez, 30, an illegal alien from Mexico living in Harrisburg, Pennsylvania, was indicted by a federal grand jury for allegedly voting in the 2024 election. She faces up to 11 years in prison.




8:45 PM · Sep 4, 2026 · **261.3K** Views

138 514 2K 87