# EXHIBIT 61

Investigative Journalism in the Public Interest

Donate

PROPUBLICA

PROPUBLICA

Donate

# She Pushed to Overturn Trump's Loss in the 2020 Election. Now She'll Help Oversee U.S. Election Security.




A rally for Donald Trump in 2024. His administration appointed Heather Honey, a high-profile denier of Trump's 2020 loss, as the Department of Homeland Security's deputy assistant secretary of election integrity. WIN MCNAMEE/GETTY IMAGES

Heather Honey has been appointed to a senior position in the Department of Homeland Security. State election officials and voting experts are concerned.

by Doug Bock Clark

August 26, 2025, 2:00 pm

*ProPublica is a nonprofit newsroom that investigates abuses of power. Sign up to receive our biggest stories as soon as they're published.*

Heather Honey, a high-profile denier of Donald Trump's loss in the 2020 election, has been appointed to a senior position in the U.S. Department of Homeland Security in which she'll help oversee the nation's election infrastructure.

Honey is a protege of Cleta Mitchell, a lawyer who tried to help Trump overturn the 2020 election results. In 2024, ProPublica reported that Honey had played a key role in Mitchell's behind-the-scenes effort to change Georgia's election rules to allow Republican officials to contest a potential Trump loss in that year's presidential race. Honey also promoted election conspiracy theories, including one Trump cited in a speech to his followers before they stormed the Capitol on Jan. 6, 2021.

Though states do the on-the-ground work of running elections, DHS supports them with tasks beyond their capacities, such as protecting IT infrastructure and voter databases from foreign intrusions. The agency, with bipartisan support, took

on this role in the aftermath of Russia's interference in the 2016 election.

Experts on voting and state election officials warned that Honey's appointment as DHS' deputy assistant secretary of election integrity could erode trust between state and federal officials, prompting states not to share information with the agency.

"We are witnessing a dangerous trend: the elevation of known bad-faith actors like Heather Honey," said Adrian Fontes, Arizona's Democratic secretary of state, in a statement, citing Honey's "well-documented history of spreading election lies that have been debunked in court."

Fontes called her involvement with DHS "deeply troubling" and said "when the agency gives a platform to individuals who have actively worked to erode public trust, it becomes harder to view DHS as a reliable partner in election security."

ADVERTISEMENT

A DHS spokesperson did not answer questions from ProPublica on Honey's appointment or the exact nature of her responsibilities. Honey didn't respond to calls or emails. The White House also didn't respond to a request for comment. Her name is listed on the organization's leadership structure online, and her appointment was first reported by the website Democracy Docket.

In the first Trump administration, the federal government set up programs designed to shield U.S. elections from foreign interference, including the Cybersecurity and Infrastructure Security Agency, an arm of DHS. But Trump soured on this and other initiatives after the director of CISA publicly rebutted his claims that the 2020 election was stolen.

Since the start of the second Trump presidency, the administration has gutted those programs, cutting hundreds of employees at CISA. Its director, Chris Krebs, is now under federal investigation, DHS has said; Krebs told CNN that the investigation appeared to be an act of political retribution. The Justice Department has also rolled back a program aimed at combatting foreign influence campaigns. Attorney General Pam Bondi wrote in a memorandum that the Justice Department's program was disbanded to "free resources to address more pressing priorities, and end risks of further weaponization and abuses of prosecutorial discretion."

David Becker, the executive director of the Center for Election Innovation and Research, a nonprofit focused on building trust in American elections, said the cuts had dismantled "nearly all" of DHS' capacity to protect election infrastructure. He said state elections officials feared that Honey's appointment, combined with the program cuts, signaled the Trump administration's intent to eliminate bulwarks of fair U.S. elections.

"The hiring of an election conspiracy theorist with no election knowledge or expertise is the culmination of this reversal," Becker said. "DHS now appears poised to become a primary amplifier of false election conspiracies pushed by our

enemies."

Two sources familiar with Honey's hiring at DHS said she began working for the agency last week. An organizational chart dated Aug. 18 on the department's website identifies her as a leader in the agency's Office of Strategy, Policy and Plans. Her position wasn't on a version of the website archived in July, and officials in former administrations said that there's been no such job previously.

It's not clear yet what Honey will oversee, but former DHS officials said that deputy assistant secretaries are typically the agency's top experts in their subject areas. They're often involved in drafting executive orders and crafting policies. They also serve as liaisons to the White House and the National Security Council.

Since Honey started, Trump has announced "a movement to get rid of" mail-in ballots and voting machines via executive order, though a top aide subsequently said the administration would pursue those goals through legislative action. DHS has also threatened to cut off about $28 million in grants to help states prepare for terrorism and disasters if they don't change voting rules to conform to the administration's priorities, NPR has reported.

Honey's duties likely would include helping to organize the government's policy responses if foreign actors make intrusions into the nation's election systems, former officials said. To do this, and to assess the security of election infrastructure, someone in her position would typically have access to classified information, including the government's election-related intelligence.

Experts expressed concern about Honey's portfolio, given her history of spreading misinformation.

"Heather Honey's past misleading claims about vote counts in Pennsylvania, among other things, have helped fuel false conspiracy theories about stolen elections," said Larry Norden, an election expert at the Brennan Center for Justice at NYU Law, a nonpartisan law and policy group.

Before becoming swept up in the "Stop the Steal" movement, Honey had no experience in the federal government or as an election administrator, working as a Pennsylvania-based private investigator.

ADVERTISEMENT

After the 2020 election, she became a contractor for a Republican-backed audit seeking proof of fraud in ballots cast in Maricopa County, Arizona. According to emails between employees working on the review, which ended up reaffirming Biden's win, Honey helped draft the final report.

Since then, Honey has led at least three organizations devoted to transforming election systems in ways championed by conservatives, such as tightening eligibility requirements for people to be on voter rolls. Members of Honey's Pennsylvania Fair Elections, a state chapter of Mitchell's nationwide Election Integrity Network, have challenged the eligibility of

thousands of residents to be on voter rolls.

Honey has also been involved in numerous other efforts to transform elections around the country, including a successful push to get many states with Republican leadership to pull out of a bipartisan interstate partnership to share data to make voting more secure.

*Do you have information you can share about Heather Honey or elections work being done in the federal government, especially at the Department of Homeland Security? Contact reporter Doug Bock Clark at doug.clark@propublica.org or on Signal at 678-243-0784. If you're concerned about confidentiality, check out our advice on the most secure ways to share tips.*

Christopher Bing and William Turton contributed reporting.



**Doug Bock Clark**

I'm a ProPublica reporter covering threats to democracy, elections and voting rights.

Have a Tip for a Story?

I welcome tips about how politicians, activists, and others are trying to transform American elections for partisan advantage. I am also interested in tips about North Carolina's legislature, court system, and state government.

**Filed under —** Democracy, Trump Administration

Republish This Story

# More in Trump Administration



**"A Massive Power Grab": White House Proposal Threatens Fundi Americans Vote**

## Most Read

1 Scammers Are Stealing Millions From Food Stamp Recipients. Congress Could Fix It — but Won't.

2 The Pentagon Gave $350 Million in Contracts to a Firm Closely Tied to a Senior Defense Department Official

3 The Militia and the Mole

4 These Women Were Trying to Escape Domestic Abuse. ICE Detained Them Instead.

5 Donald Trump Jr.'s Bahamas Wedding Was Secretly Bankrolled by Russian Oligarch Close to Putin

6 "Biblical Justice, Equal Justice, for All": How North Carolina's Chief Justice Transformed His State and America

7 He Waited Nine Years in Prison for His Lawyer to File a Single Brief. In This State, There's No Rule Against It.

8 The Dominican Baseball Factory

9 New Mexico and El Paso Spent Millions on Climate Plans. Three New Data Centers Could Undo Them.



# Support Independent Journalism:

As a nonprofit newsroom, we rely on donations from individuals like you to fuel our work. **Your support today will directly fund investigations that shine a light on urgent issues:** corporations prioritizing profits over public safety, health insurers denying coverage to patients, unintended consequences of new laws and more.

Donate

**More Ways to Give**

Go behind the scenes of ProPublica's biggest investigations.

Your email address

**Get our weekly newsletter**

INFO

COVERAGE

LOCAL

CONTACT

SUPPORT US

INFO
About
Impact
Leadership
Staff
Partners
Awards
Events
Jobs
Fellowships

COVERAGE
Abortion
Civil Rights
Courts
Criminal Justice
Debt
See All

LOCAL
Midwest
Northwest
South
Southwest
Texas
Local Reporting Network

CONTACT
General Inquiries
Send Us a Tip
Corrections
Freelance Pitches
Media Inquiries

SUPPORT US
Donate
More Ways To Give

Investigative Journalism in the Public Interest

PROPUBLICA

Code of Ethics Republishing Privacy Policy Advertising Policy Gift Acceptance