# EXHIBIT 63

Protect Democracy

Beau Tremitiere <beau.tremitiere@protectdemocracy.org>

## CNA v. Mullin - Supplement to the AR

**Helland, Kelsey (USACAN)** <Kelsey.Helland@usdoj.gov> Fri, Oct 9, 2026 at 3:13 PM
To: "Keough, Michael (CAT)" <Michael.Keough@sfcityatty.org>
Cc: "farley@nilc.org" <farley@nilc.org>, "bill.nguyen@cco.sccgov.org" <bill.nguyen@cco.sccgov.org>, Beau Tremitiere <beau.tremitiere@protectdemocracy.org>

Hi Mike,

Happy Friday.

1. We are reviewing the draft PO. It has taken longer than it might have otherwise since plaintiffs' edits did not distinguish between the original redlines against the model that we sent and plaintiffs' own changes. If we have specific items to discuss in that regard, we'll reach out.
2. There is no obligation that we file the AR (or any supplement) on the docket. The Court's September 24 order did not require it (it simply required the "production" of the AR, which we did); nor is there are separate requirement that we do so. We are generally not opposed to publicly filing portions of the AR that are not designated confidential, but as you know, the document you reference is currently designated confidential, and we are not prepared to withdraw that designation at this time.
3. Thanks for forwarding the FOIA release. We have reviewed, and these seem to us to be a collection of emails and attachments regarding regular reporting efforts, particularly from May 2026 to July 2026. They do not appear to focus on the surge operation that began on September 1. We do not think these documents are proper for inclusion in the AR or any supplemental AR for the agency actions challenged in this matter.

Sincerely,

Kelsey Helland

Assistant United States Attorney

United States Attorney's Office

Northern District of California

Tel: (415) 436-6488

Kelsey.Helland@usdoj.gov

---

**From:** Keough, Michael (CAT) <Michael.Keough@sfcityatty.org>
**Sent:** Friday, October 9, 2026 11:41 AM
**To:** Helland, Kelsey (USACAN) <Kelsey.Helland@usdoj.gov>
**Cc:** farley@nilc.org; bill.nguyen@cco.sccgov.org; Beau Tremitiere <beau.tremitiere@protectdemocracy.org>
**Subject:** [EXTERNAL] RE: CNA v. Mullin - Supplement to the AR

Hi Kelsey,

Three items for your consideration:

1. Following up on Beau's email, please let us know if there are any issues with the protective order that require attention. If you don't think a protective order will be necessary, that would be helpful to know as well.

2. Please let us know when we can expect the new AR volume to be filed containing the document you shared on Tuesday.

3. You probably saw that ICE made a recent FOIA release that contained documents referencing the policies at issue in this case. Since most, if not all, of these were clearly before the decision makers when the agency action here was finalized, can you confirm whether Defendants intend to supplement the AR to contain unredacted versions of these documents (absent any LEP) and those like them up to September 1?

We are available to meet and confer as needed.

Thanks,

Mike

**Michael A. Keough** | Special Counsel | Office of City Attorney David Chiu

---

**From:** Beau Tremitiere <beau.tremitiere@protectdemocracy.org>
**Sent:** Wednesday, October 7, 2026 5:09 PM
**To:** Keough, Michael (CAT) <Michael.Keough@sfcityatty.org>
**Cc:** Helland, Kelsey (USACAN) <Kelsey.Helland@usdoj.gov>; farley@nilc.org; bill.nguyen@cco.sccgov.org
**Subject:** Re: CNA v. Mullin - Supplement to the AR

Apologies for the typo. The Court order was on September 24.

Beau C. Tremitiere (he/him/his)
Counsel & Deputy Impact Director, Protect Democracy
beau.tremitiere@protectdemocracy.org
(202) 993-3672

On Wed, Oct 7, 2026 at 5:50 PM Beau Tremitiere <beau.tremitiere@protectdemocracy.org> wrote:

> Kelsey,
>
> Good afternoon. I'm following up on our message from last week on the draft protective order. When do you anticipate

sharing your response? We are available to meet and confer tomorrow if it would expedite the resolution of any outstanding questions.

Further, as noted in Mike's email yesterday, we expect that you will be imminently docketing the supplemental AR document, pursuant to the Court's September 28 order.

Regards,

Beau C. Tremitiere (he/him/his)
Counsel & Deputy Impact Director, Protect Democracy
beau.tremitiere@protectdemocracy.org
(202) 993-3672

On Tue, Oct 6, 2026 at 4:33 PM Keough, Michael (CAT) <Michael.Keough@sfcityatty.org> wrote:

> Hi Kelsey – the AR was filed last week (Dkt. 50) pursuant to Court order (Dkt. 37). This document clearly should have been included in that Court-ordered filing; there is no basis to leave the incomplete AR on the public docket.
>
> **Michael A. Keough** | Special Counsel | Office of City Attorney David Chiu
>
> ---
>
> **From:** Helland, Kelsey (USACAN) <Kelsey.Helland@usdoj.gov>
> **Sent:** Tuesday, October 6, 2026 2:45 PM
> **To:** Keough, Michael (CAT) <Michael.Keough@sfcityatty.org>
> **Cc:** beau.tremitiere@protectdemocracy.org; farley@nilc.org; bill.nguyen@cco.sccgov.org
> **Subject:** RE: CNA v. Mullin - Supplement to the AR
>
> Hi Mike,
>
> Can you please explain what you mean? Are you requesting that the government file this document on the public docket in the near term? If so, what is the basis for that request?
>
> Kelsey Helland
>
> Assistant United States Attorney
>
> United States Attorney's Office
>
> Northern District of California
>
> Tel: (415) 436-6488
>
> Kelsey.Helland@usdoj.gov
>
> ---
>
> **From:** Keough, Michael (CAT) <Michael.Keough@sfcityatty.org>
> **Sent:** Tuesday, October 6, 2026 2:41 PM

**To:** Helland, Kelsey (USACAN) <Kelsey.Helland@usdoj.gov>
**Cc:** beau.tremitiere@protectdemocracy.org; farley@nilc.org; bill.nguyen@cco.sccgov.org
**Subject:** [EXTERNAL] RE: CNA v. Mullin - Supplement to the AR

Hi Kelsey,

Thanks for providing the document. Because this document should have been included in the September 28 AR and is not covered by the Court's order directing further supplement by October 13, Plaintiffs expect that the document will be lodged with the Court as soon as possible in a separate volume.

Thanks,

Mike

**Michael A. Keough** | Special Counsel | Office of City Attorney David Chiu

---

**From:** Helland, Kelsey (USACAN) <Kelsey.Helland@usdoj.gov>
**Sent:** Tuesday, October 6, 2026 8:37 AM
**To:** bill.nguyen@cco.sccgov.org; Keough, Michael (CAT) <Michael.Keough@sfcityatty.org>
**Cc:** beau.tremitiere@protectdemocracy.org; farley@nilc.org
**Subject:** CNA v. Mullin - Supplement to the AR

Bill, Mike, and team,

Good morning. I am attaching the additional Surge Operation document we previously indicated would be forthcoming as a supplement to the AR. As you'll see, we are again conditionally designating this confidential pending either our withdrawal of the designation or the entry of a protective order in the case.

Since we expect to be further supplementing the AR within then next week or so, could you please let me know if it would work to hold off on preparing a revised index until that is done? It would be more administratively convenient on our end if we can just do that step once, to capture everything added since the original AR was served.

Please let me know. Thanks,

Kelsey Helland

Assistant United States Attorney

United States Attorney's Office

Northern District of California

Tel:  (415) 436-6488

Kelsey.Helland@usdoj.gov