UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**DECLARATION OF BEAU TREMITIERE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Beau Tremitiere, declare:

1. I am over the age of 18. I am an attorney at Protect Democracy Project and am one of the attorneys representing certain Plaintiffs in the action *California Nurses Association, et al. v. Mullin*, et al., No. 4:26-cv-10680 (N.D. Cal.), filed in this District on September 18, 2026. I make this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, filed on October 16, 2026.

2. Plaintiffs' reply brief in support of the pending Motion for APA Stay and Preliminary Injunction contains descriptions of material from the Administrative Record that Defendants have conditionally designated as confidential. An unredacted copy of the reply brief is attached to this declaration as **Exhibit A**. The redacted version of the brief has been filed on the public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Louisville, Colorado, on October 16, 2026.

*/s/ Beau Tremitiere*
BEAU TREMITIERE