UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having reviewed Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and the Declaration in support thereof, the Court ORDERS that: the unredacted version of Plaintiffs' Reply Brief in Support of Motion for APA Stay and Preliminary Injunction shall remain filed under seal, pursuant to Civil Local Rules 79-5(f) and 7-11.

| Document Title | Dkt. No. Redacted Version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief Statement | Granted/Denied |
|---|---|---|---|---|---|---|---|
| Plaintiffs' Reply Brief in Support of Motion for APA Stay and Preliminary Injunction | 78 | 80-2 | 80-1 | Defendants | Partial | Redactions include material Defendants designated as confidential. | |

**IT IS SO ORDERED.**

Dated: ______________________

______________________
HON. Araceli Martínez-Olguín
United States District Judge