**PROTECT DEMOCRACY PROJECT**
BEAU C. TREMITIERE, SBN 320074
300 Center Ave, Suite G-251
Superior, CO 80027
GEOFFREY CURFMAN* NY Bar No. 5809199
JESSICA MARSDEN* NY Bar No. 5316526
82 Nassau St., #601
New York, NY 10038
HAYDEN JOHNSON* DC Bar No. 1671830
ZACHARY WEST* NY Bar No. 5192257
ASHLEY FOX* LA Bar No. 41748
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
Email: beau.tremitiere@protectdemocracy.org

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, and VOTO
LATINO FOUNDATION

**Admitted pro hac vice*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID | Case No. 4:26-cv-10680-AMO<br><br>**DECLARATION OF HAYDEN JOHNSON IN RESPONSE TO COURT'S OCTOBER 19 HEARING REQUEST FOR ADDITIONAL INFORMATION AND IN SUPPORT OF PLAINTIFFS' MOTION FOR APA STAY AND PRELIMINARY INJUNCTION** |

J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of the United States Immigration and Customs Enforcement; ANTHONY SALISBURY, in his official capacity as Executive Associate Director of Homeland Security Investigations and the Principal Deputy Homeland Security Adviser to the White House; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; and THOMAS HOMAN, in his official capacity as Assistant to the President and Border Czar,

Defendants.

**DECLARATION OF HAYDEN JOHNSON**

I, Hayden Johnson, declare as follows:

1. I am an attorney at Protect Democracy Project and am one of the attorneys representing Plaintiffs. I submit this declaration in response to the Court's request for additional information on certain states' ballot curing deadlines, and in support of Plaintiffs' Motion for APA Stay and Preliminary Injunction under Rule 65.

2. The facts stated herein are based upon Plaintiffs' review of the available information about in-person provisional and by-mail ballot curing deadlines and practices in the nine states reportedly subject to Defendants' surged field operations starting August 31, 2026. *See, e.g.*, ECF 77-1, AR-2-003–4; ECF 10-7 at 64; ECF 40, Defs. Opp. Br. at 6 (not contesting list of states).

3. Section 11(b) of the Voting Rights Act protects "voting or attempting to vote" and "urging or aiding any person to vote or attempt to vote." 52 U.S.C. § 10307(b). The Voting Rights Act defines "voting" and "vote" to "include all action necessary to make a vote effective in any primary, special, or general election, including, but not limited to" any "action required by law prerequisite to voting, casting a ballot, and having such ballot counted properly and included in the appropriate totals of votes cast[.]" *Id.* § 10310(c)(1). This declaration sets out the deadline in state law or practice for voters to take protected action under the Voting Rights Act.

4. California: The deadline to return a completed mail ballot curing form is 5 p.m. on the statutory "applicable receipt deadline," which "means 22 calendar days after the election." *See* Cal. Elec. Code §§ 3019(d)(1)(A), (j)(1). Thus, the last possible date for a voter to cure a ballot in California this election is **November 25, 2026.** *See* Cal. Sec'y of State, *Verify My Signature*, https://www.sos.ca.gov/elections/voter-registration/vote-mail/verify-my-signature (last visited Oct. 19, 2026).

5. Connecticut: Only absentee ballots missing a signature on the return envelope are eligible for curing in Connecticut. Voters may cure their absentee ballot up until the polls close at 8:00 p.m. on the day of the election. *See* Conn. Gen. Stat. § 9-140c(a)(e)(2). Thus, the last date for a voter in Connecticut to vote in the first instance or to cure a ballot in Connecticut is **November 3, 2026.** *See* Conn. Sec'y of the State, *2026 Absentee Voting—Updates and Information*,

https://portal.ct.gov/sots/election-services/voter-information/2026-absentee-voting---updates-and-information (last visited Oct. 19, 2026).

6. Georgia: The last possible date for voters in Georgia to cure a timely submitted absentee ballot is **November 6, 2026.** *See* O.C.G.A. § 21-2-419(c)(1)–(3); Ga. Sec'y of State, Elections Div., *2026 Election Calendar and Highlights* 16–17, https://sos.ga.gov/sites/default/files/forms/2026%20Elections%20Calendar_0.pdf (last visited Oct. 19, 2026).

7. Missouri: Missouri statewide neither requires ballot curing nor provides a process by which voters may cure a ballot believed to contain an error. *See* Mo. Rev. Stat. § 115.295. Thus, it is Plaintiffs' understanding that the last date for protected voting activity in Missouri is **November 3, 2026.**

8. Nevada: By statute, if a county clerk determines that a voter's signature is missing or otherwise requires additional verification, the clerk must notify the voter, who must provide verification no later than 5:00 p.m. on the sixth day following the election. *See* Nev. Rev. Stat. § 293.269927(6); *see also* Nev. Rev. Stat. § 293.269915(3). This election, the deadline for such ballot curing in Nevada is **November 9, 2026.** *See* Nev. Sec'y of State, *Mail Ballot Signature Cure*, https://www.nvsos.gov/elections/election-information/2026-election-information/signature-cure (last visited Oct. 19, 2026).

9. New York: Timely cast mail votes in New York may be received until Tuesday, November 11. *See* N.Y. Elec. Law §§ 8-412(1), 8-710(1); *see also* N.Y. Elec. Law § 9-209(3)(b)(vii). Voters may cure their ballot "no later than seven business days after the board's mailing of [a] curable rejection notice or by five p.m. on the seventh day following the election, whichever is later." N.Y. Elec. Law § 9-209(3)(e). Cure notices must be sent no later than Friday, November 13. *See* N.Y. Elec. Law §§ 9-209(3)(a), (c). Thus, it is Plaintiffs' understanding that the last possible date for a voter to engage in protected activity to cure a ballot in New York would be **November 24, 2026.**

10. Pennsylvania: Voters in Pennsylvania may vote by provisional ballot, with a cure requirement to occur "within six calendar days following the election." 25 Pa. Stat. Ann. § 3050(a.4)(5)(ii)(D). Within seven calendar days of the election, the county board must examine the

provisional ballots and accept challenges from party representatives, with a hearing required to adjudicate the challenge to a provisional ballot within another seven days, and an appeal that must be taken within two days thereafter. 25 Pa. Stat. Ann. § 3050(a.4)(4)(ii)-(vii). Thus, it is Plaintiffs' understanding that the last date on which a voter could act to ensure their ballot is counted under Pennsylvania's state law provisional ballot cure processes and timeline is **November 19, 2026.**

11. Washington: The deadline for voters to cure a ballot in Washington is 5 p.m. the day before the election is certified in the county canvass. Wash. Admin. Code 434-261-053(2); *see also* Wash. Rev. Code § 29A.60.165. This year, the county canvass deadline is November 24, 2026. *See* Wash. Sec'y of State, Elections Calendar, https://www.sos.wa.gov/elections/calendar (last visited Oct. 19, 2026); *see also* Wash. Rev. Code § 29A.60.190. Thus, the last day for Washington voters to engage in protected voting activity to cure their mail ballot is **November 23, 2026.**

12. Wisconsin: Voters who are curing a provisional ballot in Wisconsin must do so "no later than 4 p.m. on the Friday after the election." Wis. Stat. Ann. § 6.97(3)(b). Thus, it is Plaintiffs' understanding that this year, the deadline for Wisconsin voters to engage in protected voting activity is 4 p.m. local time on **November 6, 2026.**

Dated October 19, 2026

Respectfully submitted,

By: */s/ Hayden Johnson*
HAYDEN JOHNSON
Counsel for Plaintiffs