# EXHIBIT A

Protect Democracy

Molly Golski <molly.golski@protectdemocracy.org>

# Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments

**notification@pay.gov** <notification@pay.gov> Thu, Oct 22, 2026 at 3:49 PM
To: molly.golski@protectdemocracy.org

An official email of the United States government

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: 2874NMFE
Agency Tracking ID: 77549422851
Transaction Type: Sale
Transaction Date: 10/22/2026 03:49:02 PM EDT
Account Holder Name: Molly Golski
Transaction Amount: $100.00
Card Type: Visa
Card Number: ************6201

Defendant or Party Name: California Nurses Association
Case Number: DCAN426CV010680-
Payer's Name: Molly Golski, Protect Democracy Project
Payer's Address, City, State, Zip: 2020 Pennsylvania Ave NW , Suite 163, Washington, DC, 20006
Payer's Telephone: (202) 579-4582
Payer's Email: molly.golski@protectdemocracy.org
Type of Payment: Civil Bond

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service