UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OCA-ASIAN PACIFIC AMERICAN ADVOCATES, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 26-cv-12617-PCP

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 26-cv-10680-AMO.

**IT IS SO ORDERED.**

Dated: October 30, 2026

P. CASEY PITTS
United States District Judge

United States District Court
Northern District of California