CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**DEFENDANTS' RESPONSE RE: RELATING CASES**<br><br>The Honorable Araceli Martínez-Olguín |

Defendants respectfully submit this response regarding the relation of this matter ("*California Nurses*") with *OCA v. DHS*, No. 26-cv-12617 ("*OCA*").[1] For the reasons set forth below, Defendants take no position on whether these two matters should be related.

Under Local Rule 3-12(a), cases may be related where "(1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *See* Civ. L.R. 3-12(a).

Defendants recognize that there is both significant overlap but also significant difference between *California Nurses* and *OCA*. The plaintiffs in the two cases are entirely different, but every defendant in *OCA* is also a defendant in *California Nurses*. Both cases generally concern USCIS's alleged "Unlawful Voter Initiative," but whereas *California Nurses* is primarily focused on HSI field operations that allegedly result from that initiative, *OCA* appears directed at the underlying creation of TECS records. For similar reasons, although the overarching legal theories in the two cases overlap somewhat, the actual nature of the claims differs significantly: *California Nurses* primarily concerns alleged voter intimidation, whereas *OCA* largely concerns alleged privacy and related recordkeeping violations.

The different procedural postures similarly may weigh against relation. Whereas the Court has issued a preliminary injunction in *California Nurses*, there has not yet been any substantive briefing in *OCA*, and it is unclear the extent to which any such briefing will be required in the near term. It is also unclear at this point the extent to which the administrative record from *California Nurses* may or may not apply to the claims in *OCA*. Overall, the government believes there likely is not significant judicial

[1] Defendants previously submitted a response that inadvertently addressed a third matter, *SEIU v. DOJ*, No. 26-cv-12800. *See* Dkt. 96. Like *OCA*, that matter was also recently filed, concerns election-investigation claims against the federal government, and was assigned to Judge Pitts. In the haste to prepare a response to the Court's Order, undersigned counsel accidentally focused on the wrong matter. Undersigned counsel apologizes to the Court for this mistake.

*SEIU* has since been reassigned to Judge Thompson, who has also now referred that matter to this Court to consider whether the cases should be related. *See* Dkt. 98. The government respectfully relies on its prior statement opposing relation of that matter (Dkt. 96), but if the Court believes any further discussion of that matter is required, the government would promptly provide it.

efficiency to be gained, or risk of conflicting results avoided, from having the two matters decided by the same judge, but the government nevertheless recognizes that there is overlap in some of the underlying factual background and subject matter.

For these reasons, like Plaintiffs in this matter (*see* Dkt. 95), the government respectfully takes no position as to whether the relation of these two matters is warranted here.

Date: October 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants