Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-7139 |
| Originating Case Number: | 4:26-cv-10680-AMO |
| Short Title: | California Nurses Association, et al. v. Mullin, et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-7139 |
| Originating Case Number: | 4:26-cv-10680-AMO |
| Case Title: | California Nurses Association, et al. v. Mullin, et al. |

**11/2/2026**

| | |
|---|---|
| David J. Venturella | Mediation Questionnaire due |
| United States Customs and Border Protection | Mediation Questionnaire due |
| Thomas Homan | Mediation Questionnaire due |
| Anthony Salisbury | Mediation Questionnaire due |
| United States Immigration and Customs Enforcement | Mediation Questionnaire due |
| United States Citizenship and Immigration Services | Mediation Questionnaire due |
| Joseph B. Edlow | Mediation Questionnaire due |
| Markwayne Mullin | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Rodney S. Scott | Mediation Questionnaire due |

**11/9/2026**

| | |
|---|---|
| County of Santa Clara | Corporate Disclosure Statement due |
| Rodney S. Scott | Corporate Disclosure Statement due |
| California Nurses Association | Corporate Disclosure Statement due |

| | |
|---|---|
| United States Citizenship and Immigration Services | Corporate Disclosure Statement due |
| Joseph B. Edlow | Corporate Disclosure Statement due |
| National Nurses United | Corporate Disclosure Statement due |
| United States Department of Homeland Security | Corporate Disclosure Statement due |
| Anthony Salisbury | Corporate Disclosure Statement due |
| David J. Venturella | Corporate Disclosure Statement due |
| City and County of San Francisco | Corporate Disclosure Statement due |
| United States Customs and Border Protection | Corporate Disclosure Statement due |
| Markwayne Mullin | Corporate Disclosure Statement due |
| Thomas Homan | Corporate Disclosure Statement due |
| Voto Latino Foundation | Corporate Disclosure Statement due |
| United States Immigration and Customs Enforcement | Corporate Disclosure Statement due |

**11/23/2026**

| | |
|---|---|
| Joseph B. Edlow | Preliminary Injunction Opening Brief Due |
| Markwayne Mullin | Preliminary Injunction Opening Brief Due |
| Anthony Salisbury | Preliminary Injunction Opening Brief Due |
| United States Customs and Border Protection | Preliminary Injunction Opening Brief Due |
| United States Immigration and Customs Enforcement | Preliminary Injunction Opening Brief Due |
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |
| Rodney S. Scott | Preliminary Injunction Opening Brief Due |
| Thomas Homan | Preliminary Injunction Opening Brief Due |
| David J. Venturella | Preliminary Injunction Opening Brief Due |
| United States Citizenship and Immigration Services | Preliminary Injunction Opening Brief Due |

**12/21/2026**

| | |
|---|---|
| County of Santa Clara | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| National Nurses United | Preliminary Injunction Answering Brief Due |
| Voto Latino Foundation | Preliminary Injunction Answering Brief Due |
| California Nurses Association | Preliminary Injunction Answering Brief Due |
| City and County of San Francisco | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**