**PROTECT DEMOCRACY PROJECT**
BEAU C. TREMITIERE, SBN 320074
300 Center Ave, Suite G-251
Superior, CO 80027
GEOFFREY CURFMAN* NY Bar No. 5809199
JESSICA MARSDEN* NY Bar No. 5316526
82 Nassau St., #601
New York, NY 10038
HAYDEN JOHNSON* DC Bar No. 1671830
ZACHARY WEST* NY Bar No. 5192257
ASHLEY FOX* LA Bar No. 41748
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
Email: beau.tremitiere@protectdemocracy.org

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, and VOTO
LATINO FOUNDATION

*Additional Counsel for Plaintiffs in Signature Block*

**Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVSION

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>Defendants. | Case No. 4:26-cv-10680-AMO<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (B), Plaintiffs hereby voluntarily dismiss the above-captioned action, in its entirety, without prejudice. This notice of dismissal is being filed with the Court before service by any Defendant of either an answer or a motion for summary judgment.

DATED: November 18, 2026

Respectfully submitted,

By: *<u>/s/ Beau C. Tremitiere</u>*

**PROTECT DEMOCRACY PROJECT**
BEAU C. TREMITIERE
Counsel
300 Center Ave, Suite G-251
Superior, CO 80027
GEOFFREY CURFMAN*
Counsel
JESSICA MARSDEN*
Counsel
82 Nassau St., #601
New York, NY 10038
HAYDEN JOHNSON*
Counsel
ZACHARY WEST*
Counsel
ASHLEY FOX*
Counsel
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
(202) 579-4582

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,
NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

**CITY AND COUNTY OF SAN FRANCISCO**
DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH

Special Counsel
JOEL F. WACKS
Deputy City Attorney
Fox Plaza, 1390 Market Street, 7th Fl.
San Francisco, CA 94102
(415) 554-4655

By: _/s/ Michael A. Keough_
MICHAEL A. KEOUGH
Special Counsel

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**COUNTY OF SANTA CLARA**
TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
BILL NGUYEN
Deputy County Counsel
70 W. Hedding Street, East Wing
9th Floor
San José, CA 95110
(408) 299-5900

By: _/s/ Bill Nguyen_
BILL NGUYEN
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

**NATIONAL IMMIGRATION LAW CENTER**
BENJAMIN R. FARLEY*
Counsel
IMANI FRANKLIN*
Counsel
PO Box 34573
Washington, D.C. 20043
(213) 639-3900

By: _/s/ Benjamin R. Farley_
BENJAMIN R. FARLEY*
Counsel

Attorneys for Plaintiffs
CALIFORNIA NURSES ASSOCIATION,

NATIONAL NURSES UNITED, AND
VOTO LATINO FOUNDATION

**Admitted Pro Hac Vice*

**FILER'S ATTESTATION**

I, Beau Tremitiere, am the ECF user whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

DATED: November 18, 2026

Respectfully submitted,

By: *<u>/s/ Beau C. Tremitiere</u>*
BEAU C. TREMITIERE
Counsel