UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CALIFORNIA NURSES ASSOCIATION; et al.,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN; et al.,

Defendants - Appellants.

No. 26-7139

D.C. No.
4:26-cv-10680-AMO
Northern District of California,
Oakland

ORDER

Before: S.R. THOMAS, WARDLAW, and JOHNSTONE, Circuit Judges.

The Joint Stipulation of Dismissal is approved (Dkt. 67). The appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b)(1). The parties shall bear their own attorneys' fees and costs on appeal. This order serves as the mandate of the court.